# Reengineering II

## More Opportunities for Self Service

## July 30, 2009

Exhibit 1

# Quantifying the Self Service Opportunity

- NYU has over $3 billion in assets in the 403(b) accounts at TIAA-CREF and Vanguard (all entities)
- The expense charges in the investment lineup are approximately $15.4 million per year
- By reducing to one vendor for administrative services, we can leverage the expense load to provide web support, call center and best in class fund lineup
- In order to do this, NYU needs to streamline & reduce the fund lineup and select one vendor as sole recordkeeper
- RFP issued to survey marketplace of vendors (Summer, 2009)

Exhibit 1

## Current State: Retirement Plan Enrollment



Exhibit 1

# Future State: Retirement Plan Service



Reengineering Benefits Self Service Opportunities

13

Exhibit 1

# Efficiency Gains in Benefits

- Elimination of paper enrollment process
- Elimination of benefits office paper handling, disbursement of forms, and data entry into HRIS system
- Elimination of forms maintenance on web and forms and kit warehousing
- Elimination of forms in NYU benefits files (reduces scanning costs)
- Default enrollment eliminates follow up on employees with incomplete paperwork
- Process redirects education and advice role to the vendor; questions about the plans features can also be directed to the call center

# Efficiency Gains in ITS & Payroll

- Elimination of the need to program plan design in Integral HRIS system
- Elimination of need to program and maintain IRS limit monitoring
- Simplification of Payroll to vendor remittance process

# Efficiency Gains: Employee

- Enrollment process with online educational tools that support all funds in lineup in one convenient self service location
- Call Center Staff Dedicated to NYU plans who know NYU details are a toll free phone call away
- Convenience of default enrollment
- Value: Employee time saved + employees start saving for retirement sooner

Reengineering II Benefits Self Service Opportunities

16

Exhibit 1

# Efficiency Gains: Employee

- Employee will receive a consolidated statement
- Employee can change contribution amounts online. No forms needed
- Employee can transfer money within the plan online between all funds on the platform
- Employee can determine overall return on investment
- Employee can select from an even broader range of funds by using the brokerage window

Reengineering II Benefits Self Service Opportunities

17

Exhibit 1

# Additional economic and fiduciary advantages

- NYU as fiduciary develops an investment policy and monitors fund performance
- Once on the new sole recordkeeping platform, the assets are "map- able" by an investment committee. The new platform provides a relationship contract instead of the bundled contract suite
- Expenses are determined by how much revenue is needed to manage the NYU plan by the degree it needs to be managed
- Vanguard should be able to provide better share classes yielding higher returns based on the flows that are going into these funds.
- Savings can be used for investment monitoring and policy, communication, data feeds, the cost of the website and. some professional consulting.
- There will be new share classes which will result in significantly lower fee structures for the participant.
- Opportunity to access more funds than currently through the Brokerage Window18