

**Full-Time Continuing Contract Faculty Senators Council**

194 Mercer Street, Suite 401
New York, NY 10012
**P:** 212 998 2230
**F:** 212 995 4575
c-fsc@nyu.edu

## MINUTES OF THE C-FACULTY SENATORS COUNCIL MEETING OF OCTOBER 20, 2016

The New York University Continuing Contract Faculty Senators Council (C-FSC) met at 9:00 AM on Thursday, October 20, 2016 in in the Global Center for Academic & Spiritual Life at 238 Thompson Street, 5th Floor Colloquium Room.

In attendance were Senators Borowiec, Carl, Elcott, Gold-Von Simson, Halpin, Herman, Howard-Spink, Jahangiri, Killilea, Kim, Mooney, Morton, Paiz (by phone), Slater, Steeves, Stehlik, Stewart, White, Williams, and Youngerman; Alternate Senators Celik (for Burt, by phone), Cittadino (for Joachim), Funk, Gershman, Lee, Mandracchia (for Ferguson), Renzi, and Sahin.

## APPROVAL OF THE AGENDA

Upon a motion duly made and seconded, the meeting agenda was approved unanimously.

## APPROVAL OF THE MINUTES OF THE MEETING HELD SEPTEMBER 13, 2016

Upon a motion duly made and seconded, the minutes of the September 13, 2016 meeting were approved unanimously.

## REPORT FROM THE CHAIRPERSON: FRED CARL

*See attached Document A: C-FSC Chair Update*

The report was accepted into the minutes.

## COMMITTEE REPORTS

*See attached Document B: Committee Reports*

Discussion/Questions on the following submitted reports:

**Administration & Technology**

A Senator asked a question regarding the status of the Social Media Policy and the Personal Digital Content Policy. The Committee Chair was not in attendance at the meeting and a discussion of these policies will be added to the next meeting's agenda.

**Educational Policies & Student/Faculty Relations: Ben Stewart**

A Senator raised questions regarding the Protection of Minors policy.

Senator Stewart clarified this policy relates to special programs on campus and defines minor as a

1

Exhibit 2

CFSC Benefits & Housing Committee Meeting re: NYU Retirement Plan

Sabrina Ellis, Trish Halley and Terry Nolan from University Administration met with representatives of the Benefits Committees of the TFSC, the CFSC, and the AMC on Thursday, October 13, 2016.  CFSC was represented by Vince Renzi, Michael Ferguson, and Marion Casey.

Retirement funds at NYU have been overseen since 2009 by a nine-member Retirement Plan Investment Committee.  There are four plan administrators from NYU and four from NYU Langone plus one from the outside consulting firm, Cammack Retirement Group (http://cammackretirement.com/).  The NYU and NYU Langone administrators are drawn from HR and Finance senior staff.

The objective of the Retirement Plan Investment Committee is to ensure the plan offers a diverse set of investment options with a variety of risk/return characteristics from which a participant can self-direct his or her portfolio.

This committee currently oversees investments in 103 funds.  It meets quarterly to review fund performance and evaluate short and long term progress.  It votes to maintain, watch or eliminate investment in particular funds.  The funds invested in are either Vanguard or TIAA, both of which encourage faculty to seek one-on-one retirement plan counseling.

NYU Langone has one record-keeper: TIAA.  NYU has two record-keepers: TIAA and Vanguard. There is currently a consolidation RFP with the goal of reducing duplication and fees for NYU.  The selection of a single "record-keeper" does not affect current investment options for faculty and staff.

Terry Nolan addressed the lawsuit filed against NYU, MIT, Yale and others in August 2016 that charged their retirement plan investment choices result in excessive fees for participants.  He said it is still early days and there is nothing new to report at this time.

Respectfully submitted,

Marion R. Casey
October 17, 2016

Exhibit 2