UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
DR. ALAN SACERDOTE, et al.,
:
:
                Plaintiffs,   :
:
        -v-   :    16-cv-6284 (KBF)
:
NEW YORK UNIVERSITY,   :    ORDER
:
                Defendant.   :
:
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 16, 2017
```

KATHERINE B. FORREST, District Judge:

    During oral argument held on February 16, 2017, defendant submitted the attached demonstrative to the Court.

    SO ORDERED.

Dated:    New York, New York
            February 16, 2017

                                          /s/ K. B. Forrest
                                   KATHERINE B. FORREST
                                   United States District Judge

