```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
DR. ALAN SACERDOTE, et al.,                                  :
                                                             :
                           Plaintiffs,                       :
                                                             :
          -v-                                                :    16-cv-6284 (KBF)
                                                             :
NEW YORK UNIVERSITY,                                         :    ORDER
                                                             :
                           Defendant.                        :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 19, 2017

KATHERINE B. FORREST, District Judge:

      Defendant moved on December 4, 2017 to strike plaintiff's jury demand. (ECF No. 117.)  Under the Local Rules, plaintiff's opposition to that motion—if any—was due to be filed by December 18, 2017.  In any case, ERISA does not grant a right to a jury trial.  As such, this motion is GRANTED.

      SO ORDERED.

Dated:     New York, New York
              December 19, 2017

                                              KATHERINE B. FORREST
                                              United States District Judge