UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ALAN SACERDOTE, et al., | Case No.: 1:16-cv-06284 (KBF) |
| Plaintiffs, | |
| | ECF Case |
| v. | |
| NEW YORK UNIVERSITY, | |
| Defendant. | |

**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, the Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of Defendant's Motion for Summary Judgment, and the Declaration of Ian C. Taylor, Esq., dated January 10, 2018, with supporting exhibits, Defendant hereby moves this Court before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 23B, New York, New York 10007, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of the Defendant and dismissing all of the Plaintiffs' remaining claims in their Amended Complaint, and granting such other and further relief as this Court deems just and proper.

In accordance with the Court's December 5, 2016 Order, opposition papers shall be filed on or before February 12, 2018, and any reply papers shall be filed on or before February 23, 2018.

Dated: New York, New York
       January 10, 2018

Respectfully submitted,

DLA PIPER LLP (US)

/s/ Mark Muedeking
Mark Muedeking (*pro hac vice*)
Ian C. Taylor (*pro hac vice*)
Jennifer K. Squillario (*pro hac vice*)
Julie Ben-Zev (*pro hac vice*)
DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004
(202) 799-4000
Mark.Muedeking@dlapiper.com
Ian.Taylor@dlapiper.com
Jennifer.Squillario@dlapiper.com
Julie.BenZev@dlapiper.com

Brian S. Kaplan (BK4922)
Evan D. Parness (EP6680)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Brian.Kaplan@dlapiper.com
Evan.Parness@dlapiper.com

*Counsel for Defendant New York University*