# EXHIBIT 4

# CONFIDENTIAL – FILED UNDER SEAL IN ACCORDANCE WITH PROTECTIVE ORDER (*SEE* ECF NO.58)