January 12, 2018
*VIA ECF*

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    Sacerdote v. New York University,
        Case No. 16-06284-KBF**

Dear Judge Forrest:

The parties write further to your January 5, 2018 Order (Dkt. 128) requesting that they advise whether the dispute raised by Plaintiffs' letter motion (Dkt. 125) remains live.  Counsel for the parties conferred on January 11, 2018 but have not resolved the dispute.

Respectfully submitted,

SCHLICHTER BOGARD & DENTON, LLP          DLA PIPER LLP

/s/ Andrew D. Schlichter                 /s/  Ian C. Taylor
100 South Fourth Street                  Ian C. Taylor (admitted *pro hac vice*)
St. Louis, MO 63102                      6225 Smith Avenue
Telephone: (314) 621-6115                Baltimore, MD 21209
Facsimile: (314) 621-7151                Telephone: (410) 580-4284
aschlichter@uselaws.com                  Facsimile: (410) 580-3284
                                         ian.taylor@dlapiper.com