**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DR. ALAN SACERDOTE, et al., | : Case No.: 1:16-cv-06284 |
| Plaintiffs, | : |
| v. | : ECF Case (Judge Katherine B. Forrest) |
| NEW YORK UNIVERSITY, | : |
| Defendant. | : |

## DECLARATION OF IAN C. TAYLOR

IAN C. TAYLOR hereby declares as follows:

1.      I am a partner with the law firm of DLA Piper LLP (US), counsel for Defendant, New York University ("NYU"), in the above-captioned action and I have personal knowledge of the facts set forth herein, except where otherwise noted.  I respectfully submit this Declaration in support of NYU's Memorandum in Opposition of Plaintiffs' Motion to Certify the Class.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Plaintiff Brown, dated November 29, 2017.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Plaintiff Monaco, dated November 17, 2017.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Plaintiff Crispin Miller, dated November 15, 2017.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Plaintiff Samuels, dated November 29, 2017.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Plaintiff Straussner, dated November 16, 2017.

2

7.      Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Plaintiff Sacerdote, dated November 16, 2017.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

Dated: January 16, 2018.

/s/ Ian C. Taylor
Ian C. Taylor