

**DLA Piper LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Ian C. Taylor
ian.taylor@dlapiper.com
T  410.580.4284
F  410.580.3284

January 17, 2018
*VIA ECF*

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re:**  *Sacerdote v. New York University*, **No. 1:16-cv-06284 (KBF)**

Dear Judge Forrest:

We represent Defendant in the above-referenced matter and write, pursuant to Paragraph 7 of the Protective Order (ECF No. 58), to advise the Court that Defendant, in support of its Opposition to the Plaintiffs' Motion for Class Certification, has filed under seal, an unredacted version of Defendant's Memorandum in Opposition to Plaintiffs' Motion to Certify Class.

In accordance with the Protective Order, and Section 7.A of the Court's Individual Rules of Practice, Defendant will provide the Court with an unredacted courtesy copy of Defendant's papers with the legend "Filed Under Seal," as well as a redacted courtesy copy.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/ *Ian C. Taylor*

Ian C. Taylor

Partner