February 9, 2018
*BY ECF AND E-MAIL*
*(FORRESTNYSDCHAMBERS@NYSD.USCOURTS.GOV)*

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

**Re:   Sacerdote, et al. v. New York University**
**Civil Action No. 16-cv-06284 (KBF)**

Dear Judge Forrest:

Pursuant to Your Honor's Individual Rules of Practice and this Court's Local Rules, the parties write to jointly request an extension of the deadline to complete expert discovery. The modifications that the parties jointly seek will not alter any other dates, including the trial date.

The parties had planned to hold Plaintiffs' Expert Gerard Buetow's deposition today. The parties were unable to conduct that deposition because Dr. Buetow is currently suffering from the flu. The parties had also planned to hold Defendant's Expert Dan Fischel's deposition today. Mr. Fischel is currently recovering from surgery and was unable to attend today's deposition. The parties are currently scheduling new dates to hold both depositions, which the parties agree will be completed on or before March 1, 2018.

The parties respectfully request that the deadline for to completing expert discovery be extended until March 1, 2018 to allow the parties to reschedule the depositions for both Dr. Buetow and Mr. Fischel.

Respectfully submitted,

SCHLICHTER BOGARD & DENTON LLP          DLA PIPER LLP

/s/ Heather Lea                          /s/ Ian C. Taylor
Heather Lea (admitted *pro hac vice*)    Ian C. Taylor (admitted *pro hac vice*)
100 South Fourth Street, Suite 1200      6225 Smith Avenue
St. Louis, Missouri 63102                Baltimore, MD 21209
Telephone: (314) 621-6115                Telephone: (410) 580-4284
Facsimile: (314) 621-7151                Facsimile: (410) 580-3284
hlea@uselaws.com                         ian.taylor@dlapiper.com

So ordered.
KBF
USDJ    2/12/18