## Preliminary Witness List

## Sacerdote v. New York University, 1:16-cv-6284 (KBF)[1]

**Plaintiffs' Witnesses**

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Cross Examination Time | Estimated Redirect Examination Time |
|---|---|---|---|---|
| Dr. Alan Sacerdote | **Role:** Named plaintiff and Medical Plan participant<br><br>**Topics:**<br>1) Background<br>2) Participation in Medical Plan | N/A (declaration provided by Plaintiffs) | 1 hour | .25 hours |
| Dr. Herbert Samuels | **Role:** Named plaintiff and Medical Plan participant<br><br>**Topics:**<br>1) Background<br>2) Participation in Medical Plan | N/A (declaration provided by Plaintiffs) | 1 hour | .25 hour |
| Mark Crispin Miller | **Role:** Named plaintiff and Faculty Plan participant<br><br>**Topics:**<br>1) Background<br>2) Participation in Faculty Plan | N/A (declaration provided by Plaintiffs) | 1 hour | .25 hours |
| Marie Monaco | **Role:** Named plaintiff and Medical Plan participant<br><br>**Topics:**<br>1) Background<br>2) Participation in Medical Plan | N/A (declaration provided by Plaintiffs) | 1 hour | .25 hours |

---

[1] "Pl." is used in this table to reference the Plaintiffs in this case. "Def." is used to reference Defendant, New York University. "NYU" refers to New York University. "Faculty Plan" refers to the NYU Retirement Plan for Members of the Faculty, Professional Research Staff and Administration. "Medical Plan" refers to the NYU school of Medicine Retirement Plan for Members of the Faculty, Professional Research Staff and Administration. "Plans" collectively refers to the both the Faculty and Medical Plans. "Committee" refers to the NYU Retirement Plans Committee. This list is preliminary in nature to provide the Court with information to determine trial length and structure. The Parties may supplement to add witnesses and topics during the pretrial process.

EXHIBIT 1

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Cross Examination Time | Estimated Redirect Examination Time |
|---|---|---|---|---|
| Dr. Shulamith Lala Straussner | **Role:** Named plaintiff and Faculty Plan participant<br><br>**Topics:**<br>1) Background<br>2) Participation in Faculty Plan | N/A (declaration provided by Plaintiffs) | 1 hour | .25 hours |
| James B. Brown | **Role:** Named plaintiff and Faculty Plan participant<br><br>**Topics:**<br>1) Background<br>2) Participation in Faculty Plan | N/A (declaration provided by Plaintiffs) | 1 hour | .25 hours |

2

EXHIBIT 1

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Cross Examination Time | Estimated Redirect Examination Time |
|---|---|---|---|---|
| Jan Rezler [2] | **Role:** Vice President, Client Consulting, at Cammack Retirement Group, Inc. ("Cammack") <br><br> **Topics:** <br> 1) Cammack's use of benchmarks for fees and performance <br> 2) Cammack's response to 2008 RFP for an investment advisor <br> 3) Cammack's role and advice regarding recordkeeping RFPs <br> 4) Cammack's role and advice regarding consolidating recordkeepers <br> 5) Cammack's role and advice regarding the 2009 RPF <br> 6) Cammack's role and advice regarding 2016 RFP <br> 7) Cammack's role and advice regarding investment selection and review <br> 8) Cammack's role and advice regarding the retention of the CREF Stock Account in the Plans <br> 9) Cammack's role and advice regarding the structure and retention of the TIAA Real Estate Account in the Plans <br> 10) Cammack's role and advice regarding comparison of TIAA variable annuities to other investment vehicles <br> 11) Cammack's role and advice regarding TIAA variable annuities' fees and performance <br> 12) Benefits Cammack received from the Plans' service providers | 5 hours | 5 hours | 1.5 hours |

---

[2] Third party witnesses are tentative until a determination is made whether they are subject to the subpoena power of the Court. Defendant may call some or all of the third parties listed herein, but for purposes of scheduling and trial schedule Defendant has assumed that each witness would only be called once and has assumed the time Defendant would devote is the amount of time listed in the "cross examination time" column.

