UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. ALAN SACERDOTE, et al.,

          Plaintiffs,

v.

NEW YORK UNIVERSITY,

          Defendant.

---

: Case No.: 1:16-cv-06284 (KBF)
:
:
: ECF Case
:
:
:
:
:

*Judge's Copy*

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Order: DENIED.** No reply is necessary on the motion. It is clear that the remaining issues in this case implicate questions of fact. The questions of whether NYU's actual processes and conduct were prudent cannot be resolved on motion given the state of the factual record (including contradictory expert views on the topic). With that said, the Court has found the briefing on these issues helpful to its overall understanding of the case and the parties' respective positions.

Mark Muedeking
Ian C. Taylor
Jennifer K. Squillario
Julie Ben-Zev
DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004
(202) 799-4000

Brian S. Kaplan
Evan D. Parness
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Counsel for Defendant New York University*

Dated: January 10, 2018

*KBF* [signature]

FEB 2 2 2018