IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D<small>R</small>. A<small>LAN</small> S<small>ACERDOTE</small> et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>N<small>EW</small> Y<small>ORK</small> U<small>NIVERSITY</small>,<br><br>   *Defendant*,<br><br>T<small>HE</small> T<small>RUSTEES OF</small> C<small>OLUMBIA</small> U<small>NIVERSITY IN</small><br>T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>,<br><br>   *Proposed Intervenors.* | Civil Action No. 1:16-cv-06284-KBF<br><br>Hon. Katherine B. Forrest |

**NOTICE OF MOTION TO INTERVENE AND TO UNSEAL DOCUMENTS**

Please take notice that, upon the accompanying Memorandum of Law, dated March 2, 2018, Proposed Intervenors The Trustees of Columbia University in the City of New York will move this Court before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 23B, New York, New York 10007, at a time and date to be set by the Court, for an Order granting Proposed Intervenors permission to intervene in this matter and unsealing the parties' summary judgment filings.

Dated: March 2, 2018

Nancy G. Ross
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Brian D. Netter
 bnetter@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Respectfully submitted,

*/s/ Jean-Marie L. Atamian*
Jean-Marie L. Atamian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500

*Attorneys for Proposed Intervenors*

## CERTIFICATE OF SERVICE

    I hereby certify that, on March 2, 2018, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By:   /s/ *Jean-Marie L. Atamian*  
Jean-Marie L. Atamian
