## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ALAN SACERDOTE et al., | |
| *Plaintiffs*, | 1:16-cv-06284-KBF |
| v. | |
| NEW YORK UNIVERSITY, | ECF Case |
| *Defendant*. | **DECLARATION OF JOEL D. ROHLF** |

I, Joel D. Rohlf, hereby declare as follows:

1. I am an attorney with the law firm of Schlichter Bogard & Denton, counsel for Plaintiffs, in the above-captioned action and I have personal knowledge of the facts set forth herein, except where otherwise noted. I respectfully submit this Declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Marcia Wagner and Daniel Fischel and limit the testimony of Lassaad Adel Turki.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Marcia Wagner dated December 22, 2017.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Daniel R. Fischel dated December 12, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Rebuttal Report of Daniel R. Fischel dated January 22, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Rebuttal Expert Report of Marcia Wagner refuting the opinions contained in the Expert Report of Michael Geist dated January 22, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of the is a true and correct copy of the Rebuttal Expert Report of Marcia Wagner refuting the opinions contained in the Expert Report of Gerald Buetow dated January 22, 2018.

7. Attached here to as Exhibit 6 is a true and correct copy of the Expert Report of Lassaad Adel Turki dated January 22, 2018.

8. Attached hereto as Exhibit 7 is a true and correct copy of the excerpts from the deposition of Marcia Wagner taken on February 23, 2018.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Cammack LaRhette (CLC0022136) Request for Proposal dated July 31, 2009 and produced by third-party Cammack.

10. Attached hereto as Exhibit 9 is a true and correct copy of the excerpts from the deposition of Daniel Fischel taken on March 1, 2018.

11. Attached hereto as Exhibit 10 is true and correct copy of the excerpts from the 2017 SBBI Yearbook, Stocks, Bonds, Bills and Inflation, by Roger G. Ibboston.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Rebuttal Expert Report of Gerald Buetow dated January 22, 2018

13. Attached hereto as Exhibit 12 is a true and correct copy of the Fiduciary Due Diligence Report dated March 31, 2010 by Cammack LaRhette (CLC0007983) and produced by third-party Cammack.

14. Attached hereto as Exhibit 13 is a true and correct copy of the excerpts from the deposition of Lassaad Adel Turki taken on February 7, 2018.

Dated: March 14, 2018              */s/ Joel D. Rohlf*
                                   Joel D. Rohlf