UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. ALAN SACERDOTE, et al., | : | Case No.: 1:16-cv-06284 |
| Plaintiffs, | : : | |
| | : | ECF Case |
| vs. | : : | |
| | : | **DECLARATION OF IAN C. TAYLOR IN** |
| NEW YORK UNIVERSITY, | : | **SUPPORT OF MOTION TO EXCLUDE** |
| | : | **PLAINTIFFS' EXPERT GERALD** |
| Defendant. | : | **BUETOW** |

Ian C. Taylor hereby declares as follows:

I am an attorney at law admitted *pro hac vice* to practice before this Court and I am a partner with the law firm DLA Piper LLP (US), attorneys for Defendant New York University ("NYU") in this matter. I submit this Declaration to transmit to the Court true and correct copies of the documents referenced in the Memorandum of Law in Support of NYU's Motion to Exclude Plaintiffs' Expert Gerald Buetow. I make this Declaration upon my personal knowledge and in support of NYU's Motion to Exclude Plaintiffs' Expert Gerald Buetow.

1. Attached hereto as Exhibit 1 are true and correct copies of excerpts of the certified transcript from the February 15, 2018 deposition of Gerald Buetow.

2. Attached hereto as Exhibit 2 is a true and correct copy of the December 22, 2017 Expert Report of Gerald Buetow.

3. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the College Retirement Equities Fund 2009 Annual Report dated December 31, 2009.

4. Attached hereto as Exhibit 4 is a true and correct copy of the December 22, 2017 Expert Report of Daniel R. Fischel.

5. Attached hereto as Exhibit 5 are true and correct copies of excerpts of the New York University NYU Langone Medical Center Fiduciary Due Diligence Report dated March 3, 2010.

6. Attached hereto as Exhibit 6 is a true and correct copy of the January 22, 2018 Rebuttal Report of Daniel R. Fischel.

7. Attached hereto as Exhibit 7 is a true and correct copy of the letter from Lou Ann Fillingham, CPA to the State Universities Retirement System of Illinois Investment Committee dated April 2, 2010.

8. Attached hereto as Exhibit 8 are true and correct copies of excerpts of the Vanguard Institutional Index Funds, Summary Prospectus dated April 27, 2017.

9. Attached hereto as Exhibit 9 is a true and correct copy of the January 22, 2018 Rebuttal Report of Lassaad Adel Turki, Ph.D.

10. Attached hereto as Exhibit 10 is a true and correct copy of the December 22, 2017 Damages Calculations Spreadsheet of Gerald Buetow.

11. Attached hereto as Exhibit 11 is a true and correct copy of the February 13, 2018 Supplemental Rebuttal Expert Report of Gerald Buetow

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of March 2018.


Dated: March 14, 2018                                              */s/ Ian C. Taylor*_____
         Washington, D.C.                                                   Ian C. Taylor