WILMERHALE

March 16, 2018

Lori A. Martin

+1 202 663 6000 (t)
+1 202 663 6363 (f)
lori.martin@wilmerhale.com

**BY ECF**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Sacerdote, et al. v. New York University*, Case No. 16-cv-06284-KBF (S.D.N.Y.)

**LETTER FROM NON-PARTY TIAA REGARDING THE POTENTIAL
UNSEALING OF SUMMARY JUDGMENT FILINGS**

To the Honorable Katherine B. Forrest:

Non-party Teachers Insurance and Annuity Association of America ("TIAA") submits this letter
in response to the Court's March 13, 2018 Order [ECF No. 195] (the "Order"). We understand
that the parties intend to submit separately a joint status report regarding their efforts to share
unsealed information with TIAA in compliance with the Order.

\* \* \* \*

The Court's Order directed the parties to meet and confer with TIAA about the potential
unsealing of Confidential TIAA documents and testimony included by the parties in their
summary judgment briefing and supporting papers. The Court also "suggest[ed] that the
plaintiffs and defendant show TIAA a copy of the materials that does not redact TIAA's
information", so that TIAA could review the materials and assess whether they should continue
to be sealed as confidential and proprietary business information.

On March 13, TIAA conferred with Plaintiffs regarding references to TIAA's documents and
testimony designated as Confidential and which are cited in Plaintiffs' Memorandum in
Opposition to Defendant's Motion for Summary Judgment and Response to Defendant's Rule
56.1 Statement and Counterstatement of Undisputed Material Facts [ECF Nos. 162 & 163], as
well as Plaintiffs' expert reports.[1] Defendant and Vanguard joined this call. Plaintiffs provided
TIAA with these materials without redaction of the Confidential TIAA information. TIAA has
reviewed the materials and does not oppose Columbia's Motion to Intervene and to Unseal
Documents [ECF No. 178] with respect to the unredacted Confidential TIAA information. The

---

[1]      Expert Report of Gerald W. Buetow, dated December 22, 2017; Rebuttal Expert Report
of Gerald W. Buetow, dated January 18, 2018; Corrected Expert Report of Michael J. Dicenso,
dated January 18, 2018; Corrected Expert Report of Michael Geist, dated January 22, 2018; and
Rebuttal Expert Report of Michael Geist, dated January 22, 2018.

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 2

specific portions of unredacted materials provided to TIAA by Plaintiffs are detailed in
Appendix A.  Some of the materials include account statements and other documents regarding
the Named Plaintiffs, and we understand that Plaintiffs will separately inform the Court that such
materials should remain under seal or redacted in part, as set forth in their response to
Columbia's motion [ECF No. 187].

On March 13, TIAA also conferred with Defendant about references to TIAA's documents and
testimony designated as Confidential and which are cited in Defendant's Memorandum of Law
in Support of Its Motion for Summary Judgment and Local Rule 56.1 Statement of Undisputed
Material Facts [ECF Nos. 132 & 133].  Defendant provided TIAA with these materials without
redaction of the Confidential TIAA information.  TIAA has reviewed the materials and does not
oppose Columbia's Motion to Intervene and to Unseal Documents [ECF No. 178] with respect to
the unredacted Confidential TIAA information.  The specific portions of unredacted materials
provided to TIAA by Defendant are detailed in Appendix B.  Defendant has not provided TIAA
with expert reports, but confirmed that the documents and testimony designated by TIAA as
Confidential and cited in those materials appear in Appendix B.

Respectfully submitted,

*Lori A. Martin*

Lori A. Martin

cc: Stephen Hoeplinger (by e-mail only)
    Andrew D. Schlichter (by e-mail only)
    Jerome J. Schlichter (by e-mail only)
    Ethan D. Hatch (by e-mail only)
    James Redd, IV (by e-mail only)
    Mark Muedeking (by e-mail only)
    Ian C. Taylor (by e-mail only)
    Juliya Ben-Zev (by e-mail only)
    Brian Kaplan (by e-mail only)
    Evan D. Parness (by e-mail only)
    David Dyson (by e-mail only)

