UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

DR. ALAN SACERDOTE, et al.,

                        Plaintiffs,

               -v-

NEW YORK UNIVERSITY,

                     Defendant.

------------------------------------------------------------- X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: <u>March 20, 2018</u> |

16-cv-6284 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

      The Court has reviewed Columbia University's motion to intervene and unseal documents, as well as the submissions from plaintiffs, defendants, and interested parties Teachers Insurance and Annuity Association of America ("TIAA"), The Vanguard Group, Inc. ("Vanguard"), and Cammack Retirement Group Inc. ("Cammack").  (ECF Nos. 178, 187, 214, 215, 217, 218, 219.)

      The Court intends to unseal the vast majority of the filings.  Plaintiffs and Vanguard have indicated, without specification, that some information may still need to remain under seal.  Any party wishing to have truly confidential

information redacted must submit a list of proposed redactions to the Court **not**

**later than March 21, 2018 at 9:00 a.m.**[1]

      SO ORDERED.

Dated:      New York, New York
              March 20, 2018

                                        KATHERINE B. FORREST
                                       United States District Judge

---

[1] Cammack's list submitted at ECF No. 219 need not be refiled.