UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

DR. ALAN SACERDOTE, et al.,

                             Plaintiffs,

               -v-

NEW YORK UNIVERSITY,

                           Defendant.

-------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: <u>March 28, 2018</u> |

16-cv-6284 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

     On March 2, 2018, Columbia University filed a motion to intervene and unseal documents. (ECF No. 178.) In response, the Court allowed plaintiffs and various interested parties to review unredacted versions and propose redactions of any truly confidential information. (<u>See</u> ECF Nos. 180, 185, 188, 195, 220.) On March 23, 2018, the Court informed the parties of its specific rulings on their proposed redactions. (ECF No. 226.) The spreadsheet emailed to the parties on that day is attached to this Order. The parties were given until March 27, 2018 to object to any specific rulings. (<u>See</u> <u>id.</u>)

     As no objection has been filed, the Court now orders the parties to file public versions of the materials filed in support of their summary judgment motions that

comport with the Court's rulings on redactions (see attachment) **not later than**

**March 30, 2018.**

SO ORDERED.

Dated:      New York, New York
            March 28, 2018

_____
KATHERINE B. FORREST
United States District Judge

Court's Rulings on Requested Redactions

| Item | Suggested Redaction | Party Requesting | ECF Number of Redaction Request | ECF No. of Document | Court's Decision |
|---|---|---|---|---|---|
| Defendant's Memorandum of Law in Support of Motion for SJ | Page 15, line 20 through Page 16, line 2 & n.47 | Cammack | ECF No. 219 | ECF No. 132 | Denied |
| Defendant's Memorandum of Law in Support of Motion for SJ | Page 16, line 21 through Page 17, line 8 & nn.48-51 | Cammack | ECF No. 219 | ECF No. 132 | Denied |
| Defendant's Memorandum of Law in Support of Motion for SJ | Page 23, references to Monaco's investments | Plaintiffs | ECF No. 223 | ECF No. 132 | Denied |
| Defendant's Memorandum of Law in Support of Motion for SJ | Page 23, references to Straussner's investments | Plaintiffs | ECF No. 223 | ECF No. 132 | Denied |
| Defendant's Memorandum of Law in Support of Motion for SJ | Page 24 references to Monaco's investments | Plaintiffs | ECF No. 223 | ECF No. 132 | Denied |
| Defendant's Memorandum of Law in Support of Motion for SJ | Page 24 references to Straussner's investments | Plaintiffs | ECF No. 223 | ECF No. 132 | Denied |
| Defendant's Memorandum of Law in Support of Motion for SJ | Page 4, n.4 | Cammack | ECF No. 219 | ECF No. 132 | Denied |
| Defendant's Rule 56.1 Statement | Page 11, n.63 | Vanguard | ECF No. 222 | ECF No. 133 | Parties may redact the last parenthetical only in footnote 63 |
| Defendant's Rule 56.1 Statement | Paragraph 121 last sentence & n. 273 | Cammack | ECF No. 219 | ECF No. 133 | Denied |
| Defendant's Rule 56.1 Statement | Paragraph 122 & nn. 274-275 (citations to Rezler Declaration) | Cammack | ECF No. 219 | ECF No. 133 | Denied |
| Defendant's Rule 56.1 Statement | Paragraph 28 & nn. 67 & 68 (citations to Rezler Declaration) | Cammack | ECF No. 219 | ECF No. 133 | Denied |
| Defendant's Rule 56.1 Statement | Paragraph 36 | Plaintiffs | ECF No. 223 | ECF No. 133 | Redact only the last sentence so that it reads: "Mr. Miller is still invested in the CREF Stock Account in both of those plans, and according to Mr. Miller, his investment in that fund grew by approximately [redacted] over 8 years." |
| Defendant's Rule 56.1 Statement | Paragraph 38 | Plaintiffs | ECF No. 223 | ECF No. 133 | Redact the account balance number |
| Defendant's Rule 56.1 Statement | Paragraph 41 references to Monaco's investments | Plaintiffs | ECF No. 223 | ECF No. 133 | Redact the account balance numbers |
| Defendant's Rule 56.1 Statement | Paragraph 45, references to Straussner's investments | Plaintiffs | ECF No. 223 | ECF No. 133 | Denied |
| Defendant's Rule 56.1 Statement | Paragraph 46, references to Straussner's investments | Plaintiffs | ECF No. 223 | ECF No. 133 | Redact the account balance number |
| Defendant's Rule 56.1 Statement | Paragraph 47, references to Brown's investments | Plaintiffs | ECF No. 223 | ECF No. 133 | Denied |
| Defendant's Rule 56.1 Statement | Paragraph 48, references to Brown's investments | Plaintiffs | ECF No. 223 | ECF No. 133 | Redact the account balance number |
| Defendant's Rule 56.1 Statement | Paragraph 51, references to Sacerdote's investments | Plaintiffs | ECF No. 223 | ECF No. 133 | Redact the account balance number |
| Defendant's Rule 56.1 Statement | Paragraph 53, references to Samuels's investments | Plaintiffs | ECF No. 223 | ECF No. 133 | Redact the account balance number |
| Defendant's Rule 56.1 Statement | Paragraphs 123-124 & nn. 276-279 | Cammack | ECF No. 219 | ECF No. 133 | Redact paragraph 123: In 2011, TIAA's required revenue rates across the Comparison Group ranged "from a high of 18 bps to a low of 9 bps," and in 2016 ranged from "a high of [redacted] to a low of [redacted]." Of the Comparison Group, in 2010, the NYU Washington Square Group had the highest plan assets and was in the second-lowest quartile for fees paid to TIAA, and in 2016, "NYU Washington Square Group ranked in the [redacted]-highest quartile of plan assets, while its fees paid to TIAA ranked in the [redacted]-lowest quartile." Redact paragraph 124: "Additionally, of the Comparison Gorup, in 2016, NYU Langone Group ranked in the [redacted] highest quartile of plan assets, and the [redacted] lowest quartile of fees paid to TIAA. NYU Langone Group's fees dropped after it consolidated to one recordkeeper, although it's [sic] prior "use of a multiple record-keeper arrangement was not unusual." |
| Taylor Dec., Ex. 103 (Internal Vanguard Email Correspondence) | Full document | Vanguard | ECF No. 222 | ECF No. 134-103 | Redact in full |
| Taylor Dec., Ex. 123 (All-in-Fee Report dated June 30, 2011) | Full document | Vanguard | ECF No. 222 | ECF No. 134-123 | Redact in full |
| Taylor Dec., Ex. 19 (Recordkeeping Fee Agreement) | Full document | Vanguard | ECF No. 222 | ECF No. 134-19 | Redact pages Bates stamped Vanguard-NYU_0000046 through 0000050 |
| Taylor Dec., Ex. 22 (Transcript of the Deposition of George Heming) | Full document | Vanguard | ECF No. 222 | ECF No. 134-22 | Denied |
| Ex. 67 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-67 | Redact all PII, including, inter alia, name, SSN, DOB, certificate numbers |
| Ex. 69 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-69 | Redact all dollar amounts |
| Ex. 70 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-70 | Redact in full |
| Ex. 71 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-71 | Redact line 254:9 so that it reads: "range of [redacted] in retirement"; line 267:3 so that it reads "total of [redacted]"; and all dollar amounts on page 269 |
| Ex. 73 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-73 | Redact in full |
| Ex. 75 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-75 | Redact dollar amounts on pages 68, 69, 71, 72 |
| Ex. 76 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-76 | Redact in full |

