UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ALAN SACERDOTE, et al., | : Case No.: 1: 16-cv-06284 (KBF) |
| Plaintiffs, | : |
| | : ECF Case |
| v. | : |
| NEW YORK UNIVERSITY, | : |
| Defendant. | : |

## DECLARATION OF MARK MUEDEKING

Mark Muedeking hereby declares as follows:

1. I am a partner with the law firm of DLA Piper LLP (US), counsel for Defendant, New York University ("NYU"), in the above-captioned action and I have personal knowledge of the facts set forth herein, except where otherwise noted. I respectfully submit this Declaration in support of Defendant's Motions *in Limine*.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Margaret Meagher, dated December 15, 2017.

3. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Mark Petti, dated November 14, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Douglas Chittenden dated November 22, 2017.

5. Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Marcia Wagner dated February 23, 2018.

6. Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Lassaad Adel Turki, dated February 7, 2018.

7. Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Daniel Fischel, dated March 1, 2018.

8. Attached hereto as **Exhibit 7** is the Corrected Expert Report of Michael J. DiCenso, dated January 31, 2018.

9. Attached hereto as **Exhibit 8** is the Second Corrected Expert Report of Michael Geist, dated February 6, 2018.

10. Attached hereto as **Exhibit 9** is the Expert Report of Gerald Buetow, dated December 22, 2017.

11. Attached hereto as **Exhibit 10** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Michael J. DiCenso, dated February 1, 2018.

12. Attached hereto as **Exhibit 11** is the Expert Report of Michael Geist, dated December 22, 2017.

13. Attached hereto as **Exhibit 12** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Gerald Buetow, dated February 15, 2018.

14. Attached hereto as **Exhibit 13** is the Rebuttal Expert Report of Gerald Buetow, dated January 22, 2018.

15. Attached hereto as **Exhibit 14** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Patricia Halley, dated November 3, 2017.

16. Attached hereto as **Exhibit 15** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Susanna Hollnsteiner, dated October 25, 2017.

17. Attached hereto as **Exhibit 16** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Jan Rezler, dated November 16, 2017.

18. Attached hereto as **Exhibit 17** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Nancy Sanchez, dated November 17, 2017.

19. Attached hereto as **Exhibit 18** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Tina Surh, dated November 7, 2017.

20. Attached hereto as **Exhibit 19** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Linda Woodruff, dated November 2, 2017.

21. Attached hereto as **Exhibit 20** is the Rebuttal Expert Report of Michael Geist, dated January 22, 2018.

22. Attached hereto as **Exhibit 21** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Michael Geist, dated February 7, 2018.

23. Attached hereto as **Exhibit 22** is a true and correct copy of relevant excerpts of the deposition testimony transcript of James Brown, dated November 29, 2017.

24. Attached hereto as **Exhibit 23** is a true and correct copy of relevant excerpts of the deposition testimony transcript of George Heming, dated December 13, 2017.

25. Attached hereto as **Exhibit 24** is a true and correct copy of relevant excerpts of the deposition testimony transcript of Peter Hueber, dated November 22, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2018              /s/ Mark Muedeking  
                                   Mark Muedeking