# EXHIBIT 7

# CONFIDENTIAL – FILED UNDER SEAL IN ACCORDANCE WITH PROTECTIVE ORDER (SEE ECF NO. 58)