**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DR. ALAN SACERDOTE et al.,

                          *Plaintiffs*,

 v.

NEW YORK UNIVERSITY,

                          *Defendant*.

16 Civ. 6284 (KBF)

<u>**DECLARATION OF JOEL D. ROHLF**</u>

Joel D. Rohlf hereby declares as follows:

1.      I am an attorney with the law firm of Schlichter Bogard & Denton, counsel for Plaintiffs, in the above-captioned action and I have personal knowledge of the facts set forth herein, except where otherwise noted.  I respectfully submit this Declaration in support of Plaintiffs' Opposition to NYU's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Gerald Buetow dated December 22, 2017.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the excerpts from the deposition of Margaret Meagher taken on December 15, 2017.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the excerpts from the deposition of Mark Petti taken on November 14, 2017.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the NYU Defined Contribution Programs Request for Proposal dated September 3, 2009 (CLC0022348) and produced by third party Cammack .

6. Attached hereto as Exhibit 5 is a true and correct copy of a presentation by Cammack LaRhette Consulting titled New York University Defined Contribution Plan Observations dated June 4, 2008 (CLC0001265) and produced by third party Cammack.

7. Attached hereto as Exhibit 6 is a true and correct copy of the meeting minutes of the NYU Retirement Committee Meeting dated February 22, 2013 (CLC0038995) and produced by third party Cammack.

8. Attached hereto as Exhibit 7 is a true and correct copy of the corrected expert report of Michael J. Geist dated February 6, 2018.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Fiduciary Due Diligence Report dated May 15, 2009 by Cammack LaRhette (CLC0021496) and produced by third party Cammack.

10. Attached hereto as Exhibit 9 is a true and correct copy of an e-mail dated August 26, 2009 from Peter Hueber to Margaret Meagher (TIAA_NYU_00056900) and produced by third party TIAA.

11. Attached hereto as Exhibit 10 is a true and correct copy of an e-mail dated May 12, 2010 from Margaret Meagher to Peter Hueber (TIAA_NYU_00054957) and produced by third party TIAA.

12. Attached hereto as Exhibit 11 is a true and correct copy of an e-mail dated June 22, 2009 from Jeffrey Levy to Margaret Meagher (CLC0021888) and produced by third party Cammack.

13. Attached hereto as Exhibit 12 is a true and correct copy of an e-mail dated November 13, 2009 from Margaret Meagher to Peter Hueber (TIAA_NYU_00057399) and produced by third party TIAA.

14.     Attached hereto as Exhibit 13 is a true and correct copy of an e-mail dated May 28, 2010 from Peter Hueber to Jeffrey Levy (CLC0023729) and produced by third party Cammack.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the excerpts from the deposition of Linda Woodruff taken on November 2, 2017.

16.     Attached hereto as Exhibit 15 is a true and correct copy of the Retirement Committee Meeting Agenda for July 14, 2010 (NYU0094264) and produced by NYU.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the NYU Retirement Committee Meeting Agenda for September 23, 2010 (CLC0024335) and produced by third party Cammack.

18.     Attached hereto as Exhibit 17 is a true and correct copy of an e-mail dated November 2, 2010 from Linda Woodruff to Mirta Salomon, et al with the agenda for the November 2010 meeting (CLC0024634) and produced by third party Cammack.

19.     Attached hereto as Exhibit 18 is a true and correct copy of the NYU Retirement Committee Meeting Materials for September 4, 2012 (CLC0014761) and produced by third party Cammack.

20.     Attached hereto as Exhibit 19 is a true and correct copy of the NYU Retirement Committee Meeting Agenda for June 14, 2013 (CLC0037687) and produced by third party Cammack.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the NYU Retirement Committee Meeting Agenda for November 25, 2013 (CLC0038638) and produced by third party Cammack.

22.     Attached hereto as Exhibit 21 is a true and correct copy of the NYU Retirement Committee Meeting Agenda for February 26, 2014 (CLC0039508) and produced by third party Cammack.

23.     Attached hereto as Exhibit 22 is a true and correct copy of the NYU Retirement Committee Meeting Agenda for August 19, 2014 (CLC0041780) and produced by third party Cammack.

24.     Attached hereto as Exhibit 23 is a true and correct copy of the NYU Retirement Committee Meeting Agenda dated December 11, 2014 (CLC0043277) and produced by third party Cammack.

