# EXHIBIT 10



# Investment Fee & Expense Disclosure

**NEW YORK UNIVERSITY**

Activity for the Reporting Period: 01/01/2016 to 12/31/2016

| FUND NAME | FUND ID | TICKER | ASSET CLASS | ASSETS AS OF 12/31/2016 | AVERAGE ASSETS FOR THE REPORTING PERIOD | NET EXPENSE RATIO [1] (%) | NET EXPENSE RATIO [1] ($) | PLAN SERVICES EXPENSE [1] (%) | PLAN SERVICES EXPENSE [1] ($) |
|---|---|---|---|---|---|---|---|---|---|
| CREF Stock R3 | KH | QCSTIX | Equities | $492,986,230.07 | $482,245,806.03 | 0.380% | $1,832,534.06 | 0.100% | $482,245.81 |
| CREF Growth R3 | KQ | QCGRIX | Equities | $78,321,450.68 | $78,294,351.18 | 0.310% | $242,712.49 | 0.100% | $78,294.35 |
| CREF Global Equities R3 | KO | QCGLIX | Equities | $73,583,737.18 | $72,671,857.50 | 0.370% | $268,885.87 | 0.100% | $72,671.86 |
| CREF Equity Index R3 | KR | QCEQIX | Equities | $65,743,597.30 | $61,307,241.13 | 0.255% | $156,333.46 | 0.100% | $61,307.24 |
| TIAA-CREF Lg-Cap Val Idx-Inst | JM | TILVX | Equities | $30,592,123.17 | $23,687,350.11 | 0.060% | $14,212.41 | 0.000% | $0.00 |
| TIAA-CREF Intl Eq Idx-Inst [5] | JI | TCIEX | Equities | $25,524,905.69 | $23,010,671.89 | 0.060% | $13,806.40 | 0.000% | $0.00 |
| TIAA-CREF Mid-Cap Val-Inst | JG | TIMVX | Equities | $24,297,668.04 | $21,753,776.75 | 0.420% | $91,365.86 | 0.000% | $0.00 |
| TIAA-CREF Sm-Cap Bl Idx-Inst | JR | TISBX | Equities | $18,437,553.09 | $14,642,495.89 | 0.060% | $8,785.50 | 0.000% | $0.00 |
| TIAA-CREF Mid-Cap Gr-Inst | JF | TRPWX | Equities | $5,387,489.61 | $4,913,155.72 | 0.470% | $23,091.83 | 0.000% | $0.00 |
| CREF Bond Market R3 | KK | QCBMIX | Fixed Income | $65,350,454.95 | $65,147,965.72 | 0.345% | $224,760.48 | 0.100% | $65,147.97 |
| CREF Inflation-Linked Bond R3 | KS | QCILIX | Fixed Income | $30,727,007.40 | $31,473,263.55 | 0.275% | $86,551.47 | 0.100% | $31,473.26 |
| TIAA Traditional RA [2] | T1 | TIAA# | Guaranteed | $512,450,630.19 | $498,784,364.86 | 0.520% | $2,593,678.70 | 0.150% | $748,176.55 |
| TIAA Traditional RA MDO [2] | TL | TIAA# | Guaranteed | $119,443,391.91 | $123,254,935.82 | 0.520% | $640,925.67 | 0.150% | $184,882.40 |
| TIAA Traditional RA TPA [2] | TD | TIAA# | Guaranteed | $42,956,444.70 | $41,834,810.27 | 0.520% | $217,541.01 | 0.150% | $62,752.22 |
| TIAA Traditional RA IPRO [2] | TF | TIAA# | Guaranteed | $14,645,197.07 | $14,932,355.14 | 0.520% | $77,648.25 | 0.150% | $22,398.53 |
| TIAA Traditional RCP 1 [2] | TA | TIAA# | Guaranteed | $679.35 | $28,886.16 | 0.520% | $150.21 | 0.150% | $43.33 |
| CREF Money Market R3 | KI | QCMMIX | Money Market | $32,492,469.38 | $35,176,270.98 | 0.270% | $94,975.93 | 0.100% | $35,176.27 |
| CREF Social Choice R3 | KJ | QCSCIX | Multi-Asset | $54,123,412.16 | $53,379,289.65 | 0.315% | $168,144.76 | 0.100% | $53,379.29 |
| TIAA-CREF Lifecycle 2040-Inst | J8 | TCOIX | Multi-Asset | $12,243,034.73 | $10,814,322.03 | 0.440% | $47,583.02 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2035-Inst | J7 | TCIIX | Multi-Asset | $10,140,189.90 | $8,799,506.66 | 0.430% | $37,837.88 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2045-Inst | L8 | TTFIX | Multi-Asset | $8,846,555.13 | $7,547,349.52 | 0.450% | $33,963.07 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2030-Inst | J6 | TCRIX | Multi-Asset | $8,560,307.18 | $7,506,029.85 | 0.420% | $31,525.33 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2025-Inst | J5 | TCYIX | Multi-Asset | $7,798,322.84 | $6,700,539.14 | 0.410% | $27,472.21 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2020-Inst | J4 | TCWIX | Multi-Asset | $7,705,268.09 | $6,676,659.40 | 0.400% | $26,706.64 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2050-Inst | LA | TFTIX | Multi-Asset | $4,714,295.14 | $3,817,407.05 | 0.450% | $17,178.33 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2015-Inst | J3 | TCNIX | Multi-Asset | $3,879,189.36 | $3,758,240.52 | 0.380% | $14,281.31 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2010-Inst | J2 | TCTIX | Multi-Asset | $3,009,688.74 | $3,318,548.10 | 0.370% | $12,278.63 | 0.000% | $0.00 |
| TIAA-CREF Lfcyle Rtmt Inc-Inst | LC | TLRIX | Multi-Asset | $769,952.38 | $836,550.38 | 0.370% | $3,095.24 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2055-Inst | ZH | TTRIX | Multi-Asset | $680,315.37 | $492,408.31 | 0.450% | $2,215.84 | 0.000% | $0.00 |
| TIAA-CREF Lifecycle 2060-Inst | CK | TLXNX | Multi-Asset | $726.24 | $60.52 | 0.450% | $0.27 | 0.000% | $0.00 |

