# EXHIBIT 11



# Investment Fee & Expense Disclosure

**NYU SCHOOL OF MEDICINE**

Activity for the Reporting Period: 01/01/2016 to 12/31/2016

| FUND NAME | FUND ID | TICKER | ASSET CLASS | ASSETS AS OF 12/31/2016 | AVERAGE ASSETS FOR THE REPORTING PERIOD | NET EXPENSE RATIO [1] (%) | NET EXPENSE RATIO [1] ($) | PLAN SERVICES EXPENSE [1] (%) | PLAN SERVICES EXPENSE [1] ($) |
|---|---|---|---|---|---|---|---|---|---|
| CREF Stock R3 | KH | QCSTIX | Equities | $305,976,499.07 | $295,238,868.47 | 0.380% | $1,121,907.70 | 0.100% | $295,238.87 |
| Vanguard Inst Idx Inst | VZ | VINIX | Equities | $58,114,057.71 | $53,818,203.60 | 0.040% | $21,527.28 | 0.000% | $0.00 |
| Vanguard PRIMECAP Adm | MW | VPMAX | Equities | $48,896,764.62 | $46,045,482.64 | 0.340% | $156,554.64 | 0.000% | $0.00 |
| CREF Growth R3 | KQ | QCGRIX | Equities | $48,639,019.03 | $50,659,961.55 | 0.310% | $157,045.88 | 0.100% | $50,659.96 |
| Vanguard Windsor Adm | M0 | VWNEX | Equities | $41,573,401.71 | $39,665,620.65 | 0.290% | $115,030.30 | 0.000% | $0.00 |
| CREF Global Equities R3 | KO | QCGLIX | Equities | $40,022,590.57 | $39,727,017.93 | 0.370% | $146,989.97 | 0.100% | $39,727.02 |
| Vanguard Ttl Stk Mkt Idx Inst | WD | VITSX | Equities | $39,412,984.46 | $35,822,896.10 | 0.040% | $14,329.16 | 0.000% | $0.00 |
| CREF Equity Index R3 | KR | QCEQIX | Equities | $34,992,021.88 | $32,812,768.08 | 0.255% | $83,672.56 | 0.100% | $32,812.77 |
| Vanguard Windsor II Adm | ZY | VWNAX | Equities | $18,801,234.97 | $17,031,152.63 | 0.260% | $44,281.00 | 0.000% | $0.00 |
| Vanguard Capital Opportnty Adm | EM | VHCAX | Equities | $15,617,886.60 | $14,583,841.53 | 0.380% | $55,418.60 | 0.000% | $0.00 |
| Vanguard Small-Cap Val Idx Inst | BP | VSIIX | Equities | $14,771,308.50 | $10,571,982.54 | 0.070% | $7,400.39 | 0.000% | $0.00 |
| Vanguard Mid-Cap Idx Inst | U8 | VMCIX | Equities | $14,615,950.88 | $12,404,609.30 | 0.070% | $8,683.23 | 0.000% | $0.00 |
| Vanguard REIT Idx Inst | AI | VGSNX | Equities | $14,296,246.11 | $13,075,532.45 | 0.100% | $13,075.53 | 0.000% | $0.00 |
| Vanguard Growth and Income Adm | AT | VGIAX | Equities | $13,644,054.15 | $11,497,260.39 | 0.230% | $26,443.70 | 0.000% | $0.00 |
| Vanguard Equity Income Adm | ZA | VEIRX | Equities | $12,479,613.60 | $10,551,988.25 | 0.170% | $17,938.38 | 0.000% | $0.00 |
| Vanguard Dividend Growth Inv | ZF | VDIGX | Equities | $12,265,755.11 | $9,843,126.48 | 0.330% | $32,482.32 | 0.000% | $0.00 |
| Vanguard Emr Mkts Stk Idx Inst | ZQ | VEMIX | Equities | $12,174,588.64 | $10,565,191.13 | 0.120% | $12,678.23 | 0.000% | $0.00 |
| Vanguard Intl Growth Adm [4] | AW | VWILX | Equities | $11,083,444.23 | $10,894,306.88 | 0.340% | $37,040.64 | 0.000% | $0.00 |
| Vanguard US Growth Adm [4] | BD | VWUAX | Equities | $10,584,000.91 | $10,973,437.21 | 0.330% | $36,212.34 | 0.000% | $0.00 |
| Vanguard Small-Cap Idx Inst | U7 | VSCIX | Equities | $9,856,638.19 | $8,342,148.87 | 0.070% | $5,839.50 | 0.000% | $0.00 |
| Vanguard Ttl Intl Stk Idx Inst | ZP | VTSNX | Equities | $9,283,400.74 | $8,706,652.94 | 0.100% | $8,706.65 | 0.000% | $0.00 |
| Vanguard Global Equity Inv | AR | VHGEX | Equities | $9,277,957.41 | $8,423,253.73 | 0.570% | $48,012.55 | 0.000% | $0.00 |
| Vanguard Morgan Growth Adm | AX | VMRAX | Equities | $8,495,670.21 | $7,968,012.61 | 0.270% | $21,513.63 | 0.000% | $0.00 |
| Vanguard Explorer Adm | V2 | VEXRX | Equities | $8,432,830.24 | $7,995,673.12 | 0.350% | $27,984.86 | 0.000% | $0.00 |
| Vanguard Strategic Equity Inv | VV | VSEQX | Equities | $8,321,896.96 | $7,280,834.83 | 0.210% | $15,289.75 | 0.000% | $0.00 |
| Vanguard Devlopd Mkts Idx Ins | BR | VTMNX | Equities | $7,944,367.61 | $6,262,549.00 | 0.070% | $4,383.78 | 0.000% | $0.00 |
| Vanguard Value Index Adm | BI | VVIAX | Equities | $7,580,622.42 | $5,413,319.20 | 0.080% | $4,330.66 | 0.000% | $0.00 |
| Vanguard Intl Explorer Inv | VF | VINEX | Equities | $7,147,017.82 | $7,109,031.60 | 0.420% | $29,857.93 | 0.000% | $0.00 |
| Vanguard Growth Index Inst | BQ | VIGIX | Equities | $6,006,123.26 | $5,638,244.20 | 0.070% | $3,946.77 | 0.000% | $0.00 |
| Vanguard Small-Cap Grw Idx Inst | BO | VSGIX | Equities | $5,982,499.56 | $5,493,713.91 | 0.070% | $3,845.60 | 0.000% | $0.00 |



# Investment Fee & Expense Disclosure

**Activity for the Reporting Period: 01/01/2016 to 12/31/2016**

| FUND NAME | FUND ID | TICKER | ASSET CLASS | ASSETS AS OF 12/31/2016 | AVERAGE ASSETS FOR THE REPORTING PERIOD | NET EXPENSE RATIO[1] (%) | NET EXPENSE RATIO[1] ($) | PLAN SERVICES EXPENSE[1] (%) | PLAN SERVICES EXPENSE[1] ($) |
|---|---|---|---|---|---|---|---|---|---|
| Vanguard Selected Value Inv | VU | VASVX | Equities | $5,807,875.14 | $5,561,644.84 | 0.390% | $21,690.41 | 0.000% | $0.00 |
| Vanguard US Value Inv | BE | VUVLX | Equities | $5,443,153.77 | $4,887,645.70 | 0.260% | $12,707.88 | 0.000% | $0.00 |
| Vanguard Intl Value Inv | B4 | VTRIX | Equities | $5,427,515.97 | $5,103,968.13 | 0.460% | $23,478.25 | 0.000% | $0.00 |
| Vanguard Mid-Cap Growth Inv | 13 | VMGRX | Equities | $4,224,396.78 | $4,147,809.20 | 0.430% | $17,835.58 | 0.000% | $0.00 |
| Vanguard Extended Mkt Idx Adm | BL | VEXAX | Equities | $3,662,398.84 | $2,933,438.02 | 0.090% | $2,640.09 | 0.000% | $0.00 |
| Vanguard European Stk Idx Adm | BK | VEUSX | Equities | $3,624,853.71 | $2,914,100.40 | 0.120% | $3,496.92 | 0.000% | $0.00 |
| Vanguard Capital Value Inv | AN | VCVLX | Equities | $1,345,193.21 | $1,119,871.46 | 0.500% | $5,599.36 | 0.000% | $0.00 |
| Vanguard Pacific Stk Idx Adm | BN | VPADX | Equities | $1,022,410.98 | $1,010,414.85 | 0.120% | $1,212.50 | 0.000% | $0.00 |
| Vanguard FTSE Social Index Inv [4] | AQ | VFTSX | Equities | $128,710.54 | $122,973.61 | 0.250% | $307.43 | 0.000% | $0.00 |
| Vanguard Small-Cap Val Idx Inst | BG | VSIIX | Equities | $0.00 | $0.00 | 0.070% | $0.00 | 0.000% | $0.00 |
| CREF Bond Market R3 | KK | QCBMIX | Fixed Income | $23,716,237.99 | $23,954,090.54 | 0.345% | $82,641.61 | 0.100% | $23,954.09 |
| Vanguard Ttl Bd Mkt Idx Inst | U6 | VBTIX | Fixed Income | $17,102,424.28 | $16,999,351.60 | 0.050% | $8,499.68 | 0.000% | $0.00 |
| CREF Inflation-Linked Bond R3 | KS | QCILIX | Fixed Income | $15,834,451.44 | $16,609,051.86 | 0.275% | $45,674.89 | 0.100% | $16,609.05 |
| Vanguard High-Yield Corp Adm | AB | VWEAX | Fixed Income | $9,751,166.47 | $8,048,462.88 | 0.130% | $10,463.00 | 0.000% | $0.00 |
| Vanguard Infl Protect Sec Inst | UO | VIPIX | Fixed Income | $7,535,764.08 | $6,939,773.89 | 0.070% | $4,857.84 | 0.000% | $0.00 |
| Vanguard Long-Trm Treasry Inv | IC | VUSTX | Fixed Income | $6,801,788.28 | $7,045,900.51 | 0.200% | $14,091.80 | 0.000% | $0.00 |
| Vanguard Short-Trm Invt Gd Ins | AC | VFSIX | Fixed Income | $5,771,557.12 | $6,013,922.26 | 0.070% | $4,209.75 | 0.000% | $0.00 |
| Vanguard Short-Trm Bd Idx Adm | WE | VBIRX | Fixed Income | $4,490,521.02 | $3,986,112.43 | 0.090% | $3,587.50 | 0.000% | $0.00 |
| Vanguard Long-Trm Invt Gd Adm | AG | VWETX | Fixed Income | $4,335,216.25 | $4,737,916.02 | 0.120% | $5,685.50 | 0.000% | $0.00 |
| Vanguard Intr-Trm Bnd Idx Adm | BJ | VBILX | Fixed Income | $3,447,518.70 | $3,700,465.61 | 0.090% | $3,330.42 | 0.000% | $0.00 |
| Vanguard GNMA Adm | AA | VFIJX | Fixed Income | $2,988,620.49 | $2,910,723.92 | 0.110% | $3,201.80 | 0.000% | $0.00 |
| Vanguard Short-Trm Federal Adm | 0W | VSGDX | Fixed Income | $2,921,031.34 | $3,004,313.11 | 0.100% | $3,004.31 | 0.000% | $0.00 |
| Vanguard Intr-Trm Invt Gd Adm | AE | VFIDX | Fixed Income | $2,520,800.40 | $2,476,544.50 | 0.100% | $2,476.54 | 0.000% | $0.00 |
| Vanguard Long-Trm Bd Idx Inv | AF | VBLTX | Fixed Income | $2,467,791.22 | $2,681,962.71 | 0.160% | $4,291.14 | 0.000% | $0.00 |
| Vanguard Intr-Trm Treasry Adm | 3S | VFIUX | Fixed Income | $2,084,495.23 | $2,266,250.13 | 0.100% | $2,266.25 | 0.000% | $0.00 |
| Vanguard Short-Trm Treasry Adm | ZU | VFIRX | Fixed Income | $978,371.79 | $921,071.07 | 0.100% | $921.07 | 0.000% | $0.00 |
| TIAA Traditional RA [2] | T1 | TIAA# | Guaranteed | $215,082,272.08 | $220,527,098.59 | 0.520% | $1,146,740.91 | 0.150% | $330,790.65 |
| TIAA Traditional RA MDO [2] | TL | TIAA# | Guaranteed | $131,796,058.79 | $126,344,597.79 | 0.520% | $656,991.91 | 0.150% | $189,516.90 |
| TIAA Traditional GSRA [2] | T4 | TIAA# | Guaranteed | $73,967,377.14 | $67,219,617.35 | 0.520% | $349,542.01 | 0.150% | $100,829.43 |
| TIAA Traditional GRA [2][3] | T2 | TIAA# | Guaranteed | $34,617,759.22 | $31,081,264.31 | 0.520% | $161,622.57 | 0.150% | $46,621.90 |



# Investment Fee & Expense Disclosure

### Activity for the Reporting Period: 01/01/2016 to 12/31/2016

| FUND NAME | FUND ID | TICKER | ASSET CLASS | ASSETS AS OF 12/31/2016 | AVERAGE ASSETS FOR THE REPORTING PERIOD | NET EXPENSE RATIO [1] (%) | NET EXPENSE RATIO [1] ($) | PLAN SERVICES EXPENSE [1] (%) | PLAN SERVICES EXPENSE [1] ($) |
|---|---|---|---|---|---|---|---|---|---|
| TIAA Traditional SRA [2] | T3 | TIAA# | Guaranteed | $31,005,914.88 | $31,701,646.12 | 0.520% | $164,848.56 | 0.150% | $47,552.47 |
| TIAA Traditional RA TPA [2] | TD | TIAA# | Guaranteed | $25,613,882.61 | $27,472,874.14 | 0.520% | $142,858.95 | 0.150% | $41,209.31 |
| TIAA Traditional SRA MDO [2] | TN | TIAA# | Guaranteed | $16,212,003.49 | $15,580,218.49 | 0.520% | $81,017.14 | 0.150% | $23,370.33 |
| TIAA Traditional RA IPRO [2] | TF | TIAA# | Guaranteed | $11,977,981.52 | $12,470,281.71 | 0.520% | $64,845.46 | 0.150% | $18,705.42 |
| TIAA Traditional GSRA MDO [2] | TP | TIAA# | Guaranteed | $7,261,726.62 | $6,497,153.47 | 0.520% | $33,785.20 | 0.150% | $9,745.73 |
| TIAA Traditional GRA MDO [2,3] | TM | TIAA# | Guaranteed | $1,289,252.77 | $1,159,505.75 | 0.520% | $6,029.43 | 0.150% | $1,739.26 |
| TIAA Traditional GRA TPA [2,3] | TE | TIAA# | Guaranteed | $873,987.67 | $464,237.37 | 0.520% | $2,414.03 | 0.150% | $696.36 |
| Plan Loan Default Fund [2] | 98 | PLDF# | Guaranteed | $560,908.32 | $598,440.33 | 0.520% | $3,111.89 | 0.150% | $897.66 |
| TIAA Traditional RCP 1 [2] | TA | TIAA# | Guaranteed | $17,897.47 | $17,637.26 | 0.520% | $91.71 | 0.150% | $26.46 |
| TIAA Traditional GRA IPRO [2,3] | TG | TIAA# | Guaranteed | $0.00 | $0.00 | 0.520% | $0.00 | 0.150% | $0.00 |
| CREF Money Market R3 | KI | QCMMIX | Money Market | $23,753,971.94 | $24,712,874.95 | 0.270% | $66,724.76 | 0.100% | $24,712.87 |
| Vanguard Federal Money Mkt Inv [4] | RY | VMFXX | Money Market | $23,328,259.15 | $9,680,785.89 | 0.110% | $10,648.86 | 0.000% | $0.00 |
| Vanguard Prime MMkt Adm | U2 | VMRXX | Money Market | $0.00 | $11,022,916.71 | 0.100% | $11,022.92 | 0.000% | $0.00 |
| Vanguard Treasury MoneyMkt Inv [4] | RX | VUSXX | Money Market | $0.00 | $634,490.25 | 0.090% | $571.04 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2035 Inst | BX | VITFX | Multi-Asset | $36,817,863.53 | $31,858,699.36 | 0.100% | $31,858.70 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2045 Inst | BZ | VITLX | Multi-Asset | $35,192,983.68 | $29,635,515.37 | 0.100% | $29,635.52 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2025 Inst | BV | VRIVX | Multi-Asset | $27,344,940.97 | $24,107,946.09 | 0.100% | $24,107.95 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2040 Inst | BY | VIRSX | Multi-Asset | $25,008,692.47 | $20,653,274.23 | 0.100% | $20,653.27 | 0.000% | $0.00 |
| Vanguard Wellington Adm | ZX | VWENX | Multi-Asset | $24,806,906.67 | $22,750,416.94 | 0.180% | $40,950.75 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2030 Inst | BW | VTTWX | Multi-Asset | $18,961,865.26 | $16,433,747.15 | 0.100% | $16,433.75 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2020 Inst | BU | VITWX | Multi-Asset | $18,473,670.99 | $16,304,200.90 | 0.100% | $16,304.20 | 0.000% | $0.00 |
| CREF Social Choice R3 | KJ | QCSCIX | Multi-Asset | $17,464,477.48 | $18,100,233.03 | 0.315% | $57,015.73 | 0.100% | $18,100.23 |
| Vanguard Balanced Idx Inst | VX | VBAIX | Multi-Asset | $13,697,270.52 | $12,733,442.78 | 0.070% | $8,913.41 | 0.000% | $0.00 |
| Vanguard Wellesley Income Adm | AM | VWIAX | Multi-Asset | $13,518,250.87 | $13,986,596.52 | 0.160% | $22,378.55 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2015 Inst | BT | VITVX | Multi-Asset | $11,224,960.11 | $10,304,733.87 | 0.100% | $10,304.73 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2050 Inst | CA | VTRLX | Multi-Asset | $7,349,509.87 | $5,473,457.90 | 0.100% | $5,473.46 | 0.000% | $0.00 |
| Vanguard STAR Inv | W8 | VGSTX | Multi-Asset | $5,950,266.53 | $5,790,459.97 | 0.340% | $19,687.56 | 0.000% | $0.00 |
| Vanguard LifeStrat Mod Grw Inv | EV | VSMGX | Multi-Asset | $5,443,674.58 | $5,340,834.70 | 0.140% | $7,477.17 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2010 Inst | BS | VIRTX | Multi-Asset | $4,896,515.76 | $3,394,080.67 | 0.100% | $3,394.08 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm Inc Inst | CD | VITRX | Multi-Asset | $3,154,011.67 | $2,890,854.16 | 0.100% | $2,890.85 | 0.000% | $0.00 |



# Investment Fee & Expense Disclosure

### Activity for the Reporting Period: 01/01/2016 to 12/31/2016

| FUND NAME | FUND ID | TICKER | ASSET CLASS | ASSETS AS OF 12/31/2016 | AVERAGE ASSETS FOR THE REPORTING PERIOD | NET EXPENSE RATIO [1] (%) | NET EXPENSE RATIO [1] ($) | PLAN SERVICES EXPENSE [1] (%) | PLAN SERVICES EXPENSE [1] ($) |
|---|---|---|---|---|---|---|---|---|---|
| Vanguard LifeStrategy Grw Inv | V6 | VASGX | Multi-Asset | $3,085,372.97 | $2,870,882.68 | 0.150% | $4,306.32 | 0.000% | $0.00 |
| Vanguard LifeStrat Cns Grw Inv | ET | VSCGX | Multi-Asset | $1,625,714.52 | $1,594,618.10 | 0.130% | $2,073.00 | 0.000% | $0.00 |
| Vanguard Convertible Sec Inv | 14 | VCVSX | Multi-Asset | $1,344,918.62 | $1,302,060.56 | 0.380% | $4,947.83 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2055 Inst | CB | VIVLX | Multi-Asset | $589,431.46 | $525,204.76 | 0.100% | $525.20 | 0.000% | $0.00 |
| Vanguard LifeStrategy Inc Inv | EU | VASIX | Multi-Asset | $447,159.77 | $562,625.66 | 0.120% | $675.15 | 0.000% | $0.00 |
| Vanguard Inst Tg Rtm 2060 Inst | CC | VILVX | Multi-Asset | $353,057.71 | $309,392.49 | 0.100% | $309.39 | 0.000% | $0.00 |
| TIAA Real Estate | X1 | QREARX | Real Estate | $75,826,313.92 | $72,354,432.54 | 0.885% | $640,336.73 | 0.240% | $173,650.64 |
| **ESTIMATED TOTAL / AVERAGE** | | | | **$1,949,661,795.81** | **$1,850,977,811.98** | **0.348%** | **$6,444,115.70** | **0.080%** | **$1,487,167.38** |

[1] Net expense ratio percentages are from the most recent prospectuses available to TIAA prior to the end of the reporting period. The plan services expense is a component of and not in addition to the net expense ratio percentage and estimated dollar amounts. Net expense ratio and plan services expense dollars are calculated using the average assets for the reporting period.

[2] The TIAA Traditional Annuity is not an investment for purposes of federal securities laws; it is a guaranteed insurance contract. Therefore, unlike a variable annuity or mutual fund, the TIAA Traditional Annuity does not include an identifiable expense ratio. Each premium allocated to the TIAA Traditional Annuity buys a definite amount of lifetime income for participants based on the rate schedule in effect at the time the premium is paid. In addition, the TIAA Traditional Annuity provides a guarantee of principal, a guaranteed minimum rate of interest and the potential for additional amounts of interest when declared by TIAA's Board of Trustees. Additional amounts, when declared, remain in effect for the "declaration year" that begins each March 1 for accumulating annuities and January 1 for lifetime payout annuities. Additional amounts are not guaranteed for future years. The recent expense provision in the formula for determining TIAA Traditional Annuity returns has averaged about 52 basis points (.520%) inclusive of administrative and investment expenses. This expense provision is not guaranteed, is subject to change, and is not publicly disclosed.

[3] 2.5% contract surrender fee may be assessed on TIAA Traditional assets in a GRA if redeemed within 120 days of termination.

[4] TIAA has made reasonable efforts to include the most updated prospectus expense ratio information. However, due to the timing of the prospectus update being too close to the reporting period end-date, the previously issued prospectus information was used to prepare this report.