EXHIBIT 12

# Plan and Investment Notice

## NYU RETIREMENT PLAN FOR MEMBERS OF FAC, PROF RES STAFF AND ADMIN

Your participation in your employer's retirement plan is the first step to ensuring adequate retirement income. The purpose of this Plan and Investment Notice is to help you make informed decisions when managing your retirement account. It contains important information regarding your plan's services, investments and expenses. **While no action is required at this time**, please review the notice and file it with your other retirement plan documents for future reference.

## Section I: Summary of Plan Services and Costs

This section provides important information to assist you in making decisions related to your participation in your employer's plan. It outlines the services available under this plan, explains your right to select the investments for your account, and any fees and plan restrictions that may apply.

## Section II: Investment Options Comparative Chart

This section is designed to make it easier for you to compare investments that align with your retirement goals. It provides detailed information about your plan's investment options, including long-term performance and expenses.

1

NYU0006838

SECTION I

# Summary of Plan Services and Costs

Multiple providers have been selected to offer retirement services and investment options to employees in the plan. There are costs associated with these services and investments, some of which may be paid by you. In addition to explaining how to direct your investments, this section details the administrative and individual expenses associated with your plan.

The information is sorted by service provider to make it easier to compare. Your plan offers a range of investment options and services from the following providers:

TIAA
Vanguard

# TIAA

**RIGHT TO DIRECT INVESTMENTS**

You may specify how your future contributions to the retirement plan are invested or make changes to existing investments in your plan as described in the Summary Plan Document. These changes can be made:

1. Online by visiting **tiaa-cref.org**

2. By phone at **800 842-2252**, Monday – Friday 8 a.m. to 10 p.m. and Saturday, 9 a.m. to 6 p.m. (ET)

**RESTRICTIONS**

Changes to existing investments usually take place at the close of the business day if a change is requested prior to 4:00 p.m. (ET). Refer to Section II: Investment Options Comparative Chart for investment-specific restrictions.

**ADDITIONAL RIGHTS AND PRIVILEGES**

Certain investments that you may hold may give you the opportunity to vote on proposals. If and when such opportunities arise, you will receive a notice with the instructions on how to take advantage of what is being offered.

**INVESTMENT OPTIONS**

A variety of investment options are available in the plan. Please refer to Section II: Investment Options Comparative Chart for a current list of investment options available to you. Additional information, as well as up-to-date investment performance, is available online at www.tiaa-cref.org/planinvestmentoptions. After entering your plan ID, 102192, you'll be directed to plan and investment information.

**COST OF PLAN SERVICES**

There are three categories of services provided to your plan:

**1. GENERAL ADMINISTRATIVE SERVICES**

General administrative services include recordkeeping, legal, accounting, consulting, investment advisory and other plan administration services. Some of the expenses for general administrative services are fixed and other expenses such as legal or accounting may vary from year to year. These costs are allocated to each participant in a uniform way.

Other than your specific investment services fees, your plan has no additional administrative expenses paid to TIAA.

**2. SPECIFIC INVESTMENT SERVICES**

Each investment offered within the plan charges a fee for managing the investment and for associated services. This is referred to as the expense ratio and is paid by all participants in that investment in proportion to the amount of their investment. The specific expense ratio for each plan designated investment option is listed in Section II: Investment Options Comparative Chart.

**3. PERSONALIZED SERVICES**

Personalized services provide access to a number of plan features and investments that you pay for, only if you use them. The personalized services used most often are:

| | |
|---|---|
| Qualified Domestic Relations Orders (QDRO) | No charge |
| Sales Charges, Purchase, Withdrawal And Redemption Fees For Certain Investments | Certain charges may apply. See Section II: Investment Options Comparative Chart or the prospectus for applicable charges. |

2

NYU0006839

# VANGUARD

### RIGHT TO DIRECT INVESTMENTS

Your plan gives you the right to direct some or all of your plan investments. You can direct your plan investments using any of the three convenient methods listed below. For a list of the designated investment alternatives offered in your plan and any designated investment managers, please refer to the complete investment fee and performance chart contained in this notice.

*Online. Log on to your account at vanguard.com anytime. If you have not signed up for secure online account access, visit vanguard.com/register and follow the prompts. You will need your plan number: 090789.
*By phone. Call the 24 hour interactive VOICE Network at 800-523-1188. You will need a personal identification number (PIN) to use VOICE. To create a PIN, follow the prompts.
*With personal assistance. Vanguard Participant Services associates are available at 800-523-1188 Monday through Friday from 8:30 a.m. to 9 p.m., Eastern time.

Transaction requests (e.g., a contribution, exchange or redemption) must be in good order. Good order means that Vanguard has determined that (1) your transaction request includes complete information and (2) appropriate assets are already in your account or new assets have been received.

Vanguard, as your plans recordkeeper, will determine the necessary processing timeframes for your transaction request before submission to the fund(s). Your transaction will then be based on the next determined net asset value ("NAV") of the investments shares. If your transaction request is received by Vanguard in good order on a business day before the close of regular trading on the New York Stock Exchange (NYSE) (generally 4 p.m., Eastern time), you will receive that days NAV and trade date. If your transaction request is received in good order while the NYSE is closed, you will receive the next business days NAV and trade date.

If your transaction involves one or more investments with an early cutoff time for processing or another trading restriction, your entire transaction will be subject to that cutoff time when the trade date for your transaction is determined. If an early cutoff time applies to an investment available in your plan, please review the next section for additional information.

You may not cancel any transaction request once processing has begun. Please be careful when placing a transaction request.

### RESTRICTIONS

Frequent Trading Policy
Note that your plan investments reserve the right to revise or terminate the exchange privilege (your ability to move money between investments), limit the amount of any exchange, or reject any exchange at any time, without notice. Because excessive

transactions can disrupt the management of an investment and increase its transaction costs, your plan investments limit exchanges and other transactions. If you move money out of an investment (other than money market funds shortterm bond funds. and stable value investments and
employer securities), you cannot move money back into the same investment for 60 days. This policy applies regardless of the dollar amount.
Please note that the 60 day clock restarts after every exchange out of the investment.

### ADDITIONAL RIGHTS AND PRIVILEGES

Proxy Voting
The plan sponsor or other named fiduciary for the plan exercises voting, tender and similar rights with respect to the mutual funds in the plan.

### INVESTMENT OPTIONS

Vanguard Target Retirement 2025 Fund Investor
Vanguard Target Retirement 2030 Fund Investor
Vanguard Target Retirement 2035 Fund Investor
Vanguard Target Retirement 2040 Fund Investor
Vanguard Target Retirement 2045 Fund Investor
Vanguard Target Retirement 2050 Fund Investor
Vanguard Target Retirement 2055 Fund Investor
Vanguard Target Retirement Income Fund Investor
Vanguard Total Bond Market Index Fund Investor
Vanguard Total International Stock Index Fund Investor
Vanguard Stock Market Index Fund Institutional Shares
Vanguard US Growth Inv
Vanguard US Value Inv
Vanguard Value Index Inv
Vanguard Wellesley Income Fund Investor
Vanguard Wellington Fund Investor
Vanguard Windsor Fund Investor
Vanguard Windsor II Fund Investor
Vanguard International Growth Fund Investor
Vanguard Extended Market Index Fund Investor
Vanguard International Value Fund Investor
Vanguard Mid-Cap Index Fund Investor
Vanguard Morgan Growth Fund Investor
Vanguard Pacific Stock Index Fund Investor
Vanguard Precious Metals and Mining Fund Investor
Vanguard Prime Money Market Fund Investor
Vanguard PRIMECAP Core Fund Investor
Vanguard PRIMECAP Fund Investor
Vanguard REIT Index Fund Investor
Vanguard Short Term Investment Grade Fund Investor
Vanguard Selected Value Fund Investor
Vanguard Short-Term Bond Index Inv
Vanguard Short Term Federal Fund Investor
Vanguard Short Term Treasury Fund Investor

3

Vanguard Small-Cap Growth Index Fund Investor
Vanguard Small-Cap Index Fund Investor
Vanguard Small-Cap Value Index Fund Investor
Vanguard STAR Fund - Balanced Option Investor
Vanguard Target Retirement 2010 Fund Investor
Vanguard Target Retirement 2015 Fund Investor
Vanguard Target Retirement 2020 Fund Investor
Vanguard Global Equity Inv
Vanguard GNMA Fund Investor
Vanguard Growth and Income Fund Investor
Vanguard Growth Equity Inv
Vanguard Growth Index Inv
Vanguard Health Care Fund Investor
Vanguard High-Yield Corporate Fund Investor
Vanguard Intermediate-Term Investment-Grade Fund Investor
Vanguard Inflation-Protected Securities Fund Investor
Vanguard Intermediate-Term Bond Index Fund Investor
Vanguard Intermediate-Term Treasury Fund Investor
Vanguard International Explorer Fund Investor
Vanguard LifeStrategy Conservative Growth Fund Investor
Vanguard LifeStrategy Growth Fund Investor
Vanguard LifeStrategy Income Fund Investor
Vanguard LifeStrategy Moderate Growth Fund Investor
Vanguard Long Term Bond Index Fund Investor
Vanguard Long-Term Investment-Grade Fund Investor
Vanguard Long-Term Treasury Fund Investor
Vanguard Mid-Cap Growth Fund Investor
Vanguard Institutional Index Fund Institutional Shares
Vanguard Admiral Treasury Money Market Fund Admiral
Vanguard Balanced Index Fund Investor
Vanguard Capital Opportunity Fund Investor
Vanguard Capital Value Inv
Vanguard Convertible Securities Fund Investor
Vanguard Developed Markets Index Fund Investor
Vanguard Dividend Growth Fund Investor
Vanguard Emerging Markets Stock Index Fund Investor
Vanguard Energy Fund Investor
Vanguard Equity Income Fund I
Vanguard European Stock Index Fund Investor
Vanguard Explorer Fund Investor
Vanguard Federal Money Market Fund Investor
Vanguard FTSE Social Index Inv
Vanguard Strategic Equity Fund Investor
Vanguard Target Retirement 2060 Fund Investor

### COST OF PLAN SERVICES - GENERAL ADMINISTRATIVE SERVICES

Fee information
The cumulative effect of fees and expenses can substantially reduce the growth of your

retirement plan account. Visit the Department of Labors web site for an example showing the longterm effect of fees and expenses at http://www.dol.gov/ebsa/publications/401k_employee.html. Fees and expenses are only one of many factors to consider when you decide to invest in options offered in your employer's plan. You may also want to think about whether an investment in a particular option, along with your other investments, will help you achieve your retirement goals. Please visit http://retirementplans.vanguard.com/PubFundChart/nyu/8612 for updated fee and performance information for each of these investment alternatives, along with additional information regarding the investments issuer, objectives and goals, principal strategies and risks and portfolio turnover rate.
Please also visit https://retirementplans.vanguard.com/VGApp/pe/Glossary for a glossary of investment terms relevant to the investment options under this plan. This glossary is intended to help you better understand your options.

### Fee/Expense Definitions

Total annual operating expense (gross expense ratio)  The total annual operating expense is the funds annual operating expenses as a percentage of average net assets. The total annual operating expense does not reflect any fee waivers or reimbursements that may be in effect.

Sales charge  A charge deducted from the amount invested when shares of a fund are initially purchased. The amount is generally relative to the amount of the investment, so that larger investments incur smaller rates of charge.
Redemption fee  The redemption fee is an amount charged when shareholders redeem shares of a fund within a specified number of days following the purchase of those shares. The redemption fee is intended to allow funds to recoup some of the costs incurred as a result of shortterm trading strategies, such as market timing.

Deferred sales charge  This charge is imposed when investors redeem shares. The percentage charged generally declines the longer shares are held.

### COST OF PLAN SERVICES - SPECIFIC INVESTMENT SERVICES

Investment fees charged at account level
Investments available in your plan may charge additional fees to your account for investment administration and other investment transactions, such as fund administrative charges, commissions, sales loads, sales charges, deferred sales charges, redemption fees, surrender charges, exchange fees, account fees, or purchase fees.

Please review the complete investment fee and performance chart contained in this notice to determine whether these fees may be assessed for an investment option, and review your account statement for a detailed disclosure of the dollar amount actually charged to your account each quarter that is attributable to these fees.

### COST OF PLAN SERVICES - PERSONALIZED SERVICES

Your account will be subject to additional fees if you select one of the following plan services. Please also review your account statement for a detailed disclosure of the dollar amount actually charged to your account for these services and a description of the services to which these fees relate. Qualified domestic relations order (QDRO) fees A

4

NYU0006841

QDRO is a legal document ordering the division of a retirement plan account between parties in a divorce. If you or your spouse submits a QDRO to be processed for your account, the following fees will
be deducted from your account balance: QDRO processing fee: $50.

## UPCOMING PLAN CHANGES

Effective 7/1/2014, the Vanguard Index 500 Fund and the Vanguard Total Stock Index Fund will transition to lower-cost Institutional Shares.

5

NYU0006842

SECTION II

# Investment Options Comparative Chart

Your plan offers a variety of professionally managed investments. One of the benefits of the plan is that you get to decide how your contributions are invested. When making investment decisions, you should keep in mind how long you have until retirement, your tolerance for risk, how this retirement plan fits into your overall financial picture, and the impact of fees. The information on the following pages will help you compare the investment options and make more informed decisions about your retirement plan.

## Part A – Performance and Fee Information

Part A consists of performance and fee information for your plan's investment options. It shows you how well the investments have performed in the past as well as any fees and expenses you will pay if you invest in a particular option.

For more information on the impact of fees and expenses associated with your plan, refer to Section I: Summary of Plan Services and Costs or visit the DOL's website at www.dol.gov/ebsa/publications/401k_employee.html. Fees are only one of many factors to consider when making an investment decision.

## Part B – Annuity Income Information

Part B contains information about the annuity options available within your employer's retirement plan.

## Part A. Performance and Fee Information

The following chart(s) list(s) your plan's investment options whose value may change based on market fluctuations. When evaluating performance of your variable investment options, you should consider comparing the returns of each investment to an appropriate benchmark, which is included in the chart. A benchmark is a generally accepted unmanaged group of securities whose performance is used as a standard point of reference to measure and compare investment gains or losses for variable return investments. Keep in mind that you may not invest in the benchmark indexes which are shown for comparative purposes only. For investments that use a blend of stocks and bonds to limit risk, such as Target Date or Multi-Asset funds, a difference from the benchmark may be due to a difference in the proportion of stocks to bonds in the fund when compared to the benchmark. Benchmark information for fixed-return investments is not provided in this chart. Past performance does not indicate how an investment will perform in the future.

6

NYU0006843

| INVESTMENT OPTIONS COMPARATIVE CHART | SECTION II |
|---|---|

# TIAA

For the most up-to-date information about your investment options, prospectuses for available TIAA investments and other helpful resources, visit www.tiaa-cref.org/planinvestmentoptions. After entering your plan ID, 102192, you'll be directed to plan and investment information.

Visit **www.tiaa.org** for information and resources to help you make informed decisions. To request additional plan information or a paper copy of information available online, free of charge, contact TIAA at 800 842-2252 or write to us at TIAA, P.O. Box 1259 , Charlotte, NC, 28201.

## Table 1 – Variable Return Investment Performance as of March 31, 2016

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **Equities** | | | | | | | | | |
| Mutual Fund | | | | | | | | | |
| **TIAA-CREF International Equity Index Fund Institutional** | Foreign Large Blend | TCIEX | 10/01/2002 | -8.21% | 2.44% | 1.91% | 0.06% $0.60 | 0.06% $0.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI EAFE Index* | | | | -8.27% | 2.29% | 1.80% | Contractual Cap Exp: 02/28/2017 | | |
| **TIAA-CREF Large-Cap Value Index Fund Institutional** | Large Value | TILVX | 10/01/2002 | -1.51% | 10.18% | 5.66% | 0.06% $0.60 | 0.06% $0.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Value Index* | | | | -1.54% | 10.25% | 5.72% | Contractual Cap Exp: 02/28/2017 | | |
| **TIAA-CREF Mid-Cap Growth Fund Institutional** | Mid-Cap Growth | TRPWX | 10/01/2002 | -9.57% | 7.65% | 6.39% | 0.47% $4.70 | 0.47% $4.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell Midcap Growth Index* | | | | -4.75% | 9.99% | 7.43% | Contractual Cap Exp: 02/28/2017 | | |
| **TIAA-CREF Mid-Cap Value Fund Institutional** | Mid-Cap Value | TIMVX | 10/01/2002 | -5.86% | 9.07% | 6.90% | 0.42% $4.20 | 0.42% $4.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell Midcap Value Index* | | | | -3.39% | 10.52% | 7.23% | Contractual Cap Exp: 02/28/2017 | | |
| **TIAA-CREF Small-Cap Blend Index Fund Institutional** | Small Blend | TISBX | 10/01/2002 | -9.48% | 7.43% | 5.37% | 0.06% $0.60 | 0.06% $0.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |

NYU0006844

| INVESTMENT OPTIONS COMPARATIVE CHART | | | | | | | | | SECTION II |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *Russell 2000 Index* | | | | -9.76% | 7.20% | 5.26% | Contractual Cap Exp: 02/28/2017 | | |
| **Variable Annuity** | | | | | | | | | |
| **CREF Equity Account R3** | Large Blend | QCEQIX | 04/24/2015 | -0.53% | 10.64% | 6.52% | 0.29% $2.90 | 0.29% $2.90 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | | | |
| **CREF Stock Account R3** | Large Blend | QCSTIX | 04/24/2015 | -3.33% | 7.39% | 5.16% | 0.37% $3.70 | 0.37% $3.70 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | | | |
| **CREF Growth Account R3** | Large Growth | QCGRIX | 04/24/2015 | 0.39% | 12.14% | 7.87% | 0.32% $3.20 | 0.32% $3.20 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Russell 1000 Growth Index* | | | | 2.52% | 12.38% | 8.28% | | | |
| **CREF Global Equities Account R3** | World Stock | QCGLIX | 04/24/2015 | -4.95% | 6.30% | 4.11% | 0.38% $3.80 | 0.38% $3.80 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *MSCI World Index* | | | | -3.45% | 6.51% | 4.27% | | | |
| **Fixed Income** | | | | | | | | | |
| **Variable Annuity** | | | | | | | | | |
| **CREF Inflation-Linked Bond Account R3** | Inflation-Protected Bond | QCILIX | 04/24/2015 | 0.81% | 2.57% | 4.14% | 0.32% $3.20 | 0.32% $3.20 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Barclays U.S. Treasury Inflation Protected Securities (TIPS) Index (Series-L)* | | | | 1.51% | 3.02% | 4.62% | | | |
| **CREF Bond Market Account R3** | Intermediate-Term Bond | QCBMIX | 04/24/2015 | 1.86% | 3.69% | 4.47% | 0.37% $3.70 | 0.37% $3.70 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| **Money Market** | | | | | | | | | |
| **Variable Annuity** | | | | | | | | | |

8

| INVESTMENT OPTIONS COMPARATIVE CHART | | | | | | | | SECTION II |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **CREF Money Market Account R3** 7-day current annualized yield 0.25% as of 03/29/2016 7-day effective annualized yield 0.25% as of 03/29/2016 | Money Market-Taxable | QCMMIX | 04/24/2015 | 0.02% | 0.00% | 1.10% | 0.32% $3.20 | 0.32% $3.20 | |
| *iMoneyNet Money Fund Averages-All Taxable* | | | | 0.04% | 0.02% | 1.04% | | | |
| **Multi-Asset** | | | | | | | | | |
| Mutual Fund | | | | | | | | | |
| **TIAA-CREF Lifecycle Retirement Income Fund Institutional** | Retirement Income | TLRIX | 11/30/2007 | -0.71% | 5.45% | 4.36% | 0.51% $5.10 | 0.36% $3.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.47% | Contractual Waiver Exp: 09/30/2016 | | |
| **TIAA-CREF Lifecycle 2010 Fund Institutional** | Target Date 2000-2010 | TCTIX | 01/17/2007 | -0.87% | 5.74% | 4.95% | 0.49% $4.90 | 0.37% $3.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **TIAA-CREF Lifecycle 2015 Fund Institutional** | Target Date 2011-2015 | TCNIX | 01/17/2007 | -1.23% | 5.98% | 4.96% | 0.50% $5.00 | 0.38% $3.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **TIAA-CREF Lifecycle 2020 Fund Institutional** | Target Date 2016-2020 | TCWIX | 01/17/2007 | -1.61% | 6.33% | 4.91% | 0.51% $5.10 | 0.39% $3.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **TIAA-CREF Lifecycle 2025 Fund Institutional** | Target Date 2021-2025 | TCYIX | 01/17/2007 | -2.15% | 6.62% | 4.87% | 0.53% $5.30 | 0.41% $4.10 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **TIAA-CREF Lifecycle 2030 Fund Institutional** | Target Date 2026-2030 | TCRIX | 01/17/2007 | -2.64% | 6.89% | 4.79% | 0.54% $5.40 | 0.42% $4.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |

NYU0006846

| INVESTMENT OPTIONS COMPARATIVE CHART | | | | | | | | | SECTION II |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **TIAA-CREF Lifecycle 2035 Fund Institutional** | Target Date 2031-2035 | TCIIX | 01/17/2007 | -3.06% | 7.09% | 4.88% | 0.55% $5.50 | 0.43% $4.30 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **TIAA-CREF Lifecycle 2040 Fund Institutional** | Target Date 2036-2040 | TCOIX | 01/17/2007 | -3.66% | 7.22% | 5.06% | 0.56% $5.60 | 0.44% $4.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **TIAA-CREF Lifecycle 2045 Fund Institutional** | Target Date 2041-2045 | TTFIX | 11/30/2007 | -3.75% | 7.20% | 3.69% | 0.57% $5.70 | 0.44% $4.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.40% | Contractual Waiver Exp: 09/30/2016 | | |
| **TIAA-CREF Lifecycle 2050 Fund Institutional** | Target Date 2046-2050 | TFTIX | 11/30/2007 | -3.71% | 7.22% | 3.67% | 0.57% $5.70 | 0.44% $4.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.40% | Contractual Waiver Exp: 09/30/2016 | | |
| **TIAA-CREF Lifecycle 2055 Fund Institutional** | Target Date 2051+ | TTRIX | 04/29/2011 | -3.58% | - | 6.65% | 0.65% $6.50 | 0.44% $4.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | | 10.53% | Contractual Waiver Exp: 09/30/2016 | | |
| **Variable Annuity** | | | | | | | | | |
| **CREF Social Choice Account R3** | Moderate Allocation | QCSCIX | 04/24/2015 | -1.03% | 6.63% | 5.29% | 0.33% $3.30 | 0.33% $3.30 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | | | |
| **Real Estate** | | | | | | | | | |
| **Variable Annuity** | | | | | | | | | |
| **TIAA Real Estate Account** | N/A | QREARX | 10/02/1995 | 7.02% | 10.27% | 4.09% | 0.87% $8.70 | 0.87% $8.70 | Transfers out: Limit 1 per quarter. Limitations may apply to any transaction resulting in a balance > $150,000. |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |

Table 1 shows fee and expense information for the investment options listed including the Total Annual Operating Expenses expressed as a percentage and a dollar amount based upon a $1,000 accumulation both

NYU0006847

as net and gross of expenses. Total Annual Operating Expenses is a measure of what it costs to operate an investment, expressed as a percentage of its assets, as a dollar amount or in basis points. These are costs the investor pays through a reduction in the investment's rate of return.

NYU0006848

# VANGUARD

To request additional plan information from this service provider or a paper copy of information available online, free of charge, contact: P.O. Box 2900 Valley Forge, PA 19482-2900

Log on to your account at vanguard.com or call 800-523-1188

## Table 1 – Variable Return Investment Performance as of March 31, 2016

| Investment Name / *Benchmark* | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **Equities** | | | | | | | | | |
| *Mutual Fund* | | | | | | | | | |
| **Vanguard Emerging Markets Stock Index Fund Investor** | Diversified Emerging Mkts | VEIEX | 05/04/1994 | -12.80% | -4.31% | 2.68% | 0.33% $3.30 | 0.33% $3.30 | |
| *MSCI Emerging Markets Index* | | | | -12.03% | -4.13% | 3.02% | | | |
| **Vanguard Pacific Stock Index Fund Investor** | Diversified Pacific/Asia | VPACX | 06/18/1990 | -7.19% | 2.64% | 1.23% | 0.26% $2.60 | 0.26% $2.60 | |
| *MSCI Pacific Index (NR USD)* | | | | -7.95% | 2.81% | 1.32% | | | |
| **Vanguard Energy Fund Investor** | Equity Energy | VGENX | 05/23/1984 | -13.98% | -5.58% | 1.33% | 0.37% $3.70 | 0.37% $3.70 | |
| *S&P 1500 Energy Index* | | | | -16.81% | -3.12% | 3.18% | | | |
| **Vanguard Precious Metals and Mining Fund Investor** | Equity Precious Metals | VGPMX | 05/23/1984 | -3.59% | -18.37% | -5.24% | 0.29% $2.90 | 0.29% $2.90 | |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| **Vanguard European Stock Index Fund Investor** | Europe Stock | VEURX | 06/18/1990 | -7.95% | 2.31% | 2.24% | 0.26% $2.60 | 0.26% $2.60 | |
| *MSCI Europe Index (NR USD)* | | | | -8.44% | 2.07% | 2.05% | | | |
| **Vanguard Developed Markets Index Inv** | Foreign Large Blend | VDMIX | 05/08/2000 | - | - | - | | | Round Trip: You cannot exchange into the fund within 30 days of exchanging out of the fund. |

NYU0006849

**INVESTMENT OPTIONS COMPARATIVE CHART**  SECTION II

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *FTSE Developed ex North America NR USD* | | | | | | | | | |
| Vanguard Total International Stock Index Fund Investor | Foreign Large Blend | VGTSX | 04/29/1996 | -8.24% | 0.61% | 1.88% | 0.19% $1.90 | 0.19% $1.90 | |
| *MSCI AC World Ex USA Index* | | | | -9.19% | 0.31% | 1.94% | | | |
| Vanguard International Growth Fund Investor | Foreign Large Growth | VWIGX | 09/30/1981 | -7.75% | 2.53% | 3.44% | 0.47% $4.70 | 0.47% $4.70 | |
| *MSCI All Country World Excluding-U.S. Index (GR)* | | | | -8.78% | 0.76% | 2.39% | | | |
| Vanguard International Value Fund Investor | Foreign Large Value | VTRIX | 05/16/1983 | -10.66% | 1.34% | 1.64% | 0.46% $4.60 | 0.46% $4.60 | |
| *MSCI All Country World Excluding-U.S. Index (GR)* | | | | -8.78% | 0.76% | 2.39% | | | |
| Vanguard International Explorer Fund Investor | Foreign Small/Mid Blend | VINEX | 11/04/1996 | -0.80% | 4.46% | 3.98% | 0.42% $4.20 | 0.42% $4.20 | |
| *S&P EPAC Small Cap Index* | | | | 2.78% | 5.93% | 4.47% | | | |
| Vanguard Health Care Fund Investor | Health | VGHCX | 05/23/1984 | -6.34% | 17.85% | 11.07% | 0.34% $3.40 | 0.34% $3.40 | |
| *S&P 1500 Health Care Index* | | | | -5.09% | 17.54% | 10.15% | | | |
| Vanguard Dividend Growth Fund Investor | Large Blend | VDIGX | 05/15/1992 | 4.66% | 12.33% | 8.70% | 0.32% $3.20 | 0.32% $3.20 | |
| *Russell 1000 Index* | | | | 0.50% | 11.35% | 7.06% | | | |
| Vanguard FTSE Social Index Fund Investor | Large Blend | VFTSX | 05/31/2000 | -1.26% | 12.23% | 5.88% | 0.25% $2.50 | 0.25% $2.50 | |
| *Russell 1000 Index* | | | | 0.50% | 11.35% | 7.06% | | | |
| Vanguard Growth and Income Fund Investor | Large Blend | VQNPX | 12/10/1986 | 1.75% | 11.98% | 6.31% | 0.34% $3.40 | 0.34% $3.40 | |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| Vanguard Institutional Index Fund Institutional | Large Blend | VINIX | 07/31/1990 | 1.77% | 11.55% | 7.01% | 0.04% $0.40 | 0.04% $0.40 | |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| Vanguard Total Stock Market | Large Blend | VITSX | 07/07/1997 | -0.44% | 11.00% | 7.06% | 0.04% | 0.04% | |

13

NYU0006850

| INVESTMENT OPTIONS COMPARATIVE CHART | | | | | | | | | SECTION II |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| Index Fund Institutional | | | | | | | $0.40 | $0.40 | |
| *CRSP U.S. Total Market Index* | | | | -0.45% | 10.95% | 7.08% | | | |
| Vanguard Capital Opportunity Fund Investor | Large Growth | VHCOX | 08/14/1995 | -4.75% | 12.17% | 8.27% | 0.45% $4.50 | 0.45% $4.50 | |
| *Russell Midcap Growth Index* | | | | -4.75% | 9.99% | 7.43% | | | |
| Vanguard Growth Equity Inv | Large Growth | VGEQX | 03/11/1992 | - | - | - | | | Round Trip: You cannot exchange into the fund within 30 days of exchanging out of the fund. |
| *Russell 1000 Growth TR USD* | | | | | | | | | |
| Vanguard Growth Index Fund Investor | Large Growth | VIGRX | 11/02/1992 | 0.08% | 11.94% | 7.98% | 0.23% $2.30 | 0.23% $2.30 | |
| *CRSP US Large Cap Growth TR USD* | | | | 0.28% | 11.46% | 7.91% | | | |
| Vanguard Morgan Growth Fund Investor | Large Growth | VMRGX | 12/31/1968 | 0.19% | 10.63% | 6.91% | 0.40% $4.00 | 0.40% $4.00 | |
| *Russell 3000 Growth Index* | | | | 1.34% | 12.00% | 8.09% | | | |
| Vanguard PRIMECAP Core Fund Investor | Large Growth | VPCCX | 12/09/2004 | -1.32% | 12.01% | 8.59% | 0.47% $4.70 | 0.47% $4.70 | |
| *MSCI U.S. Prime Market 750 Index* | | | | 0.69% | 11.42% | 7.19% | | | |
| Vanguard PRIMECAP Fund Investor | Large Growth | VPMCX | 11/01/1984 | -1.64% | 12.40% | 8.54% | 0.40% $4.00 | 0.40% $4.00 | |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| Vanguard U.S. Growth Fund Investor | Large Growth | VWUSX | 01/06/1959 | 0.19% | 12.23% | 6.87% | 0.47% $4.70 | 0.47% $4.70 | |
| *Russell 1000 Growth Index* | | | | 2.52% | 12.38% | 8.28% | | | |
| Vanguard Equity Income Fund I | Large Value | VEIPX | 03/21/1988 | 4.39% | 12.20% | 7.81% | 0.26% $2.60 | 0.26% $2.60 | |
| *Russell 1000 Value Index* | | | | -1.54% | 10.25% | 5.72% | | | |
| Vanguard U.S. Value Fund Investor | Large Value | VUVLX | 06/29/2000 | -2.22% | 11.30% | 5.60% | 0.26% $2.60 | 0.26% $2.60 | |
| *Russell 3000 Value Index* | | | | -2.05% | 9.95% | 5.60% | | | |

14

NYU0006851

| INVESTMENT OPTIONS COMPARATIVE CHART | | | | | | | | | SECTION II |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **Vanguard Value Index Fund Investor** | Large Value | VIVAX | 11/02/1992 | 1.15% | 10.39% | 5.95% | 0.23% $2.30 | 0.23% $2.30 | |
| *CRSP US Large Cap Value TR USD* | | | | 1.34% | 11.04% | 6.26% | | | |
| **Vanguard Windsor Fund Investor** | Large Value | VWNDX | 10/23/1958 | -6.73% | 9.47% | 5.30% | 0.39% $3.90 | 0.39% $3.90 | |
| *Russell 1000 Value Index* | | | | -1.54% | 10.25% | 5.72% | | | |
| **Vanguard Windsor II Fund Investor** | Large Value | VWNFX | 06/24/1985 | -2.94% | 9.66% | 5.78% | 0.34% $3.40 | 0.34% $3.40 | |
| *Russell 1000 Value Index* | | | | -1.54% | 10.25% | 5.72% | | | |
| **Vanguard Capital Value Fund** | Mid-Cap Blend | VCVLX | 12/17/2001 | -17.65% | 4.79% | 4.77% | 0.50% $5.00 | 0.50% $5.00 | |
| *Russell 3000 Value Index* | | | | -2.05% | 9.95% | 5.60% | | | |
| **Vanguard Extended Market Index Fund Investor** | Mid-Cap Blend | VEXMX | 12/21/1987 | -9.04% | 8.33% | 6.55% | 0.23% $2.30 | 0.23% $2.30 | |
| | | | | -9.05% | 8.39% | 6.59% | | | |
| **Vanguard Mid-Cap Index Fund Investor** | Mid-Cap Blend | VIMSX | 05/21/1998 | -4.38% | 9.88% | 7.10% | 0.23% $2.30 | 0.23% $2.30 | |
| *CRSP U.S. Mid Cap Index* | | | | -4.27% | 10.37% | 7.35% | | | |
| **Vanguard Strategic Equity Fund Investor** | Mid-Cap Blend | VSEQX | 08/14/1995 | -5.85% | 11.60% | 6.25% | 0.21% $2.10 | 0.21% $2.10 | |
| *Russell Midcap Index* | | | | -4.04% | 10.30% | 7.45% | | | |
| **Vanguard Mid-Cap Growth Fund Investor** | Mid-Cap Growth | VMGRX | 12/31/1997 | -8.76% | 9.23% | 7.29% | 0.43% $4.30 | 0.43% $4.30 | |
| *Russell Midcap Growth Index* | | | | -4.75% | 9.99% | 7.43% | | | |
| **Vanguard Selected Value Fund Investor** | Mid-Cap Value | VASVX | 02/15/1996 | -3.87% | 9.86% | 7.59% | 0.39% $3.90 | 0.39% $3.90 | |
| *Russell Midcap Value Index* | | | | -3.39% | 10.52% | 7.23% | | | |
| **Vanguard REIT Index Fund Investor** | Real Estate | VGSIX | 05/13/1996 | 3.75% | 11.59% | 6.61% | 0.26% $2.60 | 0.26% $2.60 | |
| *MSCI U.S. REIT Index* | | | | 4.05% | 11.85% | 6.49% | | | |
| **Vanguard Small-Cap Index** | Small Blend | NAESX | 10/03/1960 | -7.25% | 8.64% | 6.68% | 0.23% | 0.23% | |

15

NYU0006852

| INVESTMENT OPTIONS COMPARATIVE CHART | | | | | | | | | SECTION II |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *Fund Investor* | | | | | | | $2.30 | $2.30 | |
| *CRSP U.S. Small Cap Index* | | | | -7.16% | 9.03% | 7.33% | | | |
| **Vanguard Explorer Fund Investor** | Small Growth | VEXPX | 12/11/1967 | -11.07% | 7.90% | 5.51% | 0.49% $4.90 | 0.49% $4.90 | |
| *Russell 2500 Growth Index* | | | | -9.57% | 8.77% | 7.00% | | | |
| **Vanguard Small-Cap Growth Index Fund Investor** | Small Growth | VISGX | 05/21/1998 | -10.18% | 7.42% | 6.67% | 0.23% $2.30 | 0.23% $2.30 | |
| *CRSP US Small Cap Growth TR USD* | | | | -10.13% | 6.89% | 6.48% | | | |
| **Vanguard Small-Cap Value Index Fund Investor** | Small Value | VISVX | 05/21/1998 | -4.76% | 9.54% | 6.40% | 0.23% $2.30 | 0.23% $2.30 | |
| *CRSP US Small Cap Value TR USD* | | | | -4.65% | 10.84% | 8.16% | | | |
| **Vanguard Global Equity Fund Investor** | World Stock | VHGEX | 08/14/1995 | -4.08% | 6.61% | 4.20% | 0.57% $5.70 | 0.57% $5.70 | |
| *MSCI All Country World Index (NR USD)* | | | | -4.34% | 5.22% | 4.08% | | | |
| **Fixed Income** | | | | | | | | | |
| Mutual Fund | | | | | | | | | |
| **Vanguard Intermediate-Term Investment-Grade Fund Investor** | Corporate Bond | VFICX | 11/01/1993 | 2.80% | 4.98% | 5.80% | 0.20% $2.00 | 0.20% $2.00 | |
| *Barclays U.S. 5-10 Year Government/Credit Bond Ind* | | | | 2.08% | 5.57% | 6.32% | | | |
| **Vanguard Long-Term Investment-Grade Fund Investor** | Corporate Bond | VWESX | 07/09/1973 | 1.30% | 8.71% | 7.56% | 0.22% $2.20 | 0.22% $2.20 | |
| *Barclays U.S. Long Government/Credit A+ Long Index* | | | | 1.30% | 8.38% | 7.12% | | | |
| **Vanguard High-Yield Corporate Fund Investor** | High Yield Bond | VWEHX | 12/27/1978 | -1.12% | 5.46% | 6.10% | 0.23% $2.30 | 0.23% $2.30 | |
| *Barclays U.S. Corporate High Yield Index* | | | | -3.69% | 4.93% | 7.01% | | | |
| **Vanguard Inflation-Protected** | Inflation-Protected | VIPSX | 06/29/2000 | 1.43% | 2.89% | 4.39% | 0.20% | 0.20% | |

16

NYU0006853

**INVESTMENT OPTIONS COMPARATIVE CHART**                                                                                    SECTION II

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| Securities Fund Investor | Bond | | | | | | $2.00 | $2.00 | |
| *Barclays U.S. Treasury Inflation Protected Securit* | | | | 1.51% | 3.02% | 4.62% | | | |
| Vanguard GNMA Fund Investor | Intermediate Government | VFIIX | 06/27/1980 | 2.22% | 3.35% | 4.82% | 0.21% $2.10 | 0.21% $2.10 | |
| *Barclays U.S. GNMA Bond Index* | | | | 2.40% | 3.28% | 4.85% | | | |
| Vanguard Intermediate-Term Treasury Fund Investor | Intermediate Government | VFITX | 10/28/1991 | 3.08% | 3.70% | 5.09% | 0.20% $2.00 | 0.20% $2.00 | |
| *Barclays U.S. Government Index* | | | | 2.37% | 3.42% | 4.52% | | | |
| Vanguard Intermediate-Term Bond Index Fund Investor | Intermediate-Term Bond | VBIIX | 03/01/1994 | 2.79% | 5.07% | 5.95% | 0.20% $2.00 | 0.20% $2.00 | |
| *Barclays U.S. 5-10 Year Government/Credit Float Ad* | | | | 2.89% | 5.19% | | | | |
| Vanguard Total Bond Market Index Fund Investor | Intermediate-Term Bond | VBMFX | 12/11/1986 | 1.73% | 3.59% | 4.75% | 0.20% $2.00 | 0.20% $2.00 | |
| *Barclays U.S. Aggregate Float Adjusted Index* | | | | 1.88% | 3.80% | | | | |
| Vanguard Long-Term Treasury Fund Investor | Long Government | VUSTX | 05/19/1986 | 2.57% | 9.47% | 7.70% | 0.20% $2.00 | 0.20% $2.00 | |
| *Barclays Long U.S. Treasury Index* | | | | 2.77% | 9.67% | 7.97% | | | |
| Vanguard Long-Term Bond Index Fund Investor | Long-Term Bond | VBLTX | 03/01/1994 | 0.31% | 8.43% | 7.51% | 0.20% $2.00 | 0.20% $2.00 | |
| *Barclays U.S. Long Government/Credit Index* | | | | 0.39% | 8.51% | 7.57% | | | |
| Vanguard Short-Term Federal Fund Investor | Short Government | VSGBX | 12/31/1987 | 1.38% | 1.38% | 3.12% | 0.20% $2.00 | 0.20% $2.00 | |
| *Barclays U.S. 1-5 Year Government Index* | | | | 1.60% | 1.53% | 3.20% | | | |
| Vanguard Short-Term Treasury Fund Investor | Short Government | VFISX | 10/28/1991 | 1.16% | 1.07% | 2.72% | 0.20% $2.00 | 0.20% $2.00 | |
| *Barclays U.S. 1-5 Year Government Index* | | | | 1.60% | 1.53% | 3.20% | | | |
| Vanguard Short-Term Bond | Short-Term | VBISX | 03/01/1994 | 1.45% | 1.69% | 3.32% | 0.20% | 0.20% | |

17

NYU0006854

| INVESTMENT OPTIONS COMPARATIVE CHART | | | | | | | | | SECTION II |
|---|---|---|---|---|---|---|---|---|---|
| **Investment Name / Benchmark** | **Morningstar Category** | **Ticker Symbol** | **Inception Date** | **Average Annual Total Returns/Benchmark** | | | **Total Annual Operating Expenses (%/Per $1000)** | | **Shareholder Fees & Restrictions** |
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| Index Fund Investor | Bond | | | | | | $2.00 | $2.00 | |
| *Barclays U.S. 1-5 Year Government/Credit Float Adj* | | | | 1.62% | 1.88% | | | | |
| Vanguard Short-Term Investment Grade Fund Investor | Short-Term Bond | VFSTX | 10/29/1982 | 1.76% | 2.26% | 3.58% | 0.20% $2.00 | 0.20% $2.00 | |
| *Barclays U.S. 1-5 Year Government/Credit Index* | | | | 1.65% | 2.73% | 4.24% | | | |
| **Money Market** | | | | | | | | | |
| Mutual Fund | | | | | | | | | |
| Vanguard Admiral Treasury Money Market Fund Investor | Money Market-Taxable | VUSXX | 12/14/1992 | 0.07% | 0.02% | 1.08% | 0.09% $0.90 | 0.09% $0.90 | |
| *BofA Merrill Lynch 3 Month LIBOR Constant Maturity* | | | | 0.33% | 0.32% | 1.63% | | | |
| Vanguard Federal Money Market Fund Investor | Money Market-Taxable | VMFXX | 07/13/1981 | 0.10% | 0.03% | 1.18% | 0.11% $1.10 | 0.11% $1.10 | |
| *Citi 3-Month Treasury Bill Index* | | | | 0.08% | 0.06% | 1.07% | | | |
| Vanguard Prime Money Market Fund Investor | Money Market-Taxable | VMMXX | 06/04/1975 | 0.14% | 0.05% | 1.24% | 0.16% $1.60 | 0.16% $1.60 | |
| *Citi 3-Month Treasury Bill Index* | | | | 0.08% | 0.06% | 1.07% | | | |
| **Multi-Asset** | | | | | | | | | |
| Mutual Fund | | | | | | | | | |
| Vanguard LifeStrategy Growth Fund Investor | Aggressive Allocation | VASGX | 09/30/1994 | -2.32% | 6.78% | 4.98% | 0.15% $1.50 | 0.15% $1.50 | |
| *Dow Jones U.S. Total Stock Market Index* | | | | -0.43% | 10.97% | 7.00% | | | |
| Vanguard LifeStrategy Conservative Growth Fund Investor | Conservative Allocation | VSCGX | 09/30/1994 | 0.02% | 5.21% | 4.82% | 0.13% $1.30 | 0.13% $1.30 | |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| Vanguard LifeStrategy Income Fund Investor | Conservative Allocation | VASIX | 09/30/1994 | 1.03% | 4.35% | 4.60% | 0.12% $1.20 | 0.12% $1.20 | |

18

NYU0006855

**INVESTMENT OPTIONS COMPARATIVE CHART**                                                                                    SECTION II

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| **Vanguard Wellesley Income Fund Investor** | Conservative Allocation | VWINX | 07/01/1970 | 3.78% | 7.82% | 7.26% | 0.23% $2.30 | 0.23% $2.30 | |
| *Morningstar Mod Conservative Target Risk Index* | | | | 0.35% | 4.73% | 5.12% | | | |
| **Vanguard Convertible Securities Fund Investor** | Convertibles | VCVSX | 06/17/1986 | -8.05% | 3.64% | 5.52% | 0.38% $3.80 | 0.38% $3.80 | |
| *BofAML All Convertible All Qualities* | | | | -7.30% | 6.25% | 5.96% | | | |
| **Vanguard Balanced Index Fund Investor** | Moderate Allocation | VBINX | 11/09/1992 | 0.60% | 8.14% | 6.39% | 0.23% $2.30 | 0.23% $2.30 | |
| *Morningstar Moderately Aggressive Target Risk Inde* | | | | -2.62% | 5.94% | 5.47% | | | |
| **Vanguard LifeStrategy Moderate Growth Fund Investor** | Moderate Allocation | VSMGX | 09/30/1994 | -1.06% | 6.15% | 5.08% | 0.14% $1.40 | 0.14% $1.40 | |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| **Vanguard STAR Fund - Balanced Option Investor** | Moderate Allocation | VGSTX | 03/29/1985 | -2.14% | 7.06% | 5.77% | 0.34% $3.40 | 0.34% $3.40 | |
| *Morningstar Moderately Aggressive Target Risk Inde* | | | | -2.62% | 5.94% | 5.47% | | | |
| **Vanguard Wellington Fund Investor** | Moderate Allocation | VWELX | 07/01/1929 | 1.11% | 8.51% | 7.15% | 0.26% $2.60 | 0.26% $2.60 | |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| **Vanguard Target Retirement Income Fund Investor** | Retirement Income | VTINX | 10/27/2003 | 0.41% | 4.95% | 5.22% | 0.14% $1.40 | 0.14% $1.40 | |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| **Vanguard Target Retirement 2010 Fund Investor** | Target Date 2000-2010 | VTENX | 06/07/2006 | 0.14% | 5.45% | 5.42% | 0.14% $1.40 | 0.14% $1.40 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |
| **Vanguard Target Retirement 2011-2015** | Target Date 2011-2015 | VTXVX | 10/27/2003 | -0.59% | 6.02% | 5.30% | 0.14% | 0.14% | |

19

NYU0006856

| INVESTMENT OPTIONS COMPARATIVE CHART | | | | | | | | | SECTION II |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **2015 Fund Investor** | | | | | | | $1.40 | $1.40 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.08% | | | |
| **Vanguard Target Retirement 2020 Fund Investor** | Target Date 2016-2020 | VTWNX | 06/07/2006 | -1.12% | 6.45% | 5.77% | 0.14% $1.40 | 0.14% $1.40 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |
| **Vanguard Target Retirement 2025 Fund Investor** | Target Date 2021-2025 | VTTVX | 10/27/2003 | -1.53% | 6.70% | 5.37% | 0.15% $1.50 | 0.15% $1.50 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.08% | | | |
| **Vanguard Target Retirement 2030 Fund Investor** | Target Date 2026-2030 | VTHRX | 06/07/2006 | -2.01% | 6.93% | 5.78% | 0.15% $1.50 | 0.15% $1.50 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |
| **Vanguard Target Retirement 2035 Fund Investor** | Target Date 2031-2035 | VTTHX | 10/27/2003 | -2.50% | 7.14% | 5.40% | 0.15% $1.50 | 0.15% $1.50 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.08% | | | |
| **Vanguard Target Retirement 2040 Fund Investor** | Target Date 2036-2040 | VFORX | 06/07/2006 | -3.07% | 7.28% | 5.89% | 0.16% $1.60 | 0.16% $1.60 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |
| **Vanguard Target Retirement 2045 Fund Investor** | Target Date 2041-2045 | VTIVX | 10/27/2003 | -3.14% | 7.27% | 5.48% | 0.16% $1.60 | 0.16% $1.60 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.08% | | | |
| **Vanguard Target Retirement 2050 Fund Investor** | Target Date 2046-2050 | VFIFX | 06/07/2006 | -3.10% | 7.26% | 5.93% | 0.16% $1.60 | 0.16% $1.60 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |
| **Vanguard Target Retirement 2055 Fund Investor** | Target Date 2051+ | VFFVX | 08/18/2010 | -3.25% | 7.28% | 10.08% | 0.16% $1.60 | 0.16% $1.60 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 14.22% | | | |
| **Vanguard Target Retirement** | Target Date | VTTSX | 01/19/2012 | -3.22% | - | 9.46% | 0.16% | 0.16% | |

NYU0006857

SECTION II

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **2060 Fund Investor** | 2051+ | | | | | | $1.60 | $1.60 | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | | 13.39% | | | |

Table 1 shows fee and expense information for the investment options listed including the Total Annual Operating Expenses expressed as a percentage and a dollar amount based upon a $1,000 accumulation both as net and gross of expenses. Total Annual Operating Expenses is a measure of what it costs to operate an investment, expressed as a percentage of its assets, as a dollar amount or in basis points. These are costs the investor pays through a reduction in the investment's rate of return.

21

NYU0006858

# TIAA

## Table 2 – Fixed Return Investments

The following chart lists the plan's investment options that have a fixed or stated rate of return.

| Name/Type/Option | Return | Term | Additional Information |
|---|---|---|---|
| **Guaranteed Annuity** | | | |
| | | | The current rate shown applies to premiums remitted during the month of April 2016 and will be credited through 2/28/2017. This rate is subject to change in subsequent months. Up-to-date rate of return information is available on your plan-specific website noted above or at 800-842-2733. |
| | | | TIAA Traditional guarantees your principal and a minimum annual interest rate. The guaranteed minimum interest rate is 3.00%, and is effective while the funds remain in the contract. The account also offers the opportunity for additional amounts in excess of the guaranteed minimum interest rate. When declared, additional amounts remain in effect for the twelve-month period that begins each March 1 for accumulating annuities and January 1 for payout annuities. Additional amounts are not guaranteed for the future years. All guarantees are subject to TIAA's claims paying ability. |
| | | | TIAA Traditional is designed primarily to help meet your long-term retirement income needs; it is not a short-term savings vehicle. Therefore, some contracts require that benefits are paid in installments over time and/or may impose surrender charges on certain withdrawals. TIAA has rewarded participants who save in contracts where benefits are paid in installments over time instead of in an immediate lump-sum by crediting higher interest rates, typically 0.50% to 0.75% higher. Higher rates will lead to higher account balances and more retirement income for you. |
| TIAA Traditional-Retirement Annuity | 4.00% | Through 02/28/2017 | For Retirement Annuity (RA) contracts, lump-sum withdrawals are not available from the TIAA Traditional account. Subject to the terms of your plan, all withdrawals and transfers from the account must be paid in ten annual installments. After termination of employment additional income options may be available including income for life, interest-only payments, and IRS required minimum distribution payments. |

NYU0006859

# Part B. Annuity Information

The information below focuses on the annuity options under the plan. Annuities are insurance contracts that allow you to receive a guaranteed stream of payments at regular intervals, usually beginning when you retire and lasting for your entire life. Annuities are issued by insurance companies. Guarantees of an insurance company are subject to its long-term financial strength and claims-paying ability.

# TIAA

## TIAA Traditional Annuity Lifetime Income Option

**OBJECTIVES / GOALS**

To provide a guaranteed stable stream of income for your life and, if you choose, the life of an annuity partner. A TIAA Traditional Annuity provides income stability by providing a minimum guaranteed interest rate as well as the potential for additional interest. TIAA Traditional can be part of a diversified retirement portfolio that may include stocks (equities), bonds (fixed income), real estate, and money market investments. Electing a life annuity is just one of many payout options available under the TIAA Traditional Annuity.

**PRICING FACTORS**

The amount of your lifetime income is dependent upon many factors including:

- The type of annuity selected (single life, joint life, with or without guaranteed minimum periods), and your selection of either the standard or graded benefit method.
- The amount of accumulations converted to a life annuity.
- Your age and, if applicable, the age of your annuity partner.
- The projected returns of the TIAA Traditional Annuity.

Under no circumstances will you receive less than the guaranteed amount of income required under the annuity contracts. To learn more about investments that offer lifetime annuity income, please access the web link provided in the Performance and Fee Information section.

**RESTRICTIONS / FEES**

- You may not begin a one-life annuity after you attain age 90, nor may you begin a two-life annuity after you or your annuity partner attains age 90.
- Subject to contract terms, if your accumulation is less than $5,000 on your annuity starting date, TIAA may choose instead to pay your accumulations to you in a single sum.
- If your TIAA annuity payment would be less than $100, TIAA has the right to change the payment frequency which would result in a payment of $100 or more.

- Once you have elected a lifetime annuity, your election is irrevocable.

## TIAA Real Estate and CREF Variable Annuity Lifetime Income Options

**OBJECTIVES / GOALS**

To provide a variable stream of income for your life and, if you choose, the life of an annuity partner. This lifetime annuity provides a variable income that you cannot outlive. A variable annuity can be part of a diversified retirement portfolio that may include guaranteed, stocks (equities), bonds (fixed income), real estate, and money market investments. Electing a life annuity is just one of many payout options available.

**PRICING FACTORS**

The amount of your lifetime income is dependent upon many factors including:

- The type of annuity selected (single life, joint life, with or without guaranteed minimum periods).
- The amount of accumulations converted to a life annuity.
- Your age and, if applicable, the age of your annuity partner.
- The investment performance of the variable annuity account your annuity is based upon.

Variable annuity accounts don't guarantee a minimum income. Income fluctuates based on market performance and is directly tied to the accounts' investment returns. A 4% annual investment return is assumed. Generally, if the actual return in a given year is greater than 4% the amount of annuity income will increase; if it is less than 4%, the income will decrease. To learn more about investments that offer lifetime annuity income, please access the web link provided in the Performance and Fee Information section.

**RESTRICTIONS / FEES**

- You may not begin a one-life annuity after you attain age 90, nor may you begin a two-life annuity after you or your annuity partner attains age 90.

23

NYU0006860

- Subject to contract terms, if your accumulation is less than $5,000 on your annuity starting date, TIAA may choose instead to pay your accumulations to you in a single sum.
- If your annuity payment would be less than $100, TIAA has the right to change the payment frequency which would result in a payment of $100 or more.
- Once you have elected a lifetime annuity, your election is irrevocable.
- Upon annuitization of CREF accumulations, the expenses associated with CREF will be the same as the R3 Class regardless of the CREF Class prior to annuitization. The R3 Class has the lowest expense of all the CREF Classes.

24

NYU0006861

**INVESTMENT OPTIONS COMPARATIVE CHART**                                                                                                                              SECTION II

Please visit www.tiaa-cref.org/public/support/help/glossary/index.html for a glossary of investment terms relevant to the investment options under this plan.

Fees and expenses are only one of many factors to consider when you decide to invest in an option. You may also want to think about whether an investment in a particular option, along with your other investments, will help you achieve your financial goals. The cumulative effect of fees and expenses can substantially reduce the growth of your retirement savings. Visit the Department of Labor's website for an example showing the long-term effect of fees and expenses at www.dol.gov/ebsa/publications/401k_employee.html.

**Other service provider important additional information:**

**TIAA important additional information:**
The returns quoted represent past performance, which is no guarantee of future results. Returns and the principal value of your investment will fluctuate. Current performance may be higher or lower than that shown, and you may have a gain or a loss when you redeem your investments. Expense ratios shown are based on the most recent information available, but may not reflect all updates. Please consult the most recent prospectus or offering document for more detailed information.

Variable return investments (mutual funds and/or variable annuities) are offered through your plan sponsor's retirement plan. Funds are offered at that day's net asset value (NAV), and the performance is displayed accordingly. Performance at NAV does not reflect sales charges, which are waived through your retirement plan. If included, the sales charges would have reduced the performance as quoted.

If a variable return investment option includes performance for periods beyond its inception date that performance is based on the performance of an older share class of the investment option. Such performance has not been restated to reflect expense differences between the two classes. If expense differences had been reflected, performance for these periods would be lower or higher than stated.

TIAA provides information on restrictions on recordkept investment options, as well as performance and product information for all proprietary investment options. TIAA assumes no responsibility for damages or losses arising from the use of such information, and has not independently verified the accuracy or completeness of such information.

Data Provided by Morningstar, Inc. © 2016 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Neither TIAA nor its affiliates has independently verified the accuracy or completeness of this information.

The Morningstar Category classifies an investment option based on its investment style as measured by underlying portfolio holdings (portfolio statistics and compositions over the past three years). If the investment option is new and has no portfolio, Morningstar estimates where it will fall before assigning a more permanent category. When necessary, Morningstar may change a category assignment based on current information.

There are inherent risks in investing in variable return investments including loss of principal. Please read the prospectus and carefully consider the investment objectives, risks, charges and expenses before investing.

© 2016 Teachers Insurance and Annuity Association of America-College Retirement Equities Fund (TIAA-CREF), 730 Third Avenue, New York, NY 10017



NYU0006862