```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
DR. ALAN SACERDOTE, et al.,                                  :
                                                             :
                            Plaintiffs,                      :
                                                             :
              -v-                                            :      16-cv-6284 (KBF)
                                                             :
NEW YORK UNIVERSITY,                                         :         ORDER
                                                             :
                            Defendant.                       :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 4, 2018

KATHERINE B. FORREST, District Judge:

The in-person final pretrial conference ("FPTC") on **Wednesday, April 11, 2018** is hereby rescheduled to **5:10 p.m.** that day. Any parties wishing to test the courtroom technology may do so after the conclusion of the FPTC.

SO ORDERED.

Dated:     New York, New York
           April 4, 2018

                                              _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge