IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ALAN SACERDOTE, DR. HERBERT SAMUELS, MARK CRISPIN MILLER, MARIE E. MONACO, DR. SHULAMITH LALA STRAUSSNER AND JAMES BROWN, individually and as representatives of a class of participants and beneficiaries on behalf of the NYU School of Medicine Retirement Plan for Members of the Faculty, Professional Research Staff and Administration and the New York University Retirement Plan for Members of the Faculty, Professional Research Staff and Administration,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>NEW YORK UNIVERSITY,<br>　　　　　　　　Defendant. | No. 1:16-cv-06284-KBF<br><br>ECF Case |

**[PROPOSED] JOINT PRETRIAL ORDER**

Pursuant to Rule 4 of the Court's individual rules of practice, Plaintiffs Dr. Alan Sacerdote, Dr. Herbert Samuels, Mark Crispin Miller, Marie E. Monaco, Dr. Shulamith Lala Straussner, and James Brown, ("Plaintiffs") and Defendant New York University ("Defendant") joint submit this proposed pre-trial order.

　　　I.　　**The full caption of the action:**

　　　　　The full caption of the action is set forth above.

II. **Counsel for parties:**

<u>**Counsel for Plaintiffs**</u>:

Jerome J. Schlichter (*pro hac vice*)
Heather Lea (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
Ethan Hatch (*pro hac vice*)
Schlichter Bogard & Denton, LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com
ehatch@uselaws.com

<u>**Counsel for Defendant**</u>:

Mark Muedeking (*pro hac vice*)
Ian C. Taylor (*pro hac vice*)
Jennifer Squillario (*pro hac vice*)
Adam J. Pié (*pro hac vice*)
Harry P. Rudo (*pro hac vice*)
DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004
(202) 799-4000

Evan D. Parness (EP6680)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

III. **The number of trial days:**

Court has set aside 50 hours for the trial including the following dates and times:

April 16-19, 2018 from 9:00 a.m. to 5:00 p.m.
April 23, 2018 from 9:00 a.m. to 5:00 p.m.
April 24-25, 2018 from 2:00 p.m. to 5:00 p.m.
April 26, 2018 from 9:00 a.m. to 5:00 p.m.

IV. **Joint agreed stipulations or statements of fact or law:**

Exhibit 1 – Stipulation regarding Authenticity

Exhibit 2 – Stipulation regarding Undisputed Statement of Facts

Exhibit 3 – Stipulation regarding Plan Data

V. **Witness testimony:**

| Witness | Estimated Direct Examination Time | Estimated Cross Examination Time | Estimated Redirect Examination Time |
|---|---|---|---|
| Peter Hueber | 1.25 hours | 1 hour | |
| Patricia Halley | N/A (declaration provided by Defendant) | 0.75 hour | .75 hour |
| Tina Suhr | N/A (declaration provided by Defendant) | 1 hour | 1 hour |
| Nancy Sanchez | N/A (declaration provided by Defendant) | 1 hour | 1 hour |
| Mark Petti | N/A (declaration provided by Defendant) | 1 hour | 1.25 hours |
| Margaret Meagher | N/A (declaration provided by Defendant) | 2.25 hour | 1.5 hours |
| Martin Dorph | N/A (declaration provided by Defendant) | 1 hour | .5 hour |
| Jan Rezler | N/A (declaration provided by Defendant) | 1 hour | 1.5 hours |
| Douglas Chittenden | N/A (declaration provided by Defendant) | 1 hour | 1.5 hours |
| Gerald Buetow | N/A (declaration provided by Plaintiffs) | 2 hours | 2 hours |
| Michael Geist | N/A (declaration provided by Plaintiffs) | 2 hours | 2 hours |
| Daniel Fischel | N/A (declaration provided by Defendant) | 1.5 hours | 1.5 hours |
| L. Adel Turki | N/A (declaration provided by Defendant) | 1.25 hours | 1.5 hours |
| Marcia Wagner | N/A (declaration provided by Defendant) | 2.25 hours | 1.5 hours |
| Marie Monaco | N/A (declaration provided by Plaintiffs) | 0.25 hour | 0.25 hour |
| Mark Crispin Miller | N/A (declaration provided by Plaintiffs) | 0.25 hour | 0.25 hour |
| Dr. Alan Sacerdote | N/A (declaration provided by Plaintiffs) | 0.25 hour | 0.25 hour |
| Dr. Shulamith Lala Straussner | N/A (declaration provided by Plaintiffs) | 0.25 hour | 0.25 hour |
| **Total Time:** | | **39.75 hours** | |

VI. **Deposition designations:**

Plaintiffs' deposition designations are attached hereto as Exhibit 4.

Defendant's deposition designations are attached hereto as Exhibit 5.

VII. **Trial exhibits:**

Plaintiffs' trial exhibit list is attached hereto as Exhibit 6.

Defendant's trial exhibit list is attached hereto as Exhibit 7.

VIII. **Proposed findings of fact and conclusions of law:**

Plaintiffs' proposed findings of fact and conclusions of law are Exhibit 8.

Defendant's proposed findings of fact and conclusions of law are Exhibit 9.

IX. **Declarations of direct testimony:**

Plaintiffs' declarations of direct testimony are attached hereto as:

Exhibit 10 – Mark Crispin Miller
Exhibit 11 – Dr. Alan Sacerdote
Exhibit 12 – Dr. Shulamith Lala Straussner
Exhibit 13 – Marie Monaco
Exhibit 14 – Gerald Buetow
Exhibit 15 – Michael Geist

Defendant's declarations of direct testimony are attached hereto as:

Exhibit 16 – Patricia Halley
Exhibit 17 – Tina Suhr
Exhibit 18 – Nancy Sanchez
Exhibit 19 – Mark Petti
Exhibit 20 – Margaret Meagher
Exhibit 21 – Martin Dorph
Exhibit 22 – Jan Rezler
Exhibit 23 – Douglas Chittenden
Exhibit 24 – Daniel Fischel
Exhibit 25 – L. Adel Turki
Exhibit 26 – Marcia Wagner

Respectfully submitted,
Dated: April 5, 2018

| | |
|---|---|
| SCHLICHTER, BOGARD & DENTON, LLP | DLA PIPER LLP |
| /s/ Jerome J. Schlichter | /s/ Mark Muedeking |
| Jerome J. Schlichter (*pro hac vice*) | Mark Muedeking (*pro hac vice*) |
| Heather Lea (*pro hac vice*) | Ian C. Taylor (*pro hac vice*) |
| Joel D. Rohlf (*pro hac vice*) | Jennifer Squillario (*pro hac vice*) |
| Ethan Hatch (*pro hac vice*) | Adam J. Pié (*pro hac vice*) |
| 100 South Fourth Street, Suite 1200 | Harry P. Rudo (*pro hac vice*) |
| St. Louis, MO 63102 | DLA Piper LLP (US) |
| Phone: (314) 621-6115 | 500 8th Street, NW |
| Fax: (314) 621-5934 | Washington, DC 20004 |
| jschlichter@uselaws.com | (202) 799-4000 |
| hlea@uselaws.com | |
| jrohlf@uselaws.com | Evan D. Parness (EP6680) |
| ehatch@uselaws.com | DLA Piper LLP (US) |
| | 1251 Avenue of the Americas |
| *Counsel for Plaintiffs* | New York, New York 10020 |
| | (212) 335-4500 |