*Sacerdote, et al. v. New York Unviersity,* 1:16-cv-06284 (KBF) (S.D.N.Y.)

# Joint Pre-Trial Order- Exhibit 3

# April 5, 2018

# Stipulation regarding Plan Data

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. ALAN SACERDOTE et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>NEW YORK UNIVERSITY,<br><br>                    Defendant. | No. 1:16-CV-06284 |

**STIPULATION CONCERNING PLAN DATA**

In order to expedite the presentation of evidence at trial and to shorten the time necessary for trial, it is hereby agreed and stipulated between the Plaintiffs and Defendant that:

1. Exhibit A is a true and accurate table reflecting each investment option, ticker, and end of year assets for each fund in the New York University Retirement Plan for Members of the Faculty, Professional Research Staff and Administration ("WS Plan").

2. Exhibit B is a true and accurate table reflecting each investment option, ticker, and end of year assets for each fund in the New York University School of Medicine Plan for Members of the Faculty, Professional Research Staff and Administration ("SOM Plan").

3. Exhibit C is a true and accurate table reflecting the annual number of WS Plan participants with an account balance.

4. Exhibit D is a true and accurate table reflecting the annual number of SOM Plan participants with an account balance.

EXHIBIT 3

Agreed and stipulated this 5th day of April, 2018.

| | |
|---|---|
| SCHLICHTER BOGARD & DENTON, LLP | DLA PIPER LLP |
| /s/ Jermone J. Schlicther | /s/  Ian C. Taylor |
| Jerome J. Schlichter (admitted *pro hac vice*) | Ian C. Taylor (admitted *pro hac vice*) |
| Heather Lea (admitted *pro hac vice*) | 6225 Smith Avenue |
| Joel Rohlf (admitted *pro hac vice*) | Baltimore, MD 21209 |
| Ethan D. Hatch (admitted *pro hac vice*) | Telephone: (410) 580-4284 |
| 100 South Fourth Street | Facsimile: (410) 580-3284 |
| St. Louis, MO 63102 | ian.taylor |
| Telephone: (314) 621-6115 | @dlapiper.com |
| Facsimile: (314) 621-5934 | |
| jschlichter@uselaws.com | |
| hlea@uselaws.com | |
| jrohlf@uselaws.com | |
| ehatch@uselaws.com | |

EXHIBIT 3

DR. ALAN SACERDOTE, et. al. vs. NEW YORK UNIVERSITY  
WS Retirement Plan  
Plan Assets

Exhibit A

| Fund Name | Ticker | 2009 Assets | 2010 Assets | 2011 Assets | 2012 Assets | 2013 Assets | 2014 Assets | 2015 Assets | 2016 Assets |
|---|---|---|---|---|---|---|---|---|---|
| Vanguard Small Cap Index (Inv) | NAESX | $1,577,551 | $2,238,611 | $1,907,357 | $2,534,504 | $3,223,752 | $3,921,504 | $3,647,017 | $4,753,044 |
| CREF Bond Market (No class / R3) | None / QCBMIX | $42,164,407 | $49,169,117 | $52,457,681 | $58,577,739 | $54,336,949 | $58,699,599 | $60,929,814 | $65,350,455 |
| CREF Equity Index (No class / R3) | None / QCEQIX | $26,956,356 | $33,930,967 | $32,591,976 | $39,435,716 | $50,579,182 | $57,689,969 | $59,104,921 | $65,743,597 |
| CREF Global Equities (No class / R3) | None / QCGLIX | $44,125,349 | $50,468,642 | $45,034,454 | $52,909,113 | $69,433,876 | $72,016,953 | $74,089,547 | $73,583,737 |
| CREF Growth (No class / R3) | None / QCGRIX | $35,229,451 | $41,167,599 | $40,526,162 | $48,403,519 | $63,416,423 | $73,518,479 | $79,925,857 | $78,321,451 |
| CREF Inflation-Linked Bond (No class / R3) | None / QCILIX | $38,163,408 | $44,281,666 | $50,543,333 | $52,995,624 | $37,211,947 | $35,783,276 | $31,512,391 | $30,727,008 |
| CREF Money Market (No class / R3) | None / QCMMIX | $60,694,276 | $51,414,324 | $51,844,251 | $45,953,883 | $48,269,727 | $36,390,586 | $38,272,913 | $32,492,470 |
| CREF Social Choice (No class / R3) | None / QCSCIX | $28,831,522 | $35,215,903 | $35,926,940 | $40,962,964 | $48,911,266 | $54,998,425 | $52,654,736 | $54,123,412 |
| CREF Stock (No class / R3) | None / QCSTIX | $408,358,918 | $447,002,346 | $399,018,507 | $442,516,552 | $536,703,786 | $525,602,126 | $486,530,106 | $492,986,230 |
| TIAA Real Estate | QREARX | $22,530,966 | $30,457,996 | $41,141,214 | $49,456,459 | $57,479,322 | $69,029,907 | $77,964,828 | $83,797,645 |
| TIAA-CREF Lifecycle 2010 (Retire / Inst) | TCLEX / TCTIX | $394,468 | $725,573 | $973,494 | $1,811,276 | $2,123,466 | $2,573,773 | $2,927,749 | $3,009,689 |
| TIAA-CREF Lifecycle 2025 (Retire / Inst) | TCLFX / TCYIX | $212,594 | $493,894 | $779,386 | $1,749,939 | $2,810,239 | $4,965,052 | $5,867,400 | $7,798,323 |
| TIAA-CREF Lifecycle 2015 (Retire / Inst) | TCLIX / TCNIX | $333,590 | $673,521 | $1,041,364 | $1,442,366 | $2,586,479 | $2,719,097 | $3,542,085 | $3,879,189 |
| TIAA-CREF Lifecycle 2030 (Retire / Inst) | TCLNX / TCRIX | $433,664 | $1,044,204 | $1,534,928 | $2,534,013 | $3,982,114 | $5,237,180 | $6,525,289 | $8,560,307 |
| TIAA-CREF Lifecycle 2040 (Retire / Inst) | TCLOX / TCOIX | $681,185 | $1,392,453 | $2,067,004 | $3,629,059 | $6,489,465 | $8,274,224 | $9,828,986 | $12,243,035 |
| TIAA-CREF Lifecycle 2035 (Retire / Inst) | TCLRX / TCIIX | $428,939 | $884,695 | $1,330,700 | $2,343,193 | $4,078,565 | $5,685,516 | $7,474,905 | $10,140,190 |
| TIAA-CREF Lifecycle 2020 (Retire / Inst) | TCLTX / TCWIX | $341,503 | $660,124 | $1,195,892 | $2,081,687 | $3,585,292 | $4,514,680 | $6,286,163 | $7,705,268 |
| TIAA-CREF Lifecycle 2050 (Retire / Inst) | TLFRX / TFTIX | $87,694 | $248,126 | $433,637 | $804,574 | $1,593,806 | $2,178,059 | $2,994,810 | $4,714,295 |
| TIAA-CREF Lifecycle Retirement Income (Retire / Inst) | TLIRX / TLRIX | $425 | $109,083 | $20,715 | $35,535 | $187,547 | $419,081 | $756,418 | $769,952 |
| TIAA-CREF Lifecycle 2060 (Inst) | TLXNX | | | | | | | | $726 |
| TIAA-CREF Small-Cap Blend Index (Retire / Inst) | TRBIX / TISBX | $1,568,728 | $3,229,616 | $3,466,535 | $5,675,462 | $9,774,861 | $11,818,050 | $12,813,306 | $18,437,553 |
| TIAA-CREF Large-Cap Value Index (Retire / Inst) | TRCVX / VILVX | $815,309 | $1,287,775 | $1,645,820 | $3,859,464 | $8,412,584 | $15,031,137 | $17,478,977 | $30,592,123 |
| TIAA-CREF Mid-Cap Growth (Retire / Inst) | TRGMX / TRPWX | $617,489 | $1,841,868 | $1,711,277 | $2,779,934 | $4,580,258 | $4,898,852 | $5,287,178 | $5,387,490 |
| TIAA-CREF International Equity Index (Retire / Inst) | TRIEX / TCIEX | $4,800,163 | $7,038,688 | $7,504,952 | $12,183,190 | $16,813,727 | $19,094,445 | $20,947,671 | $25,524,906 |
| TIAA-CREF Mid-Cap Value (Retire / Inst) | TRVRX / TIMVX | $3,147,362 | $5,747,382 | $6,938,463 | $10,761,494 | $15,605,784 | $20,696,458 | $20,653,361 | $24,297,668 |
| TIAA-CREF Lifecycle 2045 (Retire / Inst) | TTFRX / TTFIX | $212,784 | $549,905 | $869,210 | $1,579,153 | $2,938,759 | $4,526,462 | $6,488,196 | $8,846,555 |
| TIAA-CREF Lifecycle 2055 (Inst) | TTRIX | | | | $81 | $9,605 | $56,974 | $282,824 | $680,315 |
| Vanguard Asset Allocation (Inv) | VAAPX | $2,518,361 | $3,167,538 | $2,968,006 | | | | | |
| Vanguard LifeStrategy Growth (Inv) | VASGX | $3,753,399 | $4,682,067 | $4,660,199 | $5,596,119 | $7,290,566 | $8,481,837 | $8,296,686 | $9,022,333 |
| Vanguard LifeStrategy Income (Inv) | VASIX | $614,481 | $686,602 | $781,596 | $927,302 | $894,345 | $995,071 | $1,007,970 | $1,506,752 |
| Vanguard Selected Value (Inv) | VASVX | $2,001,445 | $2,427,195 | $2,499,545 | $2,787,564 | $4,435,252 | $4,865,995 | $4,394,165 | $4,518,698 |
| Vanguard Intermediate-Term Bond Index (Inv) | VBIIX | $1,551,825 | $1,863,014 | $2,458,515 | $2,512,878 | $2,745,951 | $3,148,316 | $3,001,205 | $3,195,651 |
| Vanguard Balanced Index (Inv) | VBINX | $1,882,591 | $2,380,224 | $2,593,994 | $6,638,182 | $7,951,813 | $9,396,014 | $9,308,205 | $10,728,514 |
| Vanguard Short-Term Bond Index (Inv) | VBISX | $2,083,012 | $2,856,174 | $2,609,061 | $2,897,359 | $2,874,650 | $2,835,755 | $3,397,576 | $2,951,165 |
| Vanguard Long-Term Bond Index (Inv) | VBLTX | $1,787,073 | $1,936,601 | $2,626,759 | $3,352,863 | $2,422,334 | $2,888,499 | $2,960,163 | $3,462,646 |
| Vanguard Total Bond Market Index (Inv) | VBMFX | $12,956,063 | $15,027,282 | $17,405,740 | $19,380,064 | $18,193,096 | $20,366,572 | $21,966,461 | $25,478,818 |
| Vanguard Capital Value (Inv) | VCVLX | $939,818 | $1,004,347 | $1,034,302 | $1,200,952 | $3,868,130 | $4,003,582 | $1,968,552 | $1,399,598 |
| Vanguard Convertible Securities (Inv) | VCVSX | $1,320,387 | $1,712,885 | $1,288,433 | $1,463,813 | $1,405,260 | $1,507,319 | $1,331,922 | $1,257,627 |
| Vanguard Dividend Growth (Inv) | VDIGX | $979,897 | $1,258,830 | $2,818,654 | $3,393,280 | $5,743,125 | $6,110,605 | $6,378,436 | $7,181,155 |
| Vanguard Developed Markets Index (Inv / Inv) | VDMIX / VDVIX | $558,402 | $689,183 | $707,075 | $967,638 | $1,474,479 | $1,582,135 | $1,580,403 | $2,226,660 |
| Vanguard Emerging Markets Stock Index (Inv) | VEIEX | $7,425,947 | $10,390,930 | $7,720,317 | $8,440,959 | $7,437,765 | $7,819,111 | $6,740,213 | $7,688,855 |
| Vanguard Equity-Income (Inv) | VEIPX | $1,658,925 | $2,242,166 | $3,118,033 | $3,835,018 | $4,898,892 | $4,911,326 | $4,790,684 | $8,370,799 |
| Vanguard European Stock Index (Inv) | VEURX | $2,703,731 | $2,882,930 | $2,462,337 | $2,873,701 | $3,393,928 | $3,173,881 | $3,246,250 | $3,242,529 |
| Vanguard Extended Market Index (Inv) | VEXMX | $1,316,708 | $2,071,273 | $1,992,483 | $1,909,750 | $3,168,637 | $3,637,459 | $3,677,593 | $4,395,807 |
| Vanguard Explorer (Inv) | VEXPX | $3,815,139 | $4,701,288 | $4,415,083 | $4,994,873 | $7,624,033 | $7,184,872 | $6,737,809 | $7,186,707 |
| Vanguard Target Retirement 2055 (Inv) | VFFVX | | $69 | $45,397 | $164,780 | $520,917 | $1,187,673 | $2,460,203 | $4,445,174 |
| Vanguard Intermediate-Term Investment-Grade (Inv) | VFICX | $2,322,226 | $3,227,871 | $2,746,898 | $4,798,502 | $2,636,724 | $3,573,795 | $3,099,039 | $3,092,281 |
| Vanguard Target Retirement 2050 (Inv) | VFIFX | $734,700 | $1,788,893 | $2,900,281 | $4,994,315 | $8,928,688 | $13,229,333 | $17,191,526 | $23,081,508 |
| Vanguard GNMA (Inv) | VFIIX | $3,078,708 | $3,630,068 | $5,005,480 | $5,200,579 | $4,865,869 | $5,054,717 | $4,612,214 | $4,581,690 |
| Vanguard 500 Index (Inv) | VFINX | $22,950,692 | $26,939,989 | $27,880,506 | $33,258,510 | $45,787,079 | | | |
| Vanguard Short-Term Treasury (Inv) | VFISX | $1,661,063 | $2,159,025 | $1,923,917 | $2,203,900 | $1,956,758 | $1,907,597 | $2,147,028 | $2,130,816 |
| Vanguard Intermediate-Term Treasury (Inv) | VFITX | $4,594,705 | $3,163,700 | $2,132,211 | $1,949,142 | $1,758,632 | $1,570,218 | $2,154,878 | $1,760,286 |
| Vanguard Target Retirement 2040 (Inv) | VFORX | $1,706,865 | $3,622,756 | $5,429,891 | $8,729,164 | $13,717,446 | $18,449,330 | $22,752,799 | $28,791,870 |
| Vanguard Short-Term Investment-Grade (Inv) | VFSTX | $4,777,539 | $5,115,555 | $5,119,778 | $5,235,744 | $6,822,006 | $5,866,747 | $6,232,916 | $8,573,970 |
| Vanguard FTSE Social Index (Inv) | VFTSX | $766,752 | $1,067,142 | $1,070,349 | $1,111,702 | $1,382,739 | $1,141,768 | $1,130,006 | $1,220,825 |
| Vanguard Energy (Inv) | VGENX | $3,149,220 | $3,920,957 | $5,041,983 | $4,606,927 | $4,577,920 | $4,549,442 | $3,891,921 | $5,328,960 |
| Vanguard Growth Equity (Inv) | VGEQX | $632,373 | $1,049,344 | $1,056,446 | $1,266,001 | $1,733,973 | | | |
| Vanguard Health Care (Inv) | VGHCX | $1,637,615 | $1,679,767 | $1,952,469 | $2,262,957 | $4,366,576 | $6,587,810 | $10,809,097 | $6,388,399 |
| Vanguard Precious Metals and Mining (Inv) | VGPMX | $3,719,738 | $6,073,092 | $4,158,221 | $3,878,435 | $1,878,181 | $1,828,424 | $1,410,622 | |
| Vanguard REIT Index (Inv) | VGSIX | $2,861,923 | $4,212,488 | $4,648,559 | $6,285,249 | $5,756,130 | $8,050,737 | $7,933,348 | $8,663,622 |

EXHIBIT 3

DR. ALAN SACERDOTE, et. al. vs. NEW YORK UNIVERSITY  
WS Retirement Plan  
Plan Assets

Exhibit A

| Fund Name | Ticker | 2009 Assets | 2010 Assets | 2011 Assets | 2012 Assets | 2013 Assets | 2014 Assets | 2015 Assets | 2016 Assets |
|---|---|---|---|---|---|---|---|---|---|
| Vanguard STAR (Inv) | VGSTX | $3,502,787 | $4,161,157 | $4,194,510 | $4,550,653 | $5,602,438 | $5,756,225 | $5,475,940 | $5,871,003 |
| Vanguard Total International Stock Index (Inv) | VGTSX | $5,366,212 | $6,706,556 | $5,919,779 | $8,001,102 | $9,906,293 | $10,656,442 | $10,948,916 | $12,319,287 |
| Vanguard Capital Opportunity (Inv) | VHCOX | $7,574,525 | $7,851,242 | $7,067,592 | $7,791,740 | $11,873,095 | $13,655,674 | $13,615,968 | $14,917,875 |
| Vanguard Global Equity (Inv) | VHGEX | $2,954,368 | $3,031,342 | $2,727,024 | $2,947,835 | $4,329,467 | $4,506,030 | $3,842,333 | $4,468,099 |
| Vanguard Growth Index (Inv) | VIGRX | $4,205,430 | $4,495,857 | $5,395,510 | $6,505,478 | $7,365,180 | $8,450,611 | $8,672,934 | $8,852,100 |
| Vanguard Mid-Cap Index (Inv) | VIMSX | $2,520,143 | $5,016,467 | $4,092,795 | $4,416,650 | $6,552,237 | $7,945,891 | $7,681,750 | $8,844,538 |
| Vanguard International Explorer (Inv) | VINEX | $2,416,485 | $3,280,116 | $2,614,720 | $2,943,107 | $4,894,542 | $4,208,840 | $5,486,191 | $4,079,088 |
| Vanguard Institutional Index (Inst) | VINIX | | | | | | $53,353,865 | $54,562,536 | $62,168,369 |
| Vanguard Inflation-Protected Securities (Inv) | VIPSX | $6,275,310 | $7,111,031 | $8,989,099 | $9,315,868 | $7,791,427 | $7,267,424 | $6,744,048 | $8,032,541 |
| Vanguard Small Cap Growth Index (Inv) | VISGX | $1,741,857 | $2,305,397 | $2,707,467 | $2,930,646 | $3,713,729 | $3,885,631 | $4,097,081 | $4,115,605 |
| Vanguard Small Cap Value Index (Inv) | VISVX | $1,844,000 | $2,485,738 | $2,273,365 | $2,822,166 | $5,420,700 | $5,654,810 | $5,539,435 | $8,098,384 |
| Vanguard Value Index (Inv) | VIVAX | $1,681,111 | $2,115,732 | $2,037,459 | $2,412,215 | $3,347,040 | $3,771,042 | $3,702,399 | $4,797,114 |
| Vanguard Federal Money Market (Inv) | VMFXX | $3,035,430 | $2,452,078 | $2,273,649 | $1,561,238 | $1,329,760 | $1,168,256 | $1,024,780 | $30,307,465 |
| Vanguard Mid Cap Growth (Inv) | VMGRX | $1,116,535 | $1,261,751 | $1,520,983 | $2,464,038 | $3,079,799 | $2,669,044 | $3,463,353 | $2,762,751 |
| Vanguard Prime Money Market (Inv) | VMMXX | $18,818,801 | $17,160,567 | $21,581,415 | $18,356,363 | $22,153,612 | $20,637,233 | $24,039,023 | |
| Vanguard Morgan Growth (Inv) | VMRGX | $6,130,826 | $7,393,093 | $6,166,728 | $7,221,411 | $9,751,694 | $10,466,224 | $10,699,904 | $8,106,114 |
| Vanguard Pacific Stock Index (Inv) | VPACX | $3,462,419 | $3,588,098 | $3,004,088 | $3,558,111 | $4,133,741 | $3,545,382 | $4,059,833 | $3,327,818 |
| Vanguard PRIMECAP Core (Inv) | VPCCX | $962,796 | $1,055,313 | $1,171,437 | $1,077,384 | $1,937,389 | $3,457,530 | $2,868,113 | $2,828,531 |
| Vanguard PRIMECAP (Inv) | VPMCX | $15,446,556 | $16,680,461 | $15,730,753 | $17,573,486 | $24,070,454 | $28,186,569 | $28,247,276 | $30,522,968 |
| Vanguard Growth & Income (Inv) | VQNPX | $2,268,538 | $2,651,756 | $2,486,670 | $2,848,796 | $4,236,395 | $4,349,686 | $4,023,325 | $4,987,624 |
| Vanguard LifeStrategy Conservative Growth (Inv) | VSCGX | $1,105,496 | $1,283,830 | $1,329,142 | $1,426,078 | $1,998,744 | $3,322,164 | $3,517,699 | $3,013,695 |
| Vanguard Strategic Equity (Inv) | VSEQX | $2,112,260 | $2,593,689 | $2,684,004 | $3,080,814 | $4,553,052 | $6,254,202 | $6,286,165 | $7,414,905 |
| Vanguard Short-Term Federal (Inv) | VSGBX | $1,892,561 | $1,453,278 | $1,361,481 | $1,313,456 | $1,515,554 | $1,614,987 | $1,624,030 | $1,453,804 |
| Vanguard LifeStrategy Moderate Growth (Inv) | VSMGX | $3,688,967 | $4,403,563 | $4,859,292 | $5,218,156 | $5,706,750 | $6,304,455 | $6,391,257 | $7,466,244 |
| Vanguard Target Retirement 2010 (Inv) | VTENX | $550,871 | $979,400 | $963,799 | $1,860,948 | $2,098,728 | $1,873,064 | $2,063,386 | $2,313,086 |
| Vanguard Target Retirement 2030 (Inv) | VTHRX | $1,937,947 | $2,927,543 | $4,407,433 | $6,028,095 | $9,272,144 | $11,778,674 | $14,208,325 | $18,343,178 |
| Vanguard Target Retirement Income (Inv) | VTINX | $361,089 | $401,193 | $1,144,135 | $2,049,594 | $2,179,268 | $2,005,933 | $1,904,300 | $3,250,629 |
| Vanguard Target Retirement 2045 (Inv) | VTIVX | $2,427,609 | $4,873,788 | $7,175,094 | $11,556,059 | $18,473,867 | $24,262,926 | $28,855,641 | $36,402,070 |
| Vanguard Target Retirement 2005 (Inv) | VTOVX | $390,822 | $199,108 | $317,767 | | | | | |
| Vanguard International Value (Inv) | VTRIX | $3,212,229 | $3,334,844 | $2,661,973 | $3,106,220 | $4,014,068 | $3,845,166 | $3,747,901 | $3,916,460 |
| Vanguard Total Stock Market Index (Inv / Inst) | VTSMX / VITSX | $11,770,808 | $15,425,470 | $16,650,485 | $20,659,898 | $29,354,927 | $35,913,646 | $37,031,056 | $44,993,383 |
| Vanguard Target Retirement 2035 (Inv) | VTTHX | $4,330,244 | $6,844,716 | $7,959,609 | $11,228,892 | $16,068,896 | $20,549,294 | $23,854,159 | $28,293,333 |
| Vanguard Target Retirement 2060 (Inv) | VTTSX | | | | $27,923 | $73,728 | $159,105 | $239,800 | $680,258 |
| Vanguard Target Retirement 2025 (Inv) | VTTVX | $5,974,020 | $8,379,643 | $10,352,837 | $13,186,374 | $17,418,665 | $21,392,972 | $21,943,085 | $25,439,705 |
| Vanguard Target Retirement 2020 (Inv) | VTWNX | $2,441,057 | $3,272,321 | $4,136,769 | $5,351,144 | $7,553,582 | $9,192,482 | $10,891,578 | $12,856,360 |
| Vanguard Target Retirement 2015 (Inv) | VTXVX | $2,885,293 | $4,837,788 | $5,380,602 | $7,656,441 | $10,077,381 | $11,027,136 | $10,519,557 | $11,818,720 |
| Vanguard Long-Term Treasury (Inv) | VUSTX | $3,036,889 | $4,861,009 | $5,373,472 | $4,878,938 | $4,414,583 | $5,867,979 | $6,051,876 | $5,745,911 |
| Vanguard Admiral Treasury Money Market (Inv) | VUSXX | $4,022,373 | $3,118,189 | $2,500,750 | $2,239,527 | $1,835,316 | $1,500,309 | $1,372,452 | |
| Vanguard U.S. Value (Inv) | VUVLX | $468,599 | $558,827 | $636,405 | $837,043 | $1,278,977 | $1,594,495 | $1,170,590 | $1,423,538 |
| Vanguard High-Yield Corporate (Inv) | VWEHX | $3,457,010 | $3,872,788 | $4,491,611 | $5,254,418 | $5,903,033 | $4,941,604 | $4,985,405 | $5,542,231 |
| Vanguard Wellington (Inv) | VWELX | $12,926,804 | $14,355,503 | $14,148,292 | $16,435,991 | $19,328,878 | $22,373,814 | $19,715,615 | $21,333,348 |
| Vanguard Long-Term Investment-Grade (Inv) | VWESX | $3,848,300 | $4,723,063 | $6,159,002 | $6,505,542 | $5,548,014 | $6,666,677 | $7,212,848 | $8,058,456 |
| Vanguard International Growth (Inv) | VWIGX | $9,356,583 | $10,320,369 | $8,488,783 | $9,481,915 | $10,997,140 | $9,978,488 | $10,239,025 | $9,686,854 |
| Vanguard Wellesley Income (Inv) | VWINX | $3,782,627 | $4,359,487 | $5,008,948 | $5,855,649 | $5,695,646 | $5,786,663 | $6,278,095 | $6,232,968 |
| Vanguard Windsor (Inv) | VWNDX | $29,827,592 | $31,795,979 | $28,786,659 | $32,546,330 | $42,265,649 | $45,844,934 | $40,698,659 | $43,859,944 |
| Vanguard Windsor II (Inv) | VWNFX | $9,174,879 | $10,308,475 | $10,333,571 | $11,794,964 | $15,816,596 | $17,357,424 | $14,229,315 | $15,529,690 |
| Vanguard U.S. Growth (Inv) | VWUSX | $3,389,433 | $3,888,427 | $3,745,771 | $4,661,006 | $5,962,309 | $8,842,513 | $9,802,469 | $9,469,355 |
| TIAA Traditional Annuity | | $576,482,765 | $591,894,201 | $604,863,387 | $622,311,678 | $640,199,290 | $655,625,342 | $667,643,323 | $689,496,343 |
| | | | | | | | | | |
| Total Assets | | $1,623,348,680 | $1,786,975,566 | $1,785,653,896 | $1,975,486,318 | $2,278,744,452 | $2,415,714,661 | $2,442,670,037 | $2,609,782,090 |
| | | | | | | | | | |
| Sources | | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 |

4/4/18 20:42

EXHIBIT 3

DR. ALAN SACERDOTE, et. al. vs. NEW YORK UNIVERSITY
NYU School of Medicine Retirement Plan
Plan Assets

Exhibit B

| Fund Name | Ticker | 2009 Assets | 2010 Assets | 2011 Assets | 2012 Assets | 2013 Assets | 2014 Assets | 2015 Assets | 2016 Assets |
|---|---|---|---|---|---|---|---|---|---|
| CREF Bond Market (No class / R3) | None / QCBMIX | $20,222,871 | $27,525,937 | $27,185,738 | $29,882,101 | $26,513,171 | $24,254,636 | $24,033,914 | $25,063,040 |
| CREF Equity Index (No class / R3) | None / QCEQIX | $19,122,493 | $22,013,761 | $22,127,566 | $25,929,411 | $34,382,983 | $35,986,785 | $35,648,736 | $38,420,005 |
| CREF Global Equities (No class / R3) | None / QCGLIX | $34,680,034 | $37,664,750 | $32,318,208 | $35,575,760 | $44,630,453 | $46,109,055 | $44,409,207 | $43,311,600 |
| CREF Growth (No class / R3) | None / QCGRIX | $29,051,978 | $32,998,081 | $32,265,700 | $37,737,974 | $48,465,396 | $53,760,388 | $59,106,885 | $53,294,893 |
| CREF Inflation-Linked Bond (No class / R3) | None / QCILIX | $21,195,978 | $23,756,962 | $27,651,978 | $28,117,206 | $19,200,996 | $18,662,810 | $17,529,467 | $16,791,195 |
| CREF Money Market (No class / R3) | None / QCMMIX | $30,168,801 | $22,769,447 | $27,098,855 | $30,473,029 | $27,842,265 | $25,896,886 | $24,238,010 | $24,890,513 |
| CREF Social Choice (No class / R3) | None / QCSCIX | $12,838,577 | $15,088,745 | $15,152,638 | $17,193,174 | $20,363,492 | $22,150,527 | $20,137,617 | $18,526,772 |
| CREF Stock (No class / R3) | None / QCSTIX | $282,223,122 | $304,567,640 | $268,274,265 | $294,746,496 | $349,645,140 | $334,873,654 | $309,981,929 | $319,160,121 |
| TIAA Group Supplemental Retirement Annuity | | | | | $93,995,847 | $97,045,091 | $104,001,317 | $114,285,892 | $128,844,177 | $147,245,288 |
| TIAA Real Estate | QREARX | $17,689,106 | $28,160,351 | $34,035,819 | $39,161,196 | $46,598,118 | $58,665,476 | $71,049,620 | $80,543,700 |
| TIAA Traditional Annuity | | $456,582,229 | $463,882,927 | $386,018,312 | $393,706,579 | $399,792,708 | $410,236,628 | $417,947,416 | $421,339,684 |
| Vanguard 500 Index (Inv / Signal) | VFINX / VIFSX | $24,193,510 | $28,006,076 | $29,216,359 | $35,270,207 | | | | |
| Vanguard Admiral Treasury Money Market (Inv) | VUSXX | $4,439,670 | $3,131,278 | $2,591,132 | $1,999,892 | $1,550,894 | $1,467,983 | $1,306,521 | |
| Vanguard Asset Allocation (Inv) | VAAPX | $3,765,939 | $4,438,343 | $4,537,853 | | | | | |
| Vanguard Balanced Index (Inv / Signal / Inst) | VBINX / VBASX / VBAIX | $753,424 | $984,643 | $1,139,476 | $6,799,694 | $9,356,875 | $12,514,392 | $12,900,009 | $13,818,545 |
| Vanguard Capital Opportunity (Inv / Adm) | VHCOX / VHCAX | $8,163,712 | $8,885,566 | $7,755,763 | $8,378,540 | $12,264,734 | $15,707,728 | $15,475,864 | $15,752,532 |
| Vanguard Capital Value (Inv) | VCVLX | $627,455 | $863,789 | $951,911 | $1,061,742 | $2,655,404 | $1,866,988 | $1,510,545 | $1,348,265 |
| Vanguard Convertible Securities (Inv) | VCVSX | $653,257 | $916,736 | $766,779 | $894,108 | $1,327,070 | $1,192,104 | $1,341,488 | $1,344,919 |
| Vanguard Developed Markets Index (Inv / Adm / Inst) | VDMIX / VDMAX / VTMNX | $1,727,630 | $1,413,863 | $1,374,470 | $1,595,925 | $2,596,988 | $4,211,771 | $5,600,677 | $8,128,176 |
| Vanguard Dividend Growth (Inv) | VDIGX | $874,725 | $1,023,053 | $2,421,619 | $3,006,164 | $5,823,033 | $6,870,823 | $7,675,763 | $12,391,606 |
| Vanguard Emerging Markets Stock Index (Inv / Signal / Inst) | VEIEX / VERSX / VEMIX | $6,055,956 | $7,736,133 | $6,663,635 | $8,464,423 | $7,583,132 | $8,996,611 | $8,929,706 | $12,359,941 |
| Vanguard Equity-Income (Inv / Adm) | VEIPX / VEIRX | $2,260,125 | $2,941,249 | $3,593,815 | $4,547,415 | $6,421,297 | $8,487,179 | $8,720,434 | $12,660,648 |
| Vanguard European Stock Index (Inv / Signal / Adm) | VEURX / VESSX / VEUSX | $1,294,425 | $1,244,076 | $1,169,457 | $1,189,234 | $1,885,176 | $1,780,199 | $2,530,090 | $3,648,107 |
| Vanguard Explorer (Inv / Adm) | VEXPX / VEXRX | $4,565,018 | $5,938,207 | $5,585,866 | $6,414,502 | $9,105,758 | $8,624,181 | $7,921,054 | $8,445,951 |
| Vanguard Extended Market Index (Inv / Signal / Adm) | VEXMX / VEMSX / VEXAX | $631,148 | $900,003 | $1,042,677 | $1,215,346 | $2,103,429 | $2,492,023 | $2,657,199 | $3,665,409 |
| Vanguard Federal Money Market (Inv) | VMFXX | $2,777,580 | $2,002,352 | $1,880,560 | $1,649,428 | $1,400,334 | $1,190,978 | $616,721 | $23,371,600 |
| Vanguard FTSE Social Index (Inv) | VFTSX | $253,144 | $338,200 | $372,265 | $112,304 | $153,680 | $128,912 | $130,425 | $128,711 |
| Vanguard Global Equity (Inv) | VHGEX | $2,091,287 | $2,611,747 | $2,922,254 | $3,023,225 | $5,021,822 | $4,836,135 | $7,381,234 | $9,572,485 |
| Vanguard GNMA (Inv / Adm) | VFIIX / VFIJX | $2,221,188 | $3,306,787 | $2,846,081 | $3,074,044 | $2,732,111 | $2,570,244 | $2,560,626 | $2,988,620 |
| Vanguard Growth & Income (Inv / Adm) | VQNPX / VGIAX | $4,290,572 | $4,776,310 | $4,691,036 | $2,451,725 | $6,581,989 | $7,746,090 | $10,060,332 | $13,850,027 |
| Vanguard Growth Equity (Inv) | VGEQX | $476,534 | $669,583 | $582,529 | $798,222 | $1,136,200 | | | |
| Vanguard Growth Index (Inv / Signal / Adm / Inst) | VIGRX / VIGSX / VIGAX / VIGIX | $1,836,316 | $1,979,057 | $1,769,891 | $5,048,224 | $3,546,493 | $4,277,691 | $5,315,162 | $6,126,505 |
| Vanguard High-Yield Corporate (Inv / Adm) | VWEHX VWEAX | $2,156,330 | $2,880,167 | $3,332,004 | $4,929,221 | $5,554,327 | $6,180,011 | $6,732,951 | $9,989,063 |
| Vanguard Inflation-Protected Securities (Inv / Adm / Inst) | VIPSX / VAIPX / VIPIX | $4,090,946 | $4,093,113 | $5,481,220 | $7,013,171 | $5,071,776 | $6,577,827 | $6,050,350 | $7,690,744 |
| Vanguard Institutional Index (Inst) | VINIX | | | | | $48,394,398 | $52,198,111 | $52,010,759 | $58,370,045 |
| Vanguard Intermediate-Term Bond Index (Inv / Signal / Adm) | VBIIX / VIBSX / VBILX | $1,719,696 | $1,998,590 | $2,121,985 | $2,614,783 | $3,102,615 | $3,486,687 | $3,402,934 | $3,483,347 |
| Vanguard Intermediate-Term Investment-Grade (Inv / Adm) | VFICX / VFIDX | $719,528 | $1,305,377 | $1,220,117 | $1,562,048 | $1,338,302 | $2,085,676 | $2,334,444 | $2,550,823 |
| Vanguard Intermediate-Term Treasury (Inv / Adm) | VFITX / VFIUX | $1,369,945 | $1,266,055 | $1,561,969 | $1,342,360 | $1,458,217 | $1,228,223 | $1,270,231 | $2,122,969 |
| Vanguard International Explorer (Inv) | VINEX | $3,568,190 | $5,207,280 | $4,318,286 | $4,495,083 | $6,323,913 | $6,500,204 | $7,395,374 | $7,219,237 |
| Vanguard International Growth (Inv / Adm) | VWIGX / VWILX | $6,545,397 | $7,671,707 | $6,670,945 | $8,512,014 | $10,932,657 | $10,362,159 | $10,681,832 | $11,174,981 |
| Vanguard International Value (Inv) | VTRIX | $2,127,823 | $2,300,230 | $1,908,315 | $2,200,042 | $3,538,110 | $5,077,621 | $4,958,075 | $5,503,653 |
| Vanguard LifeStrategy Conservative Growth (Inv) | VSCGX | $682,455 | $877,350 | $927,440 | $1,084,169 | $1,289,092 | $1,444,945 | $1,496,971 | $1,625,715 |
| Vanguard LifeStrategy Growth (Inv) | VASGX | $1,340,379 | $1,787,397 | $1,986,071 | $2,252,480 | $2,920,502 | $2,594,939 | $2,700,803 | $5,443,675 |
| Vanguard LifeStrategy Income (Inv) | VASIX | $323,754 | $438,507 | $470,653 | $618,197 | $563,945 | $596,703 | $656,879 | $3,085,373 |
| Vanguard LifeStrategy Moderate Growth (Inv) | VSMGX | $2,222,169 | $2,886,457 | $3,226,714 | $4,075,991 | $5,039,996 | $5,388,739 | $5,242,118 | $447,160 |
| Vanguard Long-Term Bond Index (Inv) | VBLTX | $1,307,943 | $1,589,655 | $2,208,097 | $2,568,665 | $1,812,387 | $2,660,384 | $2,317,319 | $2,523,932 |
| Vanguard Long-Term Investment-Grade (Inv / Adm) | VWESX / VWETX | $2,951,629 | $3,136,632 | $3,492,565 | $4,006,492 | $3,602,134 | $4,732,225 | $4,497,812 | $4,416,937 |
| Vanguard Long-Term Treasury (Inv) | VUSTX | $3,114,382 | $3,617,541 | $5,311,906 | $6,848,325 | $5,603,410 | $7,512,038 | $5,884,839 | $6,901,236 |
| Vanguard Mid Cap Growth (Inv) | VMGRX | $1,174,210 | $1,552,991 | $1,756,616 | $2,183,697 | $3,748,303 | $3,702,933 | $4,327,698 | $4,227,876 |
| Vanguard Mid-Cap Index (Inv / Signal / Inst) | VIMSX / VMISX / VMCIX | $2,493,166 | $3,212,456 | $3,483,633 | $4,149,544 | $7,305,216 | $10,864,359 | $11,491,511 | $14,885,640 |
| Vanguard Morgan Growth (Inv / Adm) | VMRGX / VMRAX | $3,803,077 | $4,292,875 | $4,105,111 | $4,545,796 | $5,777,643 | $6,112,260 | $7,018,828 | $8,575,402 |
| Vanguard Pacific Stock Index (Inv / Signal / Adm) | VPACX / VPASX / VPADX | $778,509 | $983,774 | $697,334 | $29,264,458 | $1,298,088 | $1,114,713 | $1,072,196 | $1,022,411 |
| Vanguard Prime Money Market (Inv / Adm) | VMMXX / VMRXX | $11,675,149 | $14,177,091 | $18,520,258 | $1,019,589 | $18,566,681 | $18,284,509 | $18,491,253 | |
| Vanguard PRIMECAP (Inv / Adm) | VPMCX / VPMAX | $24,081,812 | $26,648,351 | $26,283,004 | $20,276,693 | $39,569,243 | $47,423,654 | $46,535,254 | $49,052,424 |
| Vanguard REIT Index (Inv / Signal / Inst) | VGSIX / VGRSX / VGSNX | $3,947,665 | $5,098,942 | $5,590,983 | $6,428,747 | $6,820,660 | $11,399,939 | $11,212,337 | $14,577,017 |
| Vanguard Selected Value (Inv) | VASVX | $1,933,079 | $1,905,132 | $1,964,540 | $2,586,043 | $4,960,644 | $6,070,290 | $6,191,236 | $5,995,785 |
| Vanguard Short-Term Bond Index (Inv / Signal / Adm) | VBISX / VBSSX / VBIRX | $1,115,358 | $2,213,026 | $2,446,184 | $2,475,719 | $2,787,771 | $3,653,492 | $3,483,742 | $4,572,713 |
| Vanguard Short-Term Federal (Inv / Adm) | VSGBX / VSGDX | $744,584 | $706,143 | $642,515 | $725,581 | $767,911 | $2,868,240 | $2,968,594 | $2,934,897 |
| Vanguard Short-Term Investment-Grade (Inv / Adm / Inst) | VFSTX / VFSUX / VFSIX | $1,635,307 | $2,357,111 | $3,015,946 | $3,878,261 | $5,540,501 | $5,498,135 | $5,690,689 | $5,847,762 |
| Vanguard Short-Term Treasury (Inv / Adm) | VFISX / VFIRX | $795,284 | $673,507 | $807,666 | $493,213 | $616,309 | $733,461 | $877,881 | $985,592 |

**EXHIBIT 3**

DR. ALAN SACERDOTE, et. al. vs. NEW YORK UNIVERSITY
NYU School of Medicine Retirement Plan
Plan Assets

Exhibit B

| Fund Name | Ticker | 2009 Assets | 2010 Assets | 2011 Assets | 2012 Assets | 2013 Assets | 2014 Assets | 2015 Assets | 2016 Assets |
|---|---|---|---|---|---|---|---|---|---|
| Vanguard Small Cap Growth Index (Inv / Adm / Inst) | VISGX / VSGAX / VSGIX | $1,138,234 | $1,741,005 | $2,502,296 | $3,966,272 | $4,496,898 | $4,759,871 | $5,264,894 | $6,019,000 |
| Vanguard Small Cap Index (Inv / Signal / Inst) | NAESX / VSISX / VSCIX | $1,744,753 | $2,462,956 | $2,532,693 | $2,477,625 | $6,738,386 | $7,677,201 | $8,126,756 | $10,123,991 |
| Vanguard Small Cap Value Index (Inv / Adm / Inst) | VISVX / VSIAX / VSIIX | $1,665,256 | $2,643,421 | $1,769,272 | $2,095,393 | $4,252,801 | $7,073,300 | $7,866,832 | $15,093,869 |
| Vanguard STAR (Inv) | VGSTX | $3,571,650 | $4,186,657 | $4,298,417 | $5,127,504 | $5,279,266 | $5,531,705 | $5,714,641 | $5,950,267 |
| Vanguard Strategic Equity (Inv) | VSEQX | $1,156,904 | $1,396,530 | $1,447,266 | $1,784,243 | $2,992,671 | $3,874,283 | $6,865,804 | $8,553,943 |
| Vanguard Target Retirement 2005 (Inv) | VTOVX | $135,126 | $158,664 | $204,314 | | | | | |
| Vanguard Target Retirement 2010 (Inv / Inst) | VTENX / VIRTX | | $37,076 | $41,907 | $452,139 | $1,061,070 | $1,722,141 | $2,328,736 | $4,896,516 |
| Vanguard Target Retirement 2015 (Inv / Inst) | VTXVX / VITVX | $2,169,096 | $3,436,884 | $4,017,041 | $5,444,804 | $6,116,603 | $7,472,399 | $8,834,392 | $11,231,983 |
| Vanguard Target Retirement 2020 (Inv / Inst) | VTWNX / VITWX | $32,392 | $641,164 | $1,273,338 | $1,927,745 | $5,673,997 | $10,184,347 | $13,562,019 | $18,473,671 |
| Vanguard Target Retirement 2025 (Inv / Inst) | VTTVX / VRIVX | $2,398,753 | $3,540,199 | $4,914,852 | $6,966,697 | $11,967,066 | $15,594,140 | $19,570,773 | $27,347,699 |
| Vanguard Target Retirement 2030 (Inv / Inst) | VTHRX / VTTWX | | $273,805 | $760,601 | $1,846,581 | $5,452,550 | $8,880,974 | $13,518,843 | $18,984,193 |
| Vanguard Target Retirement 2035 (Inv / Inst) | VTTHX / VITFX | $3,207,480 | $5,140,281 | $6,995,598 | $10,452,790 | $16,957,297 | $21,932,214 | $27,258,486 | $36,842,029 |
| Vanguard Target Retirement 2040 (Inv / Inst) | VFORX / VIRSX | $16,803 | $300,935 | $856,995 | $2,210,652 | $6,325,226 | $11,681,879 | $17,004,644 | $25,068,714 |
| Vanguard Target Retirement 2045 (Inv / Inst) | VTIVX / VITLX | $1,859,185 | $2,971,433 | $3,807,552 | $6,497,873 | $12,164,564 | $18,355,928 | $25,285,133 | $35,192,984 |
| Vanguard Target Retirement 2050 (Inv / Inst) | VFIFX / VTRLX | | $9,822 | $43,130 | $202,915 | $910,063 | $1,944,929 | $4,049,271 | $7,349,510 |
| Vanguard Target Retirement 2055 (Inv / Inst) | VFFVX / VIVLX | | | $9,973 | $68,664 | $247,225 | $364,317 | $458,308 | $589,431 |
| Vanguard Target Retirement 2060 (Inv / Inst) | VTTSX / VILVX | | | | $29,718 | $296,252 | $265,647 | $279,033 | $353,058 |
| Vanguard Target Retirement Income (Inv / Inst) | VTINX / VITRX | $96,722 | $129,816 | $249,977 | $1,217,606 | $1,417,860 | $2,074,975 | $2,522,355 | $3,171,817 |
| Vanguard Total Bond Market Index (Inv / Signal / Inst) | VBMFX / VBTSX / VBTIX | $7,445,463 | $10,717,404 | $12,052,198 | $13,659,804 | $13,625,603 | $15,706,986 | $15,952,459 | $17,333,879 |
| Vanguard Total International Stock Index (Inv / Signal / Inst) | VGTSX / VTSGX / VTSNX | $3,362,606 | $4,559,634 | $4,434,693 | $6,040,393 | $8,025,075 | $8,129,186 | $8,656,355 | $9,415,916 |
| Vanguard Total Stock Market Index (Inv / Signal / Inst) | VTSMX / VTSSX / VITSX | $7,426,352 | $10,516,269 | $11,832,034 | $16,759,495 | $26,293,396 | $30,411,518 | $34,241,955 | $39,931,059 |
| Vanguard U.S. Growth (Inv / Adm) | VWUSX / VWUAX | $3,737,304 | $4,109,522 | $4,254,480 | $5,299,010 | $7,123,026 | $8,996,534 | $11,405,781 | $10,667,760 |
| Vanguard U.S. Value (Inv) | VUVLX | $620,303 | $875,983 | $908,211 | $1,126,631 | $2,289,387 | $3,365,071 | $4,270,821 | $5,589,592 |
| Vanguard Value Index (Inv / Signal / Adm) | VIVAX / VVISX / VVIAX | $930,078 | $882,355 | $956,621 | $1,121,453 | $1,734,955 | $3,286,589 | $3,747,777 | $7,786,341 |
| Vanguard Wellesley Income (Inv / Adm) | VWINX / VWIAX | $5,021,599 | $5,907,786 | $6,881,859 | $8,373,536 | $10,464,991 | $13,475,860 | $14,017,435 | $13,643,914 |
| Vanguard Wellington (Inv / Adm) | VWELX / VWENX | $10,466,526 | $11,396,573 | $12,227,048 | $14,297,284 | $16,545,680 | $19,424,221 | $22,606,373 | $25,153,231 |
| Vanguard Windsor (Inv / Adm) | VWNDX / VWNEX | $27,562,410 | $31,044,434 | $28,842,235 | $33,487,055 | $43,604,867 | $44,234,192 | $41,012,621 | $41,573,402 |
| Vanguard Windsor II (Inv / Adm) | VWNFX / VWNAX | $8,516,199 | $10,037,694 | $10,308,797 | $12,408,340 | $16,560,680 | $17,732,974 | $16,030,401 | $18,816,671 |
| | | | | | | | | | |
| Total Assets | | $1,180,426,765 | $1,286,531,411 | $1,291,975,826 | $1,424,054,985 | $1,647,604,664 | $1,770,350,627 | $1,833,008,636 | $2,008,569,706 |
| | | | | | | | | | |
| Sources | | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 |

EXHIBIT 3

**DR. ALAN SACERDOTE, et. al. vs. NEW YORK UNIVERSITY**
**WS Plan**
**Participants**

Exhibit C

| Description | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|
| Number of Participants with Account Balances at Year End | 11,064 | 11,678 | 12,428 | 13,004 | 13,618 | 16,302 | 16,922 | 17,299 |
| Sources | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 |

EXHIBIT 3

**DR. ALAN SACERDOTE, et. al. vs. NEW YORK UNIVERSITY**
**NYU SOM Retirement Plan**
**Participants**

Exhibit D

| Description | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|
| Number of Participants with Account Balances at Year End | 6,720 | 8,085 | 8,164 | 10,572 | 7,658 | 7,862 | 8,250 | 8,481 |
| Sources | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 | Form 5500 |

EXHIBIT 3