EXHIBIT 1

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Cross Examination Time | Estimated Redirect Examination Time |
|---|---|---|---|---|
| Douglas Chittenden | **Role:** TIAA Executive Vice President Institutional Retirement Business Division<br><br>**Topics:**<br>1) TIAA's recordkeeping agreements with the Plans<br>2) Fees and benefits that TIAA received from the Plans<br>3) The composition, performance, benchmarks and fees of the CREF Stock Account<br>4) The composition, performance, benchmarks, and fees of the TIAA Real Estate Account<br>5) TIAA's promotion of non-plan investment products and wealth management services to the Plans' participants<br>6) Layers of fees in TIAA annuities<br>7) Individual and group annuity contracts<br>8) Layers of fees in TIAA variable annuities | 3.5 hours | 3.5 hours | .75 hours |
| Peter Hueber | **Role:** TIAA Managing Director, Strategic Clients<br><br>**Topics:**<br>1) Relationship between NYU and TIAA<br>2) TIAA's recordkeeping proposals to NYU<br>3) TIAA's recordkeeping fees<br>4) Recordkeeper consolidation<br>5) Background on the CREF Stock Account<br>6) Background on the TIAA Real Estate Account | 2.5 hours | 2.5 hours | .5 hours |
| George Hemming | **Role:** Principal, Retirement Plan Services, Vanguard<br><br>**Topics:**<br>1) Vanguard's recordkeeping agreements with the Plans<br>2) Methods of paying recordkeeping fees<br>3) Proposals Vanguard made to NYU regarding recordkeeping fees | 2 hours | 2 hours | .5 hours |

EXHIBIT 1

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Cross Examination Time | Estimated Redirect Examination Time |
|---|---|---|---|---|
| Cammack custodian of records[3] | **Role:** Investment consultant to NYU (2009-Present)<br><br>**Topic:**<br>Authentication of documents and business records | 1 hour | 1 hour | 0 hours |
| Vanguard custodian of records | **Role:** Recordkeeper for the Faculty Plan (2009-Present); recordkeeper for the Medical Plan (2009-2013)<br><br>**Topic:**<br>Authentication of documents and business records | 1 hour | 1 hour | 0 hours |
| TIAA custodian of records | **Role:** Recordkeeper for the Plans (2009-Present)<br><br>**Topic:**<br>Authentication of documents and business records | 1 hour | 1 hour | 0 hours |
| Michael Geist | **Pl. Topics:**<br>Topics discussed in his expert reports<br><br>**Def. Topics:**<br>The administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Plaintiffs) | 6 hours | 4 hours |
| Gerald Buetow | **Pl. Topics:**<br>Topics discussed in his expert reports<br><br>**Def. Topics:**<br>The administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Plaintiffs) | 6 hours | 4 hours |

---

[3] Plaintiffs are seeking stipulations to authenticity and business records affidavits from the third-parties in this table.

EXHIBIT 1

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Cross Examination Time | Estimated Redirect Examination Time |
|---|---|---|---|---|
| Michael DiCenso | **Pl. Topics**: Topics discussed in his expert report<br><br>**Def. Topics:** The administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Plaintiffs) | 6 hours | 3 hours |

EXHIBIT 1

**Preliminary Witness List**

**Sacerdote v. New York University, 1:16-cv-6284 (KBF)**

**Duplicative Witnesses[4]**

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Pl. Direct/Cross Examination Time | Estimated Def. Redirect/Cross Examination Time |
|---|---|---|---|---|
| Margaret Meagher | **Role:** Senior Director of Benefits; Co-Chair of Committee (2008-Present)<br><br>**Pl. Topics:**<br>1) Role as Co-Chair from inception<br>2) Process for monitoring recordkeeping fees, investment management and performance<br>3) Recommendation and response to consolidation of Medical Plan to a single recordkeeper<br>4) Investment review process and structure<br>5) Use of benchmarks for fees and fund<br>6) Review and structure of the CREF Stock Account<br>7) Review and structure of the TIAA Real Estate Account<br>8) The Committee's use of Cammack<br>9) Use of recordkeepers' propriety products in the Plans<br>10) Relationship with TIAA representatives<br>11) 2009 and 2016 requests for proposals ("RFP")<br>12) General knowledge of investing, mutual funds, annuities, and fees<br>13) Benefits and access given to TIAA<br><br>**Def. Topics:**<br>The creation and operation of the Committee, the administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Defendant) | 6 hours | 6 hours |

---

[4] Because of the nature of ERISA breach of fiduciary duty claims, Plaintiffs intend to call some of Defendant's employees and former employees that Defendant also intends to call in its case in chief. Plaintiffs will examine the duplicative witnesses as part of their case. Defendant will offer declarations on behalf of those witnesses. Plaintiffs expect that they will need redirect examination time for the adverse witnesses they call in their case. Defendant does not concede that redirect examination is proper. The parties will raise this dispute with the Court at the proper time.

EXHIBIT 1

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Pl. Direct/Cross Examination Time | Estimated Def. Redirect/Cross Examination Time |
|---|---|---|---|---|
| Mark Petti | **Role:** Sr. Mgr. Ret. Plans & Global Benefits, (2012-Present)<br><br>**Pl. Topics:**<br>1) Recordkeeper consolidation for the Faculty Plan<br>2) 2016 RFP<br>3) The CREF Stock Account's makeup and performance<br>4) The TIAA Real Estate Account's structure, makeup and performance<br>5) TIAA's access and use of participant data<br><br>**Def. Topics:**<br>The creation and operation of the Committee, the administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Defendant) | 3.5 hours | 3.5 hours |
| Tina Surh | **Role:** NYU Chief Investment Officer; Committee Member (2009-2014)<br><br>**Pl. Topics:**<br>1) 2009 RFP<br>2) Administrative and investment management fees<br>3) Investment review process<br>4) Inclusion and retention of the CREF Stock Account in the Plans<br>5) Inclusion and retention of the TIAA Real Estate Account in the Plans<br>6) Knowledge of investment management and defined contribution investments<br>7) Monitoring of recordkeeping fees and investment management fees<br>8) General knowledge of financial and investment terms<br>9) Difference in fees and investments between the Plans and other NYU investment<br>**Def. Topics:**<br>The creation and operation of the Committee, the administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Defendant) | 2.5 hours | 2.5 hours |

EXHIBIT 1

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Pl. Direct/Cross Examination Time | Estimated Def. Redirect/Cross Examination Time |
|---|---|---|---|---|
| Patricia Halley | **Role:** Senior Director, Global Benefits and Committee Co-Chair (2015-Present)<br><br>**Pl. Topics:**<br>1) 2016 RFP<br>2) Recordkeeping pricing<br>3) Investment Policy Statement<br>4) Knowledge of recent Committee actions regarding the CREF Stock Account and the TIAA Real Estate Account<br><br>**Def. Topics:**<br>The creation and operation of the Committee, the administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Defendant) | 2 hours | 2 hours |
| Linda Woodruff | **Role:** Assistant Vice President, Global Compensation & Benefits/Deputy of HR and Committee Member (2008-2012), Committee Co-Chair (2010-2012)<br><br>**Pl. Topics:**<br>1) Investment review process<br>2) The CREF Stock Account's fees and performance<br>3) The TIAA Real Estate Account's makeup, fees and performance<br>4) Committee actions regarding fees and fund performance<br>5) Committee procedures regarding the Plans' vendors selling non-plan products<br>6) Recordkeeping consolidation issues<br>   2009 RFP<br>7) General knowledge of investing, financial terms and annuities<br><br>**Def. Topics:**<br>The creation and operation of the Committee, the administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Defendant) | 2.5 hours | 2.5 hours |

EXHIBIT 1

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Pl. Direct/Cross Examination Time | Estimated Def. Redirect/Cross Examination Time |
|---|---|---|---|---|
| Nancy Sanchez | **Role:** Senior Vice President and Vice Dean, Human Resources and Organizational Development and Learning and Committee Member (2008-Present)<br><br>**Pl. Topics:**<br>1) Process for monitoring recordkeeping and investment management fees<br>2) Consolidation of Medical Plan to a single recordkeeper and continuation of Faculty Plan's multiple recordkeepers<br>3) Inclusion of recordkeepers' proprietary products in the Plan<br>4) Investment review process and Cammack's role<br>5) Relationship with TIAA<br>6) General knowledge regarding financial terms and investments<br>7) Level of awareness of administrative and investment management fees<br>**Def. Topics:**<br>The creation and operation of the Committee, the administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Defendant) | 3 hours | 3 hours |
| Susanna Hollnsteiner | **Role:** Retirement Plans Manager (2008-2016)<br><br>**Def. Topics:**<br>The creation and operation of the Committee, the administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account<br><br>**Pl. Topics:**<br>1) Faculty Plan consolidation to a single recordkeeper<br>2) Delays in consolidation of recordkeepers<br>3) Recordkeeping pricing | N/A (declaration provided by Defendant) | 1.5 hours | 1.5 hours |

EXHIBIT 1

## Preliminary Witness List

## Sacerdote v. New York University, 1:16-cv-6284 (KBF)

**Defendant's Witnesses**

| Witness | Topics of Testimony | Estimated Direct Examination Time | Estimated Cross Examination Time | Estimated Redirect Examination Time |
|---|---|---|---|---|
| Martin Dorph | **Topics:** The creation and operation of the Committee, the administrative fees paid by the Plans, the CREF Stock Account, and the TIAA Real Estate Account | N/A (declaration provided by Defendant) | 3 hours | |
| Daniel Fischel | **Topics:** Topics discussed in his expert reports. | N/A (declaration provided by Defendant) | 6 hours | |
| L. Adel Turki | **Topics:** Topics discussed in his expert reports. | N/A (declaration provided by Defendant) | 4.5 hours | |
| Marcia Wagner | **Topics:** Topics discussed in her expert reports. | N/A (declaration provided by Defendant) | 6 hours | |

EXHIBIT 1