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 3

# APPENDIX A

I.  **Exhibits to Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summary Judgment and Response to Defendant's Rule 56.1 Statement and Counterstatement of Undisputed Material Facts**

| Plaintiffs' Exhibit Number | Document |
|:---:|---|
| 9 | TIAA_NYU_00056900 |
| 10 | TIAA_NYU_00054957 |
| 12 | TIAA_NYU_00057399 |
| 34 | Excerpts of the Deposition Transcript of Douglas Chittenden |
| 35 | TIAA_NYU_00032598 |
| 54 | TIAA_NYU_00083468 |
| 64 | Excerpts of the Deposition Transcript of Peter Hueber |
| 92 | TIAA_NYU_00081731 |
| 101 | TIAA_NYU_00014751 |
| 118 | TIAA_NYU_00021732 |

II.  **Citations in Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summary Judgment**

| Reference | Document Cited |
|:---:|---|
| P. 3, Line 3 | Ex. 9 TIAA_NYU_00056900 |
| P. 24, Lines 2-5 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 109:4-112:9 |

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 4

**III.    Citations in Plaintiffs' Response to Defendant's Rule 56.1 Statement and Counterstatement of Undisputed Material Facts**

| Reference | Document Cited |
|---|---|
| P. 5, ¶ 3, Bullet 2 | Ex. 9 TIAA_NYU_00056900 |
| P. 8, ¶ 3, Bullet 2 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 149:23-150:14 |
| P. 14, ¶ 10 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 167:13-25 |
| P. 28, FN 131, 132 | Def. Ex. 6 Excerpts of the Deposition Transcript of Douglas Chittenden at 90:15-22, 181:20-24 |
| P. 31, ¶ 31, FN 146 | Def. Ex. 173 TIAA_NYU_00015338-45 |
| P. 36, ¶ 41 | Def. Ex. 73 TIAA_NYU_00016635-44; TIAA_NYU_00012750-59; TIAA_NYU_00012760-69; TIAA_NYU_00012770-81; TIAA_NYU_00012782-93; TIAA_NYU_00012794-805; TIAA_NYU_00012806-21; TIAA_NYU_00016719-34; TIAA_NYU_00016749-62 |
| P. 38, ¶ 46 | Def. Ex. 76 TIAA_NYU_00016659-68; TIAA_NYU_00013454-63; TIAA_NYU_00013464-73; TIAA_NYU_00013474-85; TIAA_NYU_00013486-97; TIAA_NYU_00013498-509; TIAA_NYU_00013510-27; TIAA_NYU_00016845-58; TIAA_NYU_00016873-86 |
| P. 39, ¶ 48 | Def. Ex. 82 TIAA_NYU_00016683-88 |
| P. 40-41, ¶ 51 | Def. Ex. 84 TIAA_NYU_00013174-85; TIAA_NYU_00013186-97; TIAA_NYU_00013198-209; TIAA_NYU_00013016-31; TIAA_NYU_00016763-78; TIAA_NYU_00016793 |
| P. 45-46, ¶ 61 | Ex. 54 TIAA_NYU_00083468 |
| P. 61-62, ¶ 77, FN 322 | Def. Ex. 96 TIAA_NYU_00031578-997 |

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 5

| P. 67, FN 349 | Def. Ex. 6 Excerpts of the Deposition Transcript of Douglas Chittenden at 27:6-15 |
|---|---|
| P. 68-70, ¶ 85 | Def. Ex. 6 Excerpts of the Deposition Transcript of Douglas Chittenden at 233:6-20; Def. Ex. 100 Excerpts of the Deposition Transcript of Peter Hueber at 24:5-25:16, 31:3-11 |
| P. 81, FN 414 | Def. Ex. 114 TIAA_NYU_00003139-141 |
| P. 82, ¶ 104 | Def. Ex. 100 Excerpts of the Deposition Transcript of Peter Hueber at 47:3-25; Def. Ex. 96 TIAA_NYU_00031578-997 |
| P. 83, ¶ 105 | Def. Ex. 100 Excerpts of the Deposition Transcript of Peter Hueber at 47:3-25 |
| P. 84, ¶ 106 | Def. Ex. 96 TIAA_NYU_00031578-997 |
| P. 85-86, ¶ 107 | Def. Ex. 96 TIAA_NYU_00031578-997 |
| P. 86, ¶ 108 | Def. Ex. 96 TIAA_NYU_00031578-997 |
| P. 87, ¶ 109 | Def. Ex. 96 TIAA_NYU_00031578-997 |
| P. 88-89, ¶ 110 | Def. Ex. 96 TIAA_NYU_00031578-997 |
| P. 95, FN 488 | Def. Ex. 10 TIAA_NYU_00004772-73; Def. Ex. 118 TIAA_NYU_00004819-21 |
| P. 101, ¶ 123 | Def. Ex. 96 TIAA_NYU_00031578-997 |
| P. 122, ¶ 140 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 109:4-112:9 |
| P. 128, ¶ 149 | Ex. 92 TIAA_NYU_00081731 |
| P. 137, ¶ 160 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 109:4-112:9 |
| P. 145, ¶ 185 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 109:4-122:12 |

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 6

| P. 146, ¶ 188 | Ex. 101 TIAA_NYU_00014751 |
| P. 146, ¶ 189 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 122:5-12 |
| P. 148, ¶ 191, Bullet 4 | Ex. 9 TIAA_NYU_00056900 |
| P. 159, ¶ 229 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 109:4-112:9 |
| P. 159, ¶ 231 | Ex. 118 TIAA_NYU_00021732 |
| P. 166, ¶ 256 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 149:23-150:14 |
| P. 166, ¶ 257 | Ex. 34 Excerpts of the Deposition Transcript of Douglas Chittenden at 109:4-112:9 |

## IV.  Citations in Plaintiffs' Expert Reports

| Reference | Document Cited |
| --- | --- |
| Buetow Report P. 16 | TIAA_NYU_00057405 |
| Buetow Report P. 19 | Deposition Transcript of Douglas Chittenden at 149:23-150:14 |
| Buetow Rebuttal Report P. 2 | TIAA_NYU_00032598 |
| Buetow Rebuttal Report P. 8 | Deposition Transcript of Douglas Chittenden at 149:23-150:14 |
| Dicenso Corrected Report P. 5 | Deposition Transcript of Douglas Chittenden at 81-89 |
| Dicenso Corrected Report P. 8 | N/A |

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 7

| Dicenso Corrected Report P. 8, FN 2 | N/A |
|---|---|
| Geist Corrected Report P. 25, ¶ 112, FN 53, 54 | TIAA_NYU_00057405; TIAA_NYU_00051127 |
| Geist Rebuttal Report P. 8, ¶ 15 | TIAA_NYU_00016896; TIAA_NYU_00000213; TIAA_NYU_00017438; TIAA_NYU_00016191 |
| Geist Rebuttal Report P. 20, ¶ 48 | TIAA_NYU_000325998 |
| Geist Rebuttal Report P. 20, ¶ 49 | TIAA_NYU_00014751 |
| Geist Rebuttal Report P. 21, ¶ 54 | TIAA_NYU_00016896; TIAA_NYU_00000213; TIAA_NYU_00017438; TIAA_NYU_00016191 |
| Geist Rebuttal Report P. 22 | Table based upon TIAA_NYU_00016896; TIAA_NYU_00000213; TIAA_NYU_00017438; TIAA_NYU_00016191 |

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 8

# APPENDIX B

I.   **Exhibits to Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment and Local Rule 56.1 Statement of Undisputed Material Facts**

| Defendant's Exhibit Number | Document |
|---|---|
| 6 | Excerpts of the Deposition Transcript of Douglas Chittenden |
| 10 | TIAA_NYU_00004772-73 |
| 11 | TIAA_NYU_00000122-25 |
| 66 | TIAA_NYU_00013752-887 |
| 67 | TIAA_NYU_00013878-983 |
| 73 | TIAA_NYU_00016635-44; TIAA_NYU_00012750-59; TIAA_NYU_00012760-69; TIAA_NYU_00012770-81; TIAA_NYU_00012782-93; TIAA_NYU_00012794-805; TIAA_NYU_00012806-21; TIAA_NYU_00016719-34; TIAA_NYU_00016749-62 |
| 76 | TIAA_NYU_00016659-68; TIAA_NYU_00013454-63; TIAA_NYU_00013464-73; TIAA_NYU_00013474-85; TIAA_NYU_00013486-97; TIAA_NYU_00013498-509; TIAA_NYU_00013510-27; TIAA_NYU_00016845-58; TIAA_NYU_00016873-86 |
| 82 | TIAA_NYU_00016683-88 |
| 84 | TIAA_NYU_00013174-85; TIAA_NYU_00013186-97; TIAA_NYU_00013198-209; TIAA_NYU_00013016-31; TIAA_NYU_00016763-78; TIAA_NYU_00016793 |
| 87 | TIAA_NYU_0016645-50; TIAA_NYU_00013412-17; TIAA_NYU_00013418-23; TIAA_NYU_00013424-33; TIAA_NYU_00013434-43; TIAA_NYU_00013444-53; |

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 9

|  | TIAA_NYU_00013210-23; TIAA_NYU_00016807-20; TIAA_NYU_00016833-44 |
|---|---|
| 96 | TIAA_NYU_00031578-997 |
| 100 | Excerpts of the Deposition Transcript of Peter Hueber |
| 110 | TIAA_NYU_00001612-15 |
| 111 | TIAA_NYU_0000060-66 |
| 112 | TIAA_NYU_00002345-47 |
| 113 | TIAA_NYU_00000074-80 |
| 114 | TIAA_NYU_00003139-141 |
| 115 | TIAA_NYU_00000088-94 |
| 116 | TIAA_NYU_00003985-87 |
| 117 | TIAA_NYU_00000112-19 |
| 118 | TIAA_NYU_00004819-21 |
| 122 | TIAA_NYU_00000069-73 |
| 132 | Declaration Glenn Friedman |
| 143 | TIAA_NYU_00000126-33 |
| 156 | TIAA_NYU_00016220-21 |
| 157 | TIAA_NYU_00015750-51 |
| 158 | TIAA_NYU_00000244-46 |
| 159 | TIAA_NYU_00000902-04 |
| 161 | TIAA_NYU_00000213-14 |

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 10

| 162 | TIAA_NYU_00000869-70 |
| 163 | TIAA_NYU_00001578-79 |
| 164 | TIAA_NYU_00002308-9 |
| 165 | TIAA_NYU_00003096-7 |
| 166 | TIAA_NYU_00003942-43 |
| 167 | TIAA_NYU_00016191 |
| 168 | TIAA_NYU_00015726-27 |
| 169 | TIAA_NYU_00000056-59 |
| 170 | TIAA_NYU_00000069-73 |
| 171 | TIAA_NYU_00000083-87 |
| 172 | TIAA_NYU_00000107-111 |
| 173 | TIAA_NYU_00015338-45 |

## II. Citations in Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment

| Reference | Document Cited |
| --- | --- |
| P. 15, Lines 16-20 | Ex. 132 Declaration of Glenn Friedman |

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 11

### III.    Citations in Defendant's Local Rule 56.1 Statement of Undisputed Material Facts

| Reference | Document Cited |
|---|---|
| P. 11, FN 64 | Ex. 6 Excerpts of the Deposition Transcript of Douglas Chittenden 90:15-90:22 |
| P. 11, FN 65 | Ex. 6 Excerpts of the Deposition Transcript of Douglas Chittenden 181:20-24 |
| P. 13, ¶ 31, FN 72 | Ex. 173 TIAA_NYU_00015338-45 |
| P. 29, ¶ 77, FN 188, 189 | Ex. 96 TIAA_NYU_00031578- 997 |
| P. 32, ¶ 85, FN 201 | Ex. 6 Excerpts of the Deposition Transcript of Douglas Chittenden 27:6-15 |
| P. 38, FN 234 | Ex. 114 TIAA_NYU_00003139-141 |
| P. 43-44, ¶¶ 119-121 | Ex. 132 Declaration of Glenn Friedman |
| P. 60, ¶¶ 160-162 | Ex. 132 Declaration of Glenn Friedman |

### IV.    Citations in Defendant's Expert Reports

| Reference | Document Cited |
|---|---|
| Fischel Report | Declaration of Glenn Friedman |
| Wagner Report | Excerpts of the Deposition Transcript of Douglas Chittenden; Excerpts of the Deposition Transcript of Peter Hueber |
| Turki Report | TIAA_NYU_00084913-A |
| Turki Report | TIAA_NYU_00006587 |
| Turki Report | TIAA_NYU_00007233 |

WILMERHALE

Hon. Katherine B. Forrest
March 16, 2018
Page 12

| | |
|---|---|
| Turki Report | TIAA_NYU_00008417 |
| Turki Report | TIAA_NYU_00006587-590 |
| Turki Report | TIAA_NYU_00007233-237 |
| Turki Report | TIAA_NYU_00008417-421 |
| Turki Report | TIAA_NYU_00009678-682 |
| Turki Report | TIAA_NYU_00011096-099 |
| Turki Report | TIAA_NYU_00006561-567 |
| Turki Report | TIAA_NYU_00007288-294 |
| Turki Report | TIAA_NYU_00008471-477 |
| Turki Report | TIAA_NYU_00009728-735 |
| Turki Report | TIAA_NYU_00011145-152 |