Sacerdote et al. v. NYU (16-cv-6284)

Court's Rulings on Requested Redactions

| Item | Suggested Redaction | Party Requesting | ECF Number of Redaction Request | ECF No. of Document | Court's Decision |
|---|---|---|---|---|---|
| Ex. 77 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-77 | Redact in full |
| Ex. 78 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-78 | Redact in full |
| Ex. 79 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-79 | Denied |
| Ex. 80 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-80 | Redact in full |
| Ex. 81 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-81 | Redact in full |
| Ex. 82 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-82 | Redact in full |
| Ex. 83 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-83 | Denied |
| Ex. 84 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-84 | Redact in full |
| Ex. 85 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-85 | Denied |
| Ex. 87 to Declaration of Ian C. Taylor | Full document | Plaintiffs | ECF No. 223 | ECF No. 134-87 | Redact in full |
| May 2008 Cammack Proposal to NYU (Taylor Dec., Ex. 90) | Full document | Cammack | ECF No. 219 | ECF No. 134-90 | Redact in full |
| Declaration of Jan Rezler (Taylor Decl., Ex. 91) | Paras. 5, 7-9 | Cammack | ECF No. 219 | ECF No. 134-91 | Para 5: Denied<br>Para 7: line 3 alone may be redacted to read: "a low of 9 bps, and in 2016 from a high of [redacted] to a low of [redacted]. In 2011, there"<br>Para 8: the second sentence alone may be redacted to read: "In 2016, the NYU Washington Square Group ranked in the [redacted]-highest quartile of plan assets, while its fees paid to TIAA ranked in the [redacted]-lowest quartile.<br>Para 9: The second sentence alone may be redacted to read: "In 2016, the NYU Langone Group ranked in the [redacted]-highest quartile of plan assets, and the [redacted]-lowest quartile of fees paid to TIAA." |
| Cammack-NYU Services Agreement (Taylor Dec., Ex. 92) | Full document | Cammack | ECF No. 219 | ECF No. 134-92 | Pages marked Exhibit B may be redacted |
| Plaintiffs' Brief in Opposition to Motion for SJ | Page 3, lines 16-17 & n. 15 (citation to Rohlf Ex. 5), Page 4, line 1 (reference to Cammack). | Cammack | ECF No. 219 | ECF N. 162 | Denied |
| Plaintiffs' Brief in Opposition to Motion for SJ | Page 4, lines 15-17 | Vanguard | ECF No. 222 | ECF No. 162 | Denied |
| Plaintiffs' Rule 56.1 Statement | Page 157, para. 223 & n.839 | Vanguard | ECF No. 222 | ECF No. 163 | Denied |
| Plaintiffs' Rule 56.1 Statement | Page 27, lines 11-15 & nn.129-130 | Vanguard | ECF No. 222 | ECF No. 163 | Parties may redact dollar amounts in lines 12 and 13 and in footnote 130 |
| Plaintiffs' Rule 56.1 Statement | Page 70, lines 9-11 & n.364 | Vanguard | ECF No. 222 | ECF No. 163 | Denied |
| Plaintiffs' Rule 56.1 Statement | Pages 160-61, paras. 236-37 & nn.859-60 | Vanguard | ECF No. 222 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 121, page 98, lines 10-14, and page 99, lines 4-5 | Cammack | ECF No. 219 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 122, page 99, line 8 through page 100, line 5 | Cammack | ECF No. 219 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 123, page 100, line 16 through page 101, line 3 | Cammack | ECF No. 219 | ECF No. 163 | Redact paragraph 123: In 2011, TIAA's required revenue rates across the Comparison Group ranged "from a high of 18 bps to a low of 9 bps," and in 2016 ranged from "a high of [redacted] to a low of [redacted]." Of the Comparison Group, in 2010, the NYU Washington Square |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 123, page 101, lines 10-15 | Cammack | ECF No. 219 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 124, page 102, lines 3-11 & n. 520 | Cammack | ECF No. 219 | ECF No. 163 | Redact only paragraph 124, line 2 so that it reads: "the [redacted] highest quartile of plan assets, and the [redacted] lowest quartile of fees paid to TIAA." |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 205, page 152, line 10 through page 153, line 2 | Cammack | ECF No. 219 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 207, page 153, lines 13-14. | Cammack | ECF No. 219 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 28, page 29, lines 10-14 | Cammack | ECF No. 219 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 28, page 30, line 2 | Cammack | ECF No. 219 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 3, page 3, line 15 & n. 9 | Cammack | ECF No. 219 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 36 | Plaintiffs | ECF No. 223 | ECF No. 163 | Redact only the last sentence so that it reads: "Mr. Miller is still invested in the CREF Stock Account in both of those plans, and according to Mr. Miller, his investment in that fund grew by approximately [redacted] over 8 years." |

Sacerdote et al. v. NYU (16-cv-6284)

Court's Rulings on Requested Redactions

| Item | Suggested Redaction | Party Requesting | ECF Number of Redaction Request | ECF No. of Document | Court's Decision |
|---|---|---|---|---|---|
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 38 | Plaintiffs | ECF No. 223 | ECF No. 163 | Redact the account balance number |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 41 references to Monaco's investments | Plaintiffs | ECF No. 223 | ECF No. 163 | Redact the account balance numbers |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 45 references to Straussner's investments | Plaintiffs | ECF No. 223 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 46, references to Straussner's investments | Plaintiffs | ECF No. 223 | ECF No. 163 | Redact the account balance numbers |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 47 references to Brown's investments | Plaintiffs | ECF No. 223 | ECF No. 163 | Denied |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 48, references to Brown's investments | Plaintiffs | ECF No. 223 | ECF No. 163 | Redact the account balance number |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 51, references to Sacerdote's investments | Plaintiffs | ECF No. 223 | ECF No. 163 | Redact the account balance number |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 53, references to Samuels's investments | Plaintiffs | ECF No. 223 | ECF No. 163 | Redact the account balance number |
| Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts | Paragraph 85, page 70, lines 7-9 | Cammack | ECF No. 219 | ECF No. 163 | Denied |
| Vanguard-NYU Feb. 2017 Partnership Report (Rohlf Dec., Ex. 113) | Full document | Vanguard | ECF No. 222 | ECF No. 164-113 | Redact in full |
| Summary of October 17, 2013 Vanguard-NYU Meeting (Rohlf Dec., Ex. 47) | Full document | Vanguard | ECF No. 222 | ECF No. 164-47 | Redact in full |
| June 2008 Cammack "Observations" to NYU (Rohlf Dec., Ex. 5) | Full document | Cammack | ECF No. 219 | ECF No. 164-5 | Redact in full |
| Vanguard-NYU Client Team Summary (Rohlf Dec., Ex. 73) | Full document | Vanguard | ECF No. 222 | ECF No. 164-73 | Redact in full |
| Buetow Expert Report | Paras. 65-66 | Cammack | ECF No. 219 | ECF No. 207-2 | Redact paragraph 65 so that it reads: "In its 2008 proposal in response to the RFP for an investment consultant, Cammack stated that it had experience with TIAA and listed its fee on one fund, stating that the fees available to NYU are a small fraction of the Morningstar weighted average. Compare CLC0007983 at 8097 with CLC0001072 at 1089 (comparing the CREF Stock Account fees of [redacted] basis points to a large cap funds from Vanguard and Fidelity that charged [redacted] basis points respectively). This is because the NYU Plans are mega plans which can command, as Commack [sic] pointed out, fees for as little as [redacted] basis points, less than 10% of Morningstar averages which contain mostly retail funds. CLC0001072." |

Sacerdote et al. v. NYU (16-cv-6284)