25.     Attached hereto as Exhibit 24 is a true and correct copy of the NYU Retirement Committee Meeting Agenda for February 26, 2015 (NYU0082377) and produced by NYU.

26.     Attached hereto as Exhibit 25 is a true and correct copy of the NYU Retirement Committee Meeting Agenda for June 9, 2015 (CLC0045595) and produced by third party Cammack.

27.     Attached hereto as Exhibit 26 is a true and correct copy of the NYU Retirement Committee Meeting Agenda dated March 2, 2016 (CLC0050534) and produced by third party Cammack.

28.     Attached hereto as Exhibit 27 is a true and correct copy of the NYU Retirement Committee Meeting Materials for June 1, 2016 (NYU0154358) and produced by NYU.

29.     Attached hereto as Exhibit 28 is a true and correct copy of the NYU Retirement Committee Meeting dated December 12, 2016 (NYU0039084) and produced by NYU.

30.     Attached hereto as Exhibit 29 is a true and correct copy of the NYU Retirement Committee Meeting Agenda for February 23, 2017 (CLC0061250) and produced by third party Cammack.

31.     Attached hereto as Exhibit 30 is a true and correct copy of the NYU Retirement Committee Meeting Agenda for May 24, 2017 (CLC0063874) and produced by third party Cammack.

32.     Attached hereto as Exhibit 31 is a true and correct copy of the NYU Retirement Committee Meeting Materials dated September 7, 2017 (NYU0162846) and produced by NYU.

33.     Attached hereto as Exhibit 32 is a true and correct copy of an article by AonHewitt InBrief from July 2012.

34.     Attached hereto as Exhibit 33 is a true and correct copy of the New York University Retirement Plan Investment Options Comparative Chart (NYU0161772) and produced by NYU.

35.     Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the deposition of Douglas Chittenden taken on November 22, 2017.

36.     Attached hereto as Exhibit 35 is a true and correct copy of the NYU Faculty Plan Amended and Restated Effective dated January 1, 2002 (TIAA_NYU_00032598) and produced by third party TIAA.

37.     Attached hereto as Exhibit 36 is a true and correct copy of the NYU Medical Plan Amended and Restated Effective dated January 1, 2002 (CLC0000142) and produced by third party Cammack.

38.     Attached hereto as Exhibit 37 is a true and correct copy of the Memorandum to All Participants in TIAA-CREF regarding Summary Plan Descripts dated January 10, 1978 (NYU0109008) and produced by NYU.

39.     Attached hereto as Exhibit 38 is a true and correct copy of the Rebuttal Report of Michael Geist dated January 22, 2018.

40.     Attached hereto as Exhibit 39 is a true and correct copy of the article Advisory Council on Employee Welfare and Pension Benefit Plans, Report to the Honorable Hilda L. Solis, United States Secretary of Labor, *Current Challenges and Best Practices for ERISA Compliance for 403(b) Plan Sponsors* (Nov. 2011).

41.     Attached hereto as Exhibit 40 is a true and correct copy of the NYUFSC Summary of the Faculty Senators Council Meeting of September 23, 2010 (PLA-NYU-005410) and produced by plaintiffs.

42.     Attached hereto as Exhibit 41 is a true and correct copy of the New York University Minutes of the T-Faculty Senators Council Meeting of November 3, 2016 publicly available.

43.     Attached hereto as Exhibit 42 is a true and correct copy of the Declaration of Marie Monaco dated February 7, 2018.

44.     Attached hereto as Exhibit 43 is a true and correct copy of the NYU School of Medicine NYU Langone Medical Center Faculty Recruitment Benefits Brochure (NYU0126545) and produced by NYU.

45.     Attached hereto as Exhibit 44 is a true and correct copy of the Enhancements to NYU's Retirement program (Alison's Talking Points to Core) dated October 2015 (NYU0049922) and produced by NYU.

46.     Attached hereto as Exhibit 45 is a true and correct copy of the New York University NYU Langone Medical Center January 2011 Retirement Plan Vendor Consolidation (NYU0009295) and produced by NYU.

47.     Attached hereto as Exhibit 46 is a true and correct copy of the NYU Retirement Committee Meeting Minutes dated February 22, 2013 (CLC0038995) and produced by third party Cammack.

48.     Attached hereto as Exhibit 47 is a true and correct copy of the New York University Meeting Summary dated October 17, 2013 Vanguard-NYU_0011878) and produced by third party Vanguard.

49.     Attached hereto as Exhibit 48 is a true and correct copy of the article by Gretchen Morgenson, *The Finger-Pointing at the Finance Firm TIAA,* N.Y. Times, dated October 21, 2017.

50.     Attached hereto as Exhibit 49 is a true and correct copy of the article by Gretchen Morgenson, *TIAA Receives New York Subpoena on Sales Practices,* N.Y. Times, dated November 9, 2017

51.     Attached hereto as Exhibit 50 is a true and correct copy of the article by Tara Siegel Bernard, *If you Bought In To TIAA Based On Reputation, Check Your Accounts*, N.Y. Times, dated November 13, 2017.

52.     Attached hereto as Exhibit 51 is a true and correct copy of the article by Reed Abelson, *Budget Deal to Cost T.I.A.A.-C.R.E.F. Its Tax Exemption,* N.Y. Times (July 30, 2007).

53.     Attached hereto as Exhibit 52 is a true and correct copy of the June 15, 2010, Retirement Roundtable for Higher Education 403(b) Plan Administrators (CLC0023982) and produced by third party Cammack.

54.     Attached hereto as Exhibit 53 is a true and correct copy of excerpts from the deposition of Michael Geist taken on February 7, 2018.

55.     Attached hereto as Exhibit 54 is a true and correct copy of the Cammack LaRhette and TIAA-CREFF: Partnering for Success dated December 6, 2012 (TIAA_NYU_00083468) and produced by third party TIAA.

56.     Attached hereto as Exhibit 55 is a true and correct copy of the Morningstar Principia Defined Contribution Plan Report dated through March 31, 2009 (CLC0006850) and produced by third party Cammack.

57.     Attached hereto as Exhibit 56 is a true and correct copy of the New York University Retirement Plan for Members of the Faculty, Professional Research Staff and Administration (Amended and Restated effective January 1, 2010) (NYU0007315) and produced by NYU.

58.     Attached hereto as Exhibit 57 is a true and correct copy of the New York University Retirement Plan for Members of the Faculty, Professional Research Staff and Administration (Amended and Restated effective January 1, 2009) (CLC0002586) and produced by third party Cammack.

59.     Attached hereto as Exhibit 58 is a true and correct copy of the Rebuttal Report of Gerald Buetow dated January 22, 2018.

60.      Attached hereto as Exhibit 59 is a true and correct copy of the Corrected Expert Report of Michael J. DiCenso dated January 31, 2018.

61.     Attached hereto as Exhibit 60 is a true and correct copy of the New York University NYU Langone Medical Center NYU Polytechnic 403(b) and 457(b) Plans Request for Proposal Results dated October 28, 2009 (NYU0028189) and produced by NYU.

62.     Attached hereto as Exhibit 61 is a true and correct copy of the September 25, 2009 RFP Response from FASCore Recordkeeping Services, a subsidiary of Great-West (CLC0018487) and produced by third party Cammack.

63.     Attached hereto as Exhibit 62 is a true and correct copy of the February 1, 2011 Emails between M. Meagher and J. Levy (CLC0025412) and produced by third party Cammack.

64.     Attached hereto as Exhibit 63 is a true and correct copy of the February 15, 2011 emails between Abban at Fidelity to Levy at Cammack (CLC0025523) and produced by third party Cammack.

65.     Attached hereto as Exhibit 64 is a true and correct copy of the excerpts from the deposition of Peter Hueber taken on November 22, 2017.

66.     Attached hereto as Exhibit 65 is a true and correct copy of the excerpts from the deposition of Tina Surh taken on November 7, 2017.

67.     Attached hereto as Exhibit 66 is a true and correct copy of the New York University NYU Langone Medical Center Supplemental Fiduciary Committee Information dated June 14, 2010 (NYU0004345) and produced by NYU.

68.     Attached hereto as Exhibit 67 is a true and correct copy of the Advantages of Consolidation to a Single Vendor (CLC0009559) and produced by third party Cammack.

69.     Attached hereto as Exhibit 68 is a true and correct copy of the New York University NYU Langone Medical Center Vendor Consolidation Overview dated November 2010 (CLC0024978) and produced by third party Cammack.

70.     Attached hereto as Exhibit 69 is a true and correct copy of the New York University NYU Langone Medical Center Retirement Plan Vendor Consolidation dated December 2010 (CLC0025080) and produced by third party Cammack.

71.     Attached hereto as Exhibit 70 is a true and correct copy of the New York University NYU Langone Medical Center Retirement Vendor Consolidation dated February 2011 (NYU0005468) and produced by NYU.

72.     Attached hereto as Exhibit 71 is a true and correct copy of the New York University Defined Contribution Program: Request for Proposal-Executive Analysis dated February 2017 (CLC0000755) and produced by third party Cammack.

73.     Attached hereto as Exhibit 72 is a true and correct copy of the Advantages of Consolidating an ERISA 403(b) Program into a Single Investment Provider (CLC0000846) and produced by third party Cammack.

74.     Attached hereto as Exhibit 73 is a true and correct copy of the NYU Client Team Summary (Vanguard-NYU_0007982) and produced by third party Vanguard.

75.     Attached hereto as Exhibit 74 is a true and correct copy of the December 5, 2016, Email from Fidelity's Michael Houser to Cammack's Jan Rezler (CLC0058151) and produced by third party Cammack.

76.     Attached hereto as Exhibit 75 is a true and correct copy of the Plaintiffs' Complaint dated August 9, 2016 (ECF. No. 1).

77.     Attached hereto as Exhibit 76 is a true and correct copy of the September 15, 2015 Meeting Minutes of the Committee (NYU0005069) and produced by NYU.

78.     Attached hereto as Exhibit 77 is a true and correct copy of the excerpts from the deposition of George Heming taken on December 13, 2017.

79.     Attached hereto as Exhibit 78 is a true and correct copy of the New York University Fidelity drives success for New York University Retirement Programs by delivering

guidance and investments that help your employees find their way (NYU0096932) and produced by NYU.

80.     Attached hereto as Exhibit 79 is a true and correct copy of the Supporting Spreadsheet of Michael Geist.

81.     Attached hereto as Exhibit 80 is a true and correct copy of the Minutes: NYU Retirement Committee Meeting-February 4, 2009 (NYU0026645) and produced by NYU.

82.     Attached hereto as Exhibit 81 is a true and correct copy of the August 11, 2011 Email from Julie Boden Adams to Mark Petti (NYU0112654) produced by NYU.

83.     Attached hereto as Exhibit 82 is a true and correct copy of the January 7, 2011 from NYU's Margaret Meagher to Cammack's Jan Rezler (CLC0025242) and produced by third party Cammack.

84.     Attached hereto as Exhibit 83 is a true and correct copy of the excerpts from the deposition of Patricia Halley taken on November 3, 2017.

85.     Attached hereto as Exhibit 84 is a true and correct copy of the excerpts from the deposition of Linda Woodruff taken on November 2, 2017.

86.     Attached hereto as Exhibit 85 is a true and correct copy of the New York University New York University School of Medicine NYU Hospitals Center Defined Contribution Retirement Plan Investment Consulting Services Proposal dated May 2008 (CLC0001072) and produced by third party Cammack.

87.     Attached hereto as Exhibit 86 is a true and correct copy of the excerpts from the deposition of Jan Rezler taken on November 16, 2017.

88.     Attached hereto as Exhibit 87 is a true and correct copy of the New York University NYU Langone Medical Center Fiduciary Due Diligence Report dated December 31, 2010 (NYU0103685) and produced by NYU.

89.     Attached hereto as Exhibit 88 is a true and correct copy of the New York University NYU Langone Medical Center NYU Lutheran Medical Center Due Diligence Begins with Careful Oversight dated September 30, 2016 (CLC0058214) and produced by third party Cammack.

90.     Attached hereto as Exhibit 89 is a true and correct copy of the New York University NYU Langone Medical Center Fiduciary Due Diligence Report dated March 31, 2010 (CLC0007983) and produce by third party Cammack.

91.     Attached hereto as Exhibit 90 is a true and correct copy of the NYU Retirement Committee Meeting-Meeting Agenda dated February 22, 2013 (CLC0036611) and produced by third party Cammack.

92.     Attached hereto as Exhibit 91 is a true and correct copy of the New York University Retirement Plan Investment Options Comparative Chart (NYU0161772) and produced by NYU.

93.     Attached hereto as Exhibit 92 is a true and correct copy of the TIAA Real Estate Account Form 8-K dated October 13, 2014 (TIAA_NYU_00081731) and produced by third party TIAA.

94.     Attached hereto as Exhibit 93 is a true and correct copy of the Meeting Minutes of the NYU Retirement Committee Meeting dated February 22, 2013 (CLC0038996) and produced by third party Cammack.

95.     Attached hereto as Exhibit 94 is a true and correct copy of the New York University NYU Langone Medical Center Fiduciary Due Diligence Report dated September 30, 2012 (NYU0030499) and produced by NYU.

96.     Attached hereto as Exhibit 95 is a true and correct copy of the New York University NYU Langone Medical Center Supplemental Information dated April 1, 2011 (CLC0025972) and produced by third party Cammack.

97.     Attached hereto as Exhibit 96 is a true and correct copy of the article Fiduciary Plan Governance, LLC, *Legacy Investments in Higher Education: What is a Plan Sponsor's Responsibility to Participants?*

98.     Attached hereto as Exhibit 97 is a true and correct copy of the New York University NYU School of Medicine NYU Hospitals Center Polytechnic Institute of NYU Defined Contribution Retirement Programs Request for Proposal dated September 3, 2009 (Vanguard-NYU_0053000) and produced by third party Vanguard.

99.     Attached hereto as Exhibit 98 is a true and correct copy of the New York University NYU Langone Medical Center NYU Polytechnic 403(b) and 457(b) Plans Request for Proposal Results dated October 28, 2009 (NYU0028134) and produced by NYU.

100.    Attached hereto as Exhibit 99 is a true and correct copy of the NYU Retirement Committee Meeting Minutes dated March 18, 2009 (CLC0023676) and produced by third party Cammack.

101.    Attached hereto as Exhibit 100 is a true and correct copy of the Notes from August 15, 2011 Committee Meeting (CLC0027671) and produced by third party Cammack.

102.     Attached hereto as Exhibit 101 is a true and correct copy of the Teachers Insurance and Annuity Association New York, N.Y. Retirement Annuity Contract for Herbert Samuels (TIAA_NYU_00014754) and produced by third party TIAA.

103.     Attached hereto as Exhibit 102 is a true and correct copy of the NYU Retirement Committee Meeting Minutes dated September 23, 2010 (CLC0039025) and produced by third party Cammack.

104.     Attached hereto as Exhibit 103 is a true and correct copy of the article Reengineering II, More Opportunities for Self Service, Slides at 11, 12–18 (July 30, 2009).

105.     Attached hereto as Exhibit 104 is a true and correct copy of the article The Standard Retirement Services, Inc., Fixing Your 403(b) Plan: Adopting a Best Practices Approach

106.     Attached hereto as Exhibit 105 is a true and correct copy of the article AonHewitt, *How 403(b) Plans Are Wasting Nearly $10 Billion Annually, and What Can Be Done to Fix It* (Jan. 2016).

107.     Attached hereto as Exhibit 106 is a true and correct copy of the Peter Grant and Gary Kilpatrick, article, *Higher Education's Response to a New Defined Contribution Environment*, Towers Watson Viewpoints (2012).

108.     Attached hereto as Exhibit 107 is a true and correct copy of the Enhancements to NYU's Retirement program, October 2015 (NYU0031773) and produced by NYU.

109.     Attached hereto as Exhibit 108 is a true and correct copy of the NYU Retirement Plan-Optimization Issues (CRG draft) dated October 2015 (CLC0048843) and produced by third party Cammack.

110.     Attached hereto as Exhibit 109 is a true and correct copy of the New York University Defined Contribution Program: Request for Proposal-Executive Analysis dated February 2017 (NYU0040986) and produced by NYU.

111.     Attached hereto as Exhibit 110 is a true and correct copy of the excerpts from the deposition of Nancy Sanchez taken on November 17, 2017.

112.     Attached hereto as Exhibit 111 is a true and correct copy of the excerpts from the deposition of Susanna Hollnsteiner taken on October 25, 2017.

113.     Attached hereto as Exhibit 112 is a true and correct copy of the Email from Paul Tocci to Ann Kraus dated July 23, 2013 (NYU0026756) and produced by NYU.

114.     Attached hereto as Exhibit 113 is a true and correct copy of the February 2017 Partnership Report New York University and Vanguard (Vanguard-NYU_0033330) and produced by third party Vanguard.

115.     Attached hereto as Exhibit 114 is a true and correct copy of the December 27, 2011 Vanguard Money Market Prospectus.

116.     Attached hereto as Exhibit 115 is a true and correct copy of the May 1, 2010 College Retirement Equities Fund Prospectus.

117.     Attached hereto as Exhibit 116 is a true and correct copy of the May 1, 2017 College Retirement Equities Fund Prospectus.

118.     Attached hereto as Exhibit 117 is a true and correct copy of the December 22, 2017 Vanguard Money Market Prospectus.

119.     Attached hereto as Exhibit 118 is a true and correct copy of the April 3, 2014 Email to Melville Brown; James Howard; Bradford Houchins and Richard Marx from Susanna Hollnsteiner (TIAA_NYU_00021732) and produced by TIAA.

120.    Attached hereto as Exhibit 119 is a true and correct copy of the DOL Field Assistance Bulletin No. 2002-03 (November 5, 2002).

121.    Attached hereto as Exhibit 120 is a true and correct copy of the NYU Retirement Committee Meeting Minutes dated June 14, 2010 (CLC0039003) and produced by third party Cammack.

122.    Attached hereto as Exhibit 121 is a true and correct copy of the NYU Retirement Committee Meeting Minutes dated September 23, 2010 (CLC0039025) and produced by third party Cammack.

123.    Attached hereto as Exhibit 122 is a true and correct copy of the NYU Retirement Committee Meeting Minutes dated November 2, 2010 (CLC0039016) and produced by third party Cammack.

124.    Attached hereto as Exhibit 123 is a true and correct copy of the NYU Retirement Committee Meeting Minutes dated November 14, 2011 (CLC0039019) and produced by third party Cammack.

125.    Attached hereto as Exhibit 124 is a true and correct copy of the Callan Investments Institute, 2017 Defined Contribution Trends, at 28 (2017).

126.    Attached hereto as Exhibit 125 is a true and correct copy of the New York University NYU Langone Fiduciary Due Diligence Report dated May 15, 2009 (CLC0021496) and produced by third party Cammack.

127.    Attached hereto as Exhibit 126 is a true and correct copy of the NYU York University NYU Langone Medical Center Fiduciary Responsibility and Process Review dated June 30, 2011 (NYU0007827) and produced by NYU.

16

128.    Attached hereto as Exhibit 127 is a true and correct copy of the New York University NYU Langone Medical Center NYU Polytechnic Institute Fiduciary Due Diligence Report dated December 31, 2013 (CLC0016219) and produced by third party Cammack.

129.    Exhibit 128 is left intentionally left blank.

130.    Attached hereto as Exhibit 129 is a true and correct copy of the article TIAA, *Where TIAA Profits Go*.

131.    Attached hereto as Exhibit 130 is a true and correct copy of the NYU Retirement Committee Meeting Minute dates April 1, 2011 (CLC0038988) and produced by third party Cammack.

132.    Attached hereto as Exhibit 131is a true and correct copy of the New York University Request for Proposal for Defined Contribution Recordkeeping Services dated October 2016 (NYU0104039) and produced by NYU.

133.    . Attached hereto as Exhibit 132 is true and correct copy of the New York University Minutes of the T-Faculty Senators Council Meeting of December 15, 2016 (PLA-NYU-005390) and produced by plaintiffs.

134.    Attached hereto as Exhibit 133 is a true and correct copy of the June 14, 2010 Email from Gerlad Abban to Jeffrey Levy (CLC0023929) and produced by third party Cammack.

135.    Attached hereto as Exhibit 134 is a true and correct copy of the New York University Defined Contribution Services, Investment Consulting Services dated June 4, 2008 (CLC0001276) and produced by third party Cammack.

136.    Attached hereto as Exhibit 135 is a true and correct copy of the excerpts from the deposition of Lassaad Turki taken on February 7, 2017.

137.    Attached hereto as Exhibit 136 is a true and correct copy of January 3, 2011 Email from Gerald Abban to Jeffrey Levy (CLC0025171) and produced by third party Cammack.

138.    Attached hereto as Exhibit 137 is a true and correct copy of December 2, 2009 Email from Margaret Meagher to Jeffrey Levy (CLC0022650) and produced by third party Cammack.

139.    Attached hereto as Exhibit 138 is a true and correct copy of September 7, 2010 from Margaret Meagher to Jeffrey Levy (CLC0024245) and produced by third party Cammack.


Dated:  February 12, 2018                     */s/ Joel D. Rohlf*_____
                                              Joel D. Rohlf