NYU RETIREMENT PLAN FOR MEMBERS OF FAC, PROF RES STAFF AND ADMIN- Plan # 102192    Private & Confidential   01/28/2017 04:46 AM    Page 1 of 2

Confidential                                                                                                                                                              TIAA_NYU_00004772



# Investment Fee & Expense Disclosure

## Activity for the Reporting Period: 01/01/2016 to 12/31/2016

| FUND NAME | FUND ID | TICKER | ASSET CLASS | ASSETS AS OF 12/31/2016 | AVERAGE ASSETS FOR THE REPORTING PERIOD | NET EXPENSE RATIO [1] (%) | ($) | PLAN SERVICES EXPENSE [1] (%) | ($) |
|---|---|---|---|---|---|---|---|---|---|
| TIAA Real Estate | X1 | QREARX | Real Estate | $83,797,644.61 | $81,820,589.62 | 0.885% | $724,112.22 | 0.240% | $196,369.42 |
| **ESTIMATED TOTAL / AVERAGE** | | | | $1,839,209,931.65 | $1,788,627,059.45 | 0.432% | $7,734,354.35 | 0.117% | $2,094,318.50 |

[1] Net expense ratio percentages are from the most recent prospectuses available to TIAA prior to the end of the reporting period. The plan services expense is a component of and not in addition to the net expense ratio percentage and estimated dollar amounts. Net expense ratio and plan services expense dollars are calculated using the average assets for the reporting period.

[2] The TIAA Traditional Annuity is not an investment for purposes of federal securities laws; it is a guaranteed insurance contract. Therefore, unlike a variable annuity or mutual fund, the TIAA Traditional Annuity does not include an identifiable expense ratio. Each premium allocated to the TIAA Traditional Annuity buys a definite amount of lifetime income for participants based on the rate schedule in effect at the time the premium is paid. In addition, the TIAA Traditional Annuity provides a guarantee of principal, a guaranteed minimum rate of interest and the potential for additional amounts of interest when declared by TIAA's Board of Trustees. Additional amounts, when declared, remain in effect for the "declaration year" that begins each March 1 for accumulating annuities and January 1 for lifetime payout annuities. Additional amounts are not guaranteed for future years. The recent expense provision in the formula for determining TIAA Traditional Annuity returns has averaged about 52 basis points (.520%) inclusive of administrative and investment expenses. This expense provision is not guaranteed, is subject to change, and is not publicly disclosed.

[5] 2.00% redemption or exchange fee may be assessed on shares that are redeemed or exchanged within 60 days of the initial purchase date.

Confidential       TIAA_NYU_00004773