| Def. Exhibit No. (i.e. DX1) | Description | Basis for Objection | Offering Party Response | Court Ruling |
|---|---|---|---|---|
| | | CERTAIN EXHIBITS TO MOTION FOR SUMMARY JUDGMENT | | |
| DX001 | Amended Complaint (ECF No 39)** | | | |
| DX002 | Plan Sponsor Council of America 2017 403(b) Plan Survey | Authenticity FRE 901. | Official publication by PSCA is authentic under FRE 902(5). | |
| DX003 | 2016 Form 5500 for the Faculty Plan* | Cumulative as duplicative of the parties stipulation | Document being provided for reference as necessary and to provide factual support. "Duplicative of the parties' stipulation" is not a proper objection. | |
| DX004 | 2016 Form 5500 for the Medical Plan* | Cumulative as duplicative of the parties stipulation | Document being provided for reference as necessary and to provide factual support. "Duplicative of the parties' stipulation" is not a proper objection. | |
| DX005 | January 1, 2012 Vanguard Recordkeeping Fee Agreement for the Faculty Plan* | Cummulative as duplicative of PX0166 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX006 | January 9, 2018 of the NYU Principles of Joint Shared Governance | Not relevant. FRE 401, 402, and 403. Authenticity FRE 901. | Relevant: discusses principles under which NYU communicates with faculty. Not hearsay: statement by NYU that will be supported and authenticated by declarant. FRE 801(d), 803 | |
| DX007 | January 10, 2018 of the NYU website profile for Plaintiff Monaco | Not relevant. FRE 401, 402, and 403. Authenticity FRE 901. | Relevant: identifies plaintiff. Not hearsay: statement by NYU that will be supported and authenticated by declarant. FRE 801(d), 803 | |
| DX008 | Sampling of Monaco Quarterly Statements 2009-2017: Monaco TIAA 2009 Quarterly Statement for 3rd Quarter, Monaco TIAA 2010 Quarterly Statement for 4th Quarter, Monaco TIAA 2011 Quarterly Statement for 4th Quarter, Monaco TIAA 2012 Quarterly Statement for 4th Quarter, Monaco TIAA 2013 Quarterly Statement for 4th Quarter, Monaco TIAA 2014 Quarterly Statement for 4th Quarter, Monaco TIAA 2015 Quarterly Statement for 4th Quarter, Monaco TIAA 2016 Quarterly Statement for 4th Quarter, Monaco TIAA 2017 Quarterly Statement for 2nd Quarter * | Documents contain confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of DX261-292. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. Compilation of pages from other documents was previously created in a filing for this Court, and is provided for clarity. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX009 | January 4, 2018 NYU website profile for Plaintiff Straussner | Not relevant. FRE 401, 402, and 403. Authenticity FRE 901. | Relevant: identifies plaintiff. Not hearsay: statement by NYU that will be supported and authenticated by declarant. FRE 801(d), 803 | |
| DX010 | Sampling of Straussner TIAA Quarterly Statements 2009-2017: Straussner TIAA 2009 Quarterly Statement for 4th Quarter, Straussner TIAA 2010 Quarterly Statement for 4th Quarter, Straussner TIAA 2011 Quarterly Statement for 4th Quarter, Straussner TIAA 2012 Quarterly Statement for 4th Quarter, Straussner TIAA 2013 Quarterly Statement for 4th Quarter, Straussner TIAA 2014 Quarterly Statement for 4th Quarter, Straussner TIAA 2015 Quarterly Statement for 4th Quarter, Straussner TIAA 2016 Quarterly Statement for 4th Quarter, Straussner TIAA 2017 Quarterly Statement for 2nd Quarter * | Documents contain confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of DX344-377 | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. Compilation of pages from other documents was previously created in a filing for this Court, and is provided for clarity. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX011 Does Not Exist | | | | |
| DX012 | Sampling of Sacerdote TIAA Quarterly Statements 2012-2017: Sacerdote 2012 TIAA Quarterly Statement, 4th Quarter, Sacerdote 2013 TIAA Quarterly Statement, 4th Quarter, Sacerdote 2014 TIAA Quarterly Statement, 4th Quarter, Sacerdote 2015 TIAA Quarterly Statement, 4th Quarter, Sacerdote 2016 TIAA Quarterly Statement, 4th Quarter, and Sacerdote 2017 TIAA Quarterly Statement, 2nd Quarter * | Documents contain confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of DX293-312. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. Compilation of pages from other documents was previously created in a filing for this Court, and is provided for clarity. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX013 | January 10, 2018 NYU website profile for Plaintiff Samuels | Not relevant. FRE 401, 402, and 403. Authenticity FRE 901. | Relevant: identifies plaintiff. Not hearsay: statement by NYU that will be supported and authenticated by declarant. FRE 801(d), 803 | |
| DX014 | Sampling of Samuels TIAA Quarterly Statements 2009-2017: Samuels 2009 Quarterly Statement, 4th Quarter, Samuels 2010 Quarterly Statement, 4th Quarter, Samuels 2011 Quarterly Statement, 4th Quarter, Samuels 2012 Quarterly Statement, 4th Quarter, Samuels 2013 Quarterly Statement, 4th Quarter, Samuels 2014 Quarterly Statement, 4th Quarter, Samuels 2015 Quarterly Statement, 4th Quarter, Samuels 2016 Quarterly Statement, 4th Quarter, Samuels 2017 Quarterly Statement, 2nd Quarter * | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of DX313-343. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. Compilation of pages from other documents was previously created in a filing for this Court, and is provided for clarity. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | | |
|---|---|---|---|---|
| DX015 | Retirement Plan Committee Charter * | Cummulative as duplicative of PX0533. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX016 | May 2008 Cammack Larhette Consulting Defined Contribution Retirement Plan Investment Consulting Services Proposal* | Cummulative as duplicative of PX0002. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX017 | Declaration of Jan Rezler in Support of Defendant's Motion for Summary Judgment, dated January 10, 2018* | This document contains hearsay. FRE 801-802. | Not hearsay: statement by witness that will be supported and authenticated by declarant. FRE 801(d), 803 | |
| DX018 | April 8, 2009 Cammack Larhette Advisors, LLC Investment Advisory Services Agreement * | Cummulative as duplicative of PX0114. | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX019 | May 10, 2012 e-mail re: NYU/NYU Langone Retirement Committee Meeting – May 17, 2012 with attachments * | Cummulative as duplicative of PX0355 | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX020 | New York University, New York University School of Medicine, NYU Hospitals Center, Polytechnic Institute of NYU Defined Contribution Retirement Programs Request for Proposal, July 31, 2009 * | Cummulative as duplicative of PX0119. | guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is | |
| DX021 | September 25, 2009 e-mail attaching the September 2009 TIAA Response to Request for Proposal Submission [includes printouts of an excel document attached to the e-mail, which was produced by TIAA in native format]* | This document is duplicative of an exhibit proposed by Plaintiffs. | Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX022 | TIAA, Awards & Recognition | This document contains hearsay. FRE 801-802. Authenticity FRE 901. This document is also irrelevant. FRE 401-403. | Relevant: information regarding perception of Recordkeeper.  Not hearsay: offered for effect on reader and to be supported and authenticated by witness.  FRE 801(d), 803 | |
| DX023 | May-July 2016 e-mail chain re: NYU Washington Square Shareclass Analysis [includes printouts of an excel document attached to the e-mail, which was produced by Vanguard in native format] | This document contains hearsay. FRE 801-802. | Not hearsay : offered for effect on witness Rezler not for truth of matter asserted, unless supported by declarant. | |
| DX024 | April 4, 2016 Amended Restated Charter of TIAA | This document contains hearsay. FRE 801-802. Authenticity FRE 901. This document is also irrelevant. FRE 401-403. | Relevant: information regarding Plan recordkeeper.  Not hearsay: to be supported and authenticated by witness.  FRE 801(d), 803 | |
| DX025 | Charter of College Retirement Equities Fund, as amended August 23, 2002 | This document contains hearsay. FRE 801-802. Authenticity FRE 901. This document is also irrelevant. FRE 401-403. | Relevant: information regarding Plan fund  Not hearsay: to be supported and authenticated by witness.  FRE 801(d), 803 | |
| DX026 | 2011 Form 5500 for the Medical Plan** | | | |
| DX027 | 2010 Form 5500 for the Medical Plan** | | | |
| DX028 | 2012 Form 5500 for the Medical Plan** | | | |
| DX029 | February 4, 2013 e-mail re: Explanation of the Return of Excess Plan Expenses with attachments* | Cummulative as duplicative of PX0363 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX030 Does Not Exist | | | | |
| DX031 | January 5, 2018 article titled "Why ownership matters" | This document contains hearsay. FRE 801-802. Authenticity FRE 901. This document is also irrelevant. FRE 401-403. | Relevant: discusses plan Recordkeeper (Vanguard).  Not hearsay: statement by Vanguard that will be supported and authenticated by declarant.  FRE 801(d), 803 | |
| DX032 | 2013 Form 5500 for the Medical Plan ** | | | |
| DX033 | 2014 Form 5500 for the Medical Plan** | | | |
| DX034 | Vanguard All-in fee disclosure for NYU (as of June 30, 2011) [entered by Plaintiffs in the deposition of Heming]* | Cummulative as duplicative of PX0902. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX035 | 2015 Form 5500 for the Medical Plan** | | | |
| DX036 | June 17, 2011 e-mail re: June 9 Retirement Committee Materials, attaching the approved working draft of the Investment Policy Statement for the Committee [entered by Plaintiffs as an Exhibit in the deposition of Woodruff]* | Cummulative as duplicative of PX0321. | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs | |
| DX037 | January 7, 2011 e-mail from Jan Rezler re: NYU Retirement Committee Meeting * | Cummulative as duplicative of PX1039 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX038 | September 28, 2011 e-mail from Jan Rezler to Vanguard re: NYU/NYU Langone** | | | |

| | | | | |
|---|---|---|---|---|
| DX039 | Declaration of Glenn Friedman, Senior Director, Institutional Retirement Business Management, at TIAA, dated December 22, 2017 | This document contains hearsay. FRE 801-802. Authenticity FRE 901. This document is also irrelevant. FRE 401-403. It is also improper for the reasons stated in Plaintiffs' motion in limine and supporting memoranda. Docs. 243-244. | Relevant: declaration regarding Plans at issue in case, made by corporate representative of entity with corporate representative testifying at trial. Not hearsay: statement will be supported and authenticated by declarant. FRE 801(d), 803 | |
| DX040 | June 30, 2011 CREF Semiannual Report** | | | |
| DX041 | August 29, 2017 Supplement No. 1 to the May 1, 2017 TIAA Real Estate Account Prospectus** | | | |
| DX042 | October 2016 NYU Request for Proposal for Defined Contribution Recordkeeping Services** | | | |
| DX043 | TIAA Real Estate Account Quarterly Performance Analysis for the Quarter Ended September 30, 2015** | | | |
| DX044 | February 15, 2012 e-mail re: Agenda and Materials for February 21, 2012 Retirement Committee Meeting, attaching a due diligence report and other materials** | | | |
| DX045 | September 1, 2016 e-mail re: Retirement Committee Meeting Materials, attaching a due diligence report and other materials* | Cummulative as duplicative of PX1335 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX046 | 2010 Form 5500 for the Faculty Plan** | | | |
| DX047 | 2011 Form 5500 for the Faculty Plan** | | | |
| DX048 | 2012 Form 5500 for the Faculty Plan** | | | |
| DX049 | 2013 Form 5500 for the Faculty Plan** | | | |
| DX050 | 2014 Form 5500 for the Faculty Plan** | | | |
| DX051 | 2015 Form 5500 for the Faculty Plan** | | | |
| DX052 | 2012 Investment Options Comparative Chart for the Faculty Plan [filed as Exhibit 8 to ECF No. 46]** | | | |
| DX053 | 2012 Investment Options Comparative Chart for the Medical Plan [filed as Exhibit 9 to ECF No. 46]** | | | |
| | **PLAINTIFFS' ANSWERS TO INTERROGATORIES** | | | |
| DX054-DX060 Do Not Exist | | | | |
| DX061 | Plaintiff Brown's Answers and Objections to Defendant's First Set of Interrogatories** | | | |
| DX062 | Plaintiff Miller's Answers and Objections to Defendant's First Set of Interrogatories** | | | |
| DX063 | Plaintiff Monaco's Answers and Objections to Defendant's First Set of Interrogatories** | | | |
| DX064 | Plaintiff Sacerdote's Answers and Objections to Defendant's First Set of Interrogatories** | | | |
| DX065 | Plaintiff Samuels' Answers and Objections to Defendant's First Set of Interrogatories** | | | |
| DX066 | Plaintiff Straussner's Answers and Objections to Defendant's First Set of Interrogatories** | | | |
| DX067 | Plaintiff Brown's Answers and Objections to Defendant's Second Set of Interrogatories** | | | |
| DX068 | Plaintiff Miller's Answers and Objections to Defendant's Second Set of Interrogatories** | | | |
| DX069 | Plaintiff Monaco's Answers and Objections to Defendant's Second Set of Interrogatories** | | | |
| DX070 | Plaintiff Sacerdote's Answers and Objections to Defendant's Second Set of Interrogatories** | | | |
| DX071 | Plaintiff Samuels' Answers and Objections to Defendant's Second Set of Interrogatories** | | | |
| DX072 | Plaintiff Straussner's Answers and Objections to Defendant's Second Set of Interrogatories** | | | |
| | **PLAINTIFFS' RESPONSES AND OBJECTIONS TO DOCUMENT REQUESTS** | | | |
| DX073 Does Not Exist | | | | |
| DX074 | Plaintiff Dr. Herbert Samuels' Responses and Objections to Defendant's First Request for Production of Documents** | | | |
| DX075 | Plaintiff Marie Monaco's Responses and Objections to Defendant's First Request for Production of Documents** | | | |
| DX076 | Plaintiff Mark Crispin Miller's Responses and Objections to Defendant's First Request for Production of Documents** | | | |
| DX077 | Plaintiff Dr. Shulamith Lala Straussner's Responses and Objections to Defendant's First Request for Production of Documents** | | | |
| DX078 | Plaintiff Sacerdote's Responses and Objections to Defendant's First Request for Production of Documents** | | | |
| DX079 | Plaintiff Brown's Responses and Objections to Defendant's First Request for Production of Documents** | | | |
| | **FACULTY PLAN 404a-5 DISCLOSURES AND RELATED DOCUMENTS** | | | |
| DX080 | NYU Retirement Plan Summary of Plan Services and Costs* | Cummulative as duplicative of PX0658. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX081 | NYU Retirement Plan Investment Options Comparative Chart, as of 12/31/2011* | Cummulative as duplicative of PX0657. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX082 | NYU Retirement Plan Investment Options Comparative Chart, as of 3/31/2013* | Cummulative as duplicative of PX0656. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX083 | NYU Retirement Plan Summary of Plan Services and Costs* | Cummulative as duplicative of PX0763. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX084 | NYU Retirement Plan Summary of Plan Services and Costs* | Cummulative as duplicative of PX0655. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | |
|---|---|---|---|
| DX085 | NYU Retirement Plan Investment Options Comparative Chart, as of 3/31/2014* | Cummulative as duplicative of PX0654. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX086 | NYU Plan and Investment Notice; Summary of Plan Services and Costs; Investment Options Comparative Chart* | Cummulative as duplicative of PX0653. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX087 | NYU Plan and Investment Notice; Summary of Plan Services and Costs; Investment Options Comparative Chart* | Cummulative as duplicative of PX0771. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX088 | NYU Plan and Investment Notice; Summary of Plan Services and Costs; Investment Options Comparative Chart* | Cummulative as duplicative of PX1674. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| | **FACULTY PLAN FEE DISCLOSURES AND RELATED DOCUMENTS** | | |
| DX089 | NYU Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0757. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX090 | NYU Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0755. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX091 | NYU Service Provider Summary* | Cummulative as duplicative of PX0756. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX092 | NYU Summary of Fees and Compensation for your Plan* | Cummulative as duplicative of PX0694. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX093 | NYU Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0692. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX094 | NYU Service Provider Summary* | Cummulative as duplicative of PX0693. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX095 | NYU Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0698. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX096 | NYU Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0696. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX097 | NYU Service Provider Summary* | Cummulative as duplicative of PX0697. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | |
|---|---|---|---|
| DX098 | NYU Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0702. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX099 | NYU Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0700. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX100 | NYU Service Provider Summary* | Cummulative as duplicative of PX0701. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX101 | Dear Plan Sponsor Letter with Investment Fee & Expense Disclosure* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0743. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX102 | NYU Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0707. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX103 | NYU Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0704. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX104 | NYU Service Provider Summary* | Cummulative as duplicative of PX0706. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX105 | NYU Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0712. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX106 | NYU Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0709. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX107 | NYU Service Provider Summary* | Cummulative as duplicative of PX0711. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX108 | NYU Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0716. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX109 | NYU Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0713. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX110 | NYU Service Provider Summary* | Cummulative as duplicative of PX0715. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| Ex. No. | Description | Duplicative | Objection |
|---|---|---|---|
| DX111 | NYU Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0721. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX112 | NYU Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0718. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX113 | NYU Service Provider Summary* | Cummulative as duplicative of PX0720. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX114 | 5500 Reportable - Schedule of Assets Held for Investment, Total Plan Assets Under Management** | | |
| DX115 | 5500 Reportable - Statement of Changes to Net Assets** | | |
| DX116 | 5500 Reportable Transactions** | | |
| DX117 | Certification Letter** | | |
| DX118 | Direct Fees Paid from Plan Assets** | | |
| DX119 | Footnotes to the Statement of Changes to Net Assets** | | |
| DX120 | Forfeiture Account Report** | | |
| DX121 | Filing Summary for Form 5500-SF** | | |
| DX122 | Fund Usage and Diversification** | | |
| DX123 | Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0964. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX124 | Participant Count** | | |
| DX125 | Plan ID Report** | | |
| DX126 | Plan Service Fees and Credits by Participants** | | |
| DX127 | Plan Servicing Credit Report* | Cummulative as duplicative of PX0965 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX128 | Revenue Credit Account Report - Faculty Plan* | Cummulative as duplicative of PX0966 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX129 | Filing Summary for Schedule A** | | |
| DX130 | Filing Summary for Schedule C** | | |
| DX131 | Filing Summary for Schedule D** | | |
| DX132 | Filing Summary for Schedule H** | | |
| DX133 | Filing Summary for Schedule H, Line 4i** | | |
| DX134 | Schedule of Assets Held for Investment** | | |
| DX135 | Service Provider Summary* | Cummulative as duplicative of PX1666. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX136 | Statement of Changes to Net Assets** | | |
| DX137 | Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0967. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX138 | Vanguard All-in Fee Disclosure - NYU* | Cummulative as duplicative of PX0457. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX139 | Vanguard All-in Fee Disclosure - NYU* | Cummulative as duplicative of  PX0927. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | | |
|---|---|---|---|---|
| DX140 | Vanguard All-in Fee Disclosure - NYU* | Cummulative as duplicative of PX0496. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX141 | Vanguard All-in Fee Disclosure - NYU* | Cummulative as duplicative of PX0495. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX142 | Vanguard All-in Fee Disclosure - NYU* | Cummulative as duplicative of PX0456. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX143 | Vanguard All-in Fee Disclosure - NYU* | Cummulative as duplicative of PX0904. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX144 | Vanguard All-in Fee Disclosure - NYU* | Cummulative as duplicative of PX0497. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| **MEDICAL PLAN 404a-5 DISCLOSURES AND RELATED DOCUMENTS** | | | | |
| DX145 | NYUSOM Retirement Plan Investment Options Comparative Chart* | Cummulative as duplicative of PX0651. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX146 | NYU SOM 403(b) Retirement Plan Investment Options Comparative Chart* | Cummulative as duplicative of PX0650. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX147 | NYUSOM Plan and Investment Notice; Summary of Plan Services and Costs; Investment Options Comparative Chart* | Cummulative as duplicative of PX0877. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX148 | NYUSOM Plan and Investment Notice; Summary of Plan Services and Costs; Investment Options Comparative Chart* | Cummulative as duplicative of PX0649. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX149 | NYUSOM Plan and Investment Notice; Summary of Plan Services and Costs; Investment Options Comparative Chart* | Cummulative as duplicative of PX0876. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX150 | NYUSOM Plan and Investment Notice; Summary of Plan Services and Costs; Investment Options Comparative Chart* | Cummulative as duplicative of PX1675. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| **MEDICAL PLAN** | | | | |
| DX151 | NYU SOM Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0761. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX152 | NYU SOM Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0759. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | |
|---|---|---|---|
| DX153 | NYU SOM Service Provider Summary* | Cummulative as duplicative of PX0760. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX154 | NYU SOM Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0753. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX155 | NYU SOM Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0751. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX156 | NYU SOM Service Provider Summary* | Cummulative as duplicative of PX0752. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX157 | NYU SOM Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0749. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX158 | NYU SOM Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0747. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX159 | NYU SOM Service Provider Summary* | Cummulative as duplicative of PX0748. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX160 | Dear Plan Sponsor Letter with Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0670. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX161 | NYU SOM Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0674. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX162 | NYU SOM Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0672. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX163 | NYU SOM Service Provider Summary* | Cummulative as duplicative of PX0673. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX164 | NYU SOM - Summary of Fees and Compensation for Your Plan TIAA-CREF* | Cummulative as duplicative of PX0678. | guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs |
| DX165 | TIAA Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0676. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX166 | NYU SOM Service Provider Summary* | Cummulative as duplicative of PX0677. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | |
|---|---|---|---|
| DX167 | NYU SOM Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0682. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX168 | NYU SOM Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0680. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX169 | NYU SOM Service Provider Summary* | Cummulative as duplicative of PX0681. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX170 | NYU SOM Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0686. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX171 | NYU SOM Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0684. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX172 | NYU SOM Service Provider Summary* | Cummulative as duplicative of PX0685. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX173 | NYU SOM Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0690. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX174 | NYU SOM Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0688. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX175 | NYU SOM Service Provider Summary* | Cummulative as duplicative of PX0689. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX176 | Vanguard All-in Fee Disclosure - NYU SOM* | Cummulative as duplicative of PX0652. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX177 | Direct Fees - NYU SOM* | Cummulative as duplicative of PX0671. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX178 | Direct Fees - NYU SOM* | Cummulative as duplicative of PX0675. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX179 | Direct Fees - NYU SOM* | Cummulative as duplicative of PX0679. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | | |
|---|---|---|---|---|
| DX180 | Direct Fees - NYU SOM* | Cummulative as duplicative of PX0683. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX181 | Direct Fees - NYU SOM* | Cummulative as duplicative of PX0687. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX182 | Direct Fees - NYU SOM* | Cummulative as duplicative of PX1676. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX183 | NYU SOM Investment Fee & Expense Disclosure* | Cummulative as duplicative of PX0968. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX184 | NYU SOM Service Provider Summary* | Cummulative as duplicative of PX1665. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX185 | NYU SOM Summary of Fees and Compensation for Your Plan* | Cummulative as duplicative of PX0969. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| **FUND USAGE AND DIVERSIFICATION - FACULTY PLAN AND MEDICAL PLAN** | | | | |
| DX186 | NYU Fund Usage and Diversification* | | | |
| DX187 | NYU SOM Fund Usage and Diversification** | not enough digits for a bates number | Objection is baseless; reason for objection has been rectified: bates range revised to reflect proper range. | |
| DX188 | NYU Fund Usage and Diversification** | | | |
| DX189 | NYU SOM Fund Usage and Diversification** | | | |
| DX190 | NYU Fund Usage and Diversification** | | | |
| DX191 | NYU SOM Fund Usage and Diversification** | | | |
| **PLAINTIFFS' QUARTERLY STATEMENTS** | | | | |
| DX192 | Brown 2009 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX193 | Brown 2010 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX194 | Brown 2010 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX195 | Brown 2010 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX196 | Brown 2010 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX197 | Brown 2011 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX198 | Brown 2011 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX199 | Brown 2011 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX200 | Brown 2011 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX201 | Brown 2012 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX202 | Brown 2012 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX203 | Brown 2012 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX204 | Brown 2012 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX205 | Brown 2013 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX206 | Brown 2013 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX207 | Brown 2013 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX208 | Brown 2013 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX209 | Brown 2014 Q1 Statement Vanguard* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |

| | | | |
|---|---|---|---|
| DX210 | Brown 2014 Q1 Statement * | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX211 | Brown 2014 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX212 | Brown 2014 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX213 | Brown 2014 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX214 | Brown 2015 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX215 | Brown 2015 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX216 | Brown 2015 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX217 | Brown 2015 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX218 | Brown 2016 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX219 | Brown 2016 Q2 Statement Vanguard* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX220 | Brown 2016 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX221 | Brown 2016 Q3 Statement Vanguard* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX222 | Brown 2016 Q3 Statement * | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX223 | Brown 2016 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX224 | Brown 2017 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX225 | Brown 2017 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX226 | Miller 2009 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX227 | Miller 2009 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX228 | Miller 2010 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX229 | Miller 2010 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX230 | Miller 2010 Q3 Statement * | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX231 | Miller 2010 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX232 | Miller 2011 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX233 | Miller 2011 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX234 | Miller 2011 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX235 | Miller 2011 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX236 | Miller 2012 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX237 | Miller 2012 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX238 | Miller 2012 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX239 | Miller 2012 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX240 | Miller 2013 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX241 | Miller 2013 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX242 | Miller 2013 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX243 | Miller 2013 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX244 | Miller 2014 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX245 | Miller 2014 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX246 | Miller 2014 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX247 | Miller 2014 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX248 | Miller 2015 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX249 | Miller 2015 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX250 | Miller 2015 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |

| DX251 | Miller 2015 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
|---|---|---|---|
| DX252 | Miller 2016 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX253 | Miller 2016 Q1 Statement Vanguard* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX254 | Miller 2016 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX255 | Miller 2016 Q2 Statement Vanguard* | Document contains confidential financial and personal information that should be redacted. *See* Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX256 | Miller 2016 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX257 | Miller 2016 Q3 Statement Vanguard* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX258 | Miller 2016 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX259 | Miller 2017 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX260 | Miller 2017 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX261 | Monaco 2009 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX262 | Monaco 2009 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX263 | Monaco 2010 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX264 | Monaco 2010 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX265 | Monaco 2010 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX266 | Monaco 2010 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX267 | Monaco 2011 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX268 | Monaco 2011 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX269 | Monaco 2011 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX270 | Monaco 2011 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX271 | Monaco 2012 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX272 | Monaco 2012 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX273 | Monaco 2012 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX274 | Monaco 2012 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX275 | Monaco 2013 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX276 | Monaco 2013 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX277 | Monaco 2013 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX278 | Monaco 2013 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX279 | Monaco 2014 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX280 | Monaco 2014 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX281 | Monaco 2014 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX282 | Monaco 2014 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX283 | Monaco 2015 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX284 | Monaco 2015 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX285 | Monaco 2015 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX286 | Monaco 2015 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX287 | Monaco 2016 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX288 | Monaco 2016 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX289 | Monaco 2016 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX290 | Monaco 2016 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX291 | Monaco 2017 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |

| DX292 | Monaco 2017 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
|---|---|---|---|---|
| DX293 | Sacerdote 2012 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX294 | Sacerdote 2012 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX295 | Sacerdote 2013 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX296 | Sacerdote 2013 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX297 | Sacerdote 2013 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX298 | Sacerdote 2013 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX299 | Sacerdote 2014 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX300 | Sacerdote 2014 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX301 | Sacerdote 2014 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX302 | Sacerdote 2015 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX303 | Sacerdote 2015 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX304 | Sacerdote 2015 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX305 | Sacerdote 2015 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX306 | Sacerdote 2016 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX307 | Sacerdote 2016 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX308 | Sacerdote 2016 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX309 | Sacerdote 2016 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX310 | Sacerdote 2017 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX311 | Sacerdote 2017 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX312 | Sacerdote 2014 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX313 | Samuels 2009 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX314 | Samuels 2010 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX315 | Samuels 2010 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX316 | Samuels 2010 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX317 | Samuels 2010 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX318 | Samuels 2011 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX319 | Samuels 2011 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX320 | Samuels 2011 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX321 | Samuels 2011 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX322 | Samuels 2012 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX323 | Samuels 2012 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX324 | Samuels 2012 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX325 | Samuels 2012 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX326 | Samuels 2013 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX327 | Samuels 2013 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX328 | Samuels 2013 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX329 | Samuels 2013 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX330 | Samuels 2014 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX331 | Samuels 2014 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX332 | Samuels 2014 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |

| | | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
|---|---|---|---|---|
| DX333 | Samuels 2014 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX334 | Samuels 2015 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX335 | Samuels 2015 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX336 | Samuels 2015 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX337 | Samuels 2015 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX338 | Samuels 2016 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX339 | Samuels 2016 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX340 | Samuels 2016 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX341 | Samuels 2016 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX342 | Samuels 2017 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX343 | Samuels 2017 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX344 | Straussner 2009 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX345 | Straussner 2009 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX346 | Straussner 2010 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX347 | Straussner 2010 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX348 | Straussner 2010 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX349 | Straussner 2010 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX350 | Straussner 2011 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX351 | Straussner 2011 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX352 | Straussner 2011 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX353 | Straussner 2011 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX354 | Straussner 2012 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX355 | Straussner 2012 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX356 | Straussner 2012 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX357 | Straussner 2012 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX358 | Straussner 2013 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX359 | Straussner 2013 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX360 | Straussner 2013 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX361 | Straussner 2013 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX362 | Straussner 2014 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX363 | Straussner 2014 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX364 | Straussner 2014 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX365 | Straussner 2014 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX366 | Straussner 2015 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX367 | Straussner 2015 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX368 | Straussner 2015 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX369 | Straussner 2015 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX370 | Straussner 2016 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX371 | Straussner 2016 Q2 Statement Vanguard* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX372 | Straussner 2016 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |
| DX373 | Straussner 2016 Q3 Statement Vanguard* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. | |

| | | | |
|---|---|---|---|
| DX374 | Straussner 2016 Q3 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX375 | Straussner 2016 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX376 | Straussner 2017 Q1 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| DX377 | Straussner 2017 Q2 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. |
| **PLAN RELATED DOCUMENTS - FACULTY PLAN AND MEDICAL PLAN** | | | |
| DX378 | NYU Faculty Plan Document* | Cummulative as duplicative of PX0527. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX379 | New York University Retirement Plan for Members of the Faculty, Professional Research Staff and Administration, Amended and Restated Effective January 1, 2014 * | Cummulative as duplicative of PX0940. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX380 | NYU Faculty Plan Document* | Cummulative as duplicative of PX1395 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX381 | NYU SOM Plan Document* | Cummulative as duplicative of PX0001. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX382 | NYU Faculty Summary Plan Description** | | |
| DX383 | NYU Faculty Summary Plan Description** | | |
| DX384 | NYU Faculty Summary Plan Description** | | |
| DX385 | Investment Policy Statement For The Defined Contribution Retirement Plans of NYU, NYU LMC, and NYU Polytechnic Institute - Approved working draft* | Cummulative as duplicative of PX0534 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX386 | NYU SOM Plan Document* | Cummulative as duplicative of PX0942. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX387 | NYU SOM Summary Plan Description** | | |
| DX388 | NYU SOM Summary Plan Description** | | |
| DX389 | NYU SOM Summary Plan Description** | | |
| DX390 | NYU SOM Summary Plan Description** | | |
| DX391 | Investment Policy Statement* | This document is duplicative of an exhibit proposed by Plaintiffs. | Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX392 | New York University School of Medicine Retirement Plan for Members of the Faculty, Professional Research Staff and Administration (Amended and Restated Effective January 1, 2009)* | Cummulative as duplicative of PX0974 and DX393. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX393 | NYU School of Medicine Retirement Plan for Faculty Effective January 1, 2009* | Cummulative as duplicative of  PX0974 and DX392. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| **2009 RFP MATERIALS AND RESPONSES** | | | |

| | | | | |
|---|---|---|---|---|
| DX394 | 2009 RFP* | Cummulative as duplicative of PX0003 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX395 | E-mail from Jeffrey Levy to Margaret Meagher attaching 2009 Fidelity Investments Response to RFP and TIAA-CREF Response to RFP* | Cummulative as duplicative of PX0144 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX396 | 2009 TIAA Response to RFP* | Cummulative as duplicative of  PX0153 and PX0059. | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX397 | 2009 Vanguard's Response to RFP* | Cummulative as duplicative of  PX0065. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX398 | Cammack Analysis of RFP Results, with cover e-mail* | Cummulative as duplicative of PX0133. | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX399 | 403(b) and 457(b) Plans Request for Proposal Results** | | | |
| DX400 | TIAA-CREF Response to Follow Up Questions for NYU, NYU Langone Medical Center and NYU Polytechnic Institute, dated January 15, 2010* | Cummulative as duplicative of PX0860. | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX401 | E-mail dated January 29, 2010 from Jan Rezler to Nancy Sanchez, Margaret Meagher and Linda Woodruff attaching list of follow-up questions* | Cummulative as duplicative of  PX0147. | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX402 | TIAA-CREF Response to Additional Questions for NYU, NYU Langone Medical Center and NYU Polytechnic Institute, dated February 11, 2010* | Cummulative as duplicative of  PX0773. | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| | | **2016 RFP MATERIALS AND RESPONSES** | | |
| DX403 | E-mail from Mark Petti attaching Defined Contribution RFP Implementation template* | This document contains hearsay. FRE 801-802. This document is duplicative of an exhibit proposed by Plaintiffs. | Not hearsay: statement by NYU representative witness that will be supported and authenticated by declarant. FRE 801(d), 803.  Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX404 | 2016 RFP Cammack Analysis* | This document is duplicative of an exhibit proposed by Plaintiffs. | Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX405 | 2016 TIAA Response to RFP* | This document is duplicative of an exhibit proposed by Plaintiffs. | Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | |
|---|---|---|---|
| DX406 | 2016 VALIC Response to RFP* | This document is duplicative of an exhibit proposed by Plaintiffs. | Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX407 | 2016 Vanguard RFP Response* | Cummulative as duplicative of PX0899 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX408 | NYU Defined Contribution Program: Request for Proposal - Executive Analysis* | Cummulative as duplicative of PX1456 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX409 | Cammack Defined Contribution Program: Request for Proposal - Executive Analysis* | Cummulative as duplicative of PX0009 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX410 | E-mail from Jan Rezler attaching Appendix to Executive Analysis of RFP, 2-2017* | Cummulative as duplicative of PX1467 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| | | **CAMMACK RELATED DOCUMENTS** | |
| DX411 | CLC Response to IC Services Proposal* | Cummulative as duplicative of PX0012. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX412 | Cammack DC Plan Consulting Services Presentation* | Cummulative as duplicative of PX0004 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX413 | Cammack Defined Contribution Plan Observations* | This document is duplicative of an exhibit proposed by Plaintiffs. | Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX414 | Cammack Retirement Plan Consulting Services Proposal* | This document is duplicative of an exhibit proposed by Plaintiffs. | Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX415 | E-mail from Jeffrey Levy to Mark Petti and Jan Rezler attaching 2011 Higher Education Retirement Plan Survey Report* | FRE 106 - incomplete; missing email / attachment; this document contains hearsay. FRE 801-802. This document is duplicative of an exhibit proposed by Plaintiffs. | Objection is baseless; reason for objection has been rectified: complete e-mail added in revised Bates range. Not hearsay: statement by Cammack representative witness that will  be supported and authenticated by declarant. FRE 801(d), 803.  Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX416 Does Not Exist | | | |
| DX417 | E-mail dated May 18, 2012 from Mark Petti to Jan Rezler re: Proposed date for next Retirement Committee Meeting* | Document contains hearsay (FRE 801-802). | Not hearsay: statement by NYU representative witness that will  be supported and authenticated by declarant. FRE 801(d), 803. |
| DX418 | E-mail from Jan Rezler attaching October 2013 Higher Education Retirement Plan Survey Report** | | |
| DX419 | E-mail dated November 7, 2013 from Jan Rezler to Chris Garrison re: Proposal for NYU for review by Cammack* | This document contains hearsay. FRE 801-802. | Not hearsay: statement by Cammack representative witness that will  be supported and authenticated by declarant.  FRE 801(d), 803. |
| DX420 | E-mail from Jan Rezler to Susanna Hollinsteiner and Mark Petti attaching 2013 Transamerica Higher Education Retirement Plan Survey Report and 2012 Cammack Higher Education Retirement Plan Survey Report* | FRE 106 - incomplete; missing email / attachment; this document contains hearsay. FRE 801-802. | Objection is baseless; reason for objection has been rectified: complete e-mail added in revised Bates range.  Not hearsay: statement by Cammack representative witness that will  be supported and authenticated by declarant. FRE 801(d), 803. |

| | | | | |
|---|---|---|---|---|
| DX421 | Higher Education Retirement Plan Survey Report* | This document is duplicative of an exhibit proposed by Plaintiffs. | Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX422 | CLC Finalist Presentation* | Cummulative as duplicative of PX0013 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX423 | E-mail from Emily Wrightson to Trish Halley attaching exhibit D to Cammack Investment Advisory Services Agreement (Special Projects)* | FRE 106 - incomplete; missing email / attachment; Cummulative as duplicative of PX1321 | Complete e-mail added in revised Bates range.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX424 | E-mail from Jan Rezler attaching 403(b) Plan Merger Considerations powerpoint** | | | |
| DX425 | E-mail from Jan Rezler attaching excel file regarding Select Ivy Plus Institutions - Active Recordkeepers* | Cummulative as duplicative of PX1284 | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX426 | NYU Retirement Plan - Optimization Issues (Draft)* | Incomplete per FRE 106. This document is a draft and there is no foundation that establishes it was ever presented to the Committee/NYU. | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete. | |
| DX427 | E-mail from Jan Rezler to Mark Petti Exhibit D to Cammack Investment Advisory Services Agreement (Special Projects)* | Incomplete per FRE 106. | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX428 | NYU Retirement Plan - Optimization Issues (CRG Draft)* | Incomplete per FRE 106. This document is a draft and there is no foundation that establishes it was ever presented to the Committee/NYU. | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete. | |
| DX429 | E-mail dated January 12, 2017 from Jan Rezler to Trish Halley, Mark Petti and Samantha Fudge re: Finalist Meeting Attendee List | This document contains hearsay. FRE 801-802. | Not hearsay: statement by Cammack representative witness that will  be supported and authenticated by declarant.  FRE 801(d), 803. | |
| | **E-MAILS WITH DUE DILIGENCE REPORTS AND/OR RETIREMENT COMMITTEE MEETING MATERIALS** | | | |
| DX430 | E-mail to Committee with 5-15-2009 Cammack Due Diligence Report* | Cummulative as duplicative of PX0095 | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX431 | March 17, 2010 e-mail re: Retirement Committee Meeting, Thursday March 18, 2010 including attachments* | Cummulative as duplicative of PX0173 | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX432 | E-mail from Jan Rezler to Nancy Sanchez, Margaret Meagher, Linda Woodruff, and Susanna Hollnsteiner re: Follow-up from 3/18 Retirement Committee meeting: attaching Clarification Points, Advantages of Consolidating 403(b) Program, and Due Diligence Process: Next Steps Single Provider, Multiple Choices* | Cummulative as duplicative of PX0179 | Plaintiffs' exhibit is incomplete and is not an exact duplicate.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX433 | April 15, 2010 e-mail re: Agenda for Retirement Committee Meeting Monday April 19th including attachments* | This document is duplicative of an exhibit proposed by Plaintiffs. | Plaintiffs have not identified any specific PX document that is an alleged duplicate of this exhibit.  Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX434 | E-mail dated June 9, 2010 from Emily Wrightson to Jeffrey Levy and Paula Kennedy attaching NYU 1st Quarter 2010 draft Due Diligence Report** | | | |
| DX435 | E-mail dated January 10, 2011 from Linda Woodruff to Jan Rezler, et.al. attaching materials for Retirement Committee Meeting* | bates numbers don't identify a document; Cummulative as duplicative of PX0140 | Complete e-mail added in revised Bates range.  Plaintiffs' exhibit is incomplete and is not an exact duplicate. | |
| DX436 | E-mail to Committee with 3-28-2011 TIAA Plan Changes Discussion, 3-21-2011 Meeting Minutes, 4-1-2011 Supplemental Report* | Document contains hearsay (FRE 801-802).  Cummulative as duplicative of PX1066 | Not hearsay: statement by Cammack representative witness that will  be supported and authenticated by declarant. FRE 801(d), 803.  Plaintiffs' exhibit is incomplete and is not an exact duplicate. | |

| DX | Description | Duplicative note | Objection |
|---|---|---|---|
| DX437 | June 2, 2011 e-mail to Committee with Cammack Due Diligence Report* | Cummulative as duplicative of PX1087 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX438 | E-mail to Committee with 6-30-2011 Cammack Due Diligence Report; 6-2011 Retirement Meeting Minutes; August Meeting Agenda Timeline; NYU Draft Communication; NYU Due Diligence Report Q2 2011, June 2011 NYU Fiduciary Responsibility; NYU Mapping Sample Timeline* | Cummulative as duplicative of PX1102 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the |
| DX439 | E-mail to Committee with November 2011 Committee Meeting Materials* | Cummulative as duplicative of PX1135 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX440 | 2-14-2012 e-mail from Susanna Hollnsteiner attaching Retirement Committee materials and 11-18-2011 Plan Committee Charter* | Cummulative as duplicative of PX1403 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the |
| DX441 | E-mail to Committee with 9-4-2012 Meeting Materials** | | |
| DX442 | E-mail to Committee with 9-30-2012 Cammack Due Diligence Report; September 2012 Retirement Committee Minutes; Vanguard Report* | Cummulative as duplicative of PX1187 | numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged |
| DX443 | E-mail to Committee with 11-2012 Committee Minutes; 12-31-2012 Cammack Due Diligence Report; 12-31-2012 Supplemental Investment Information; Current and Sample Fund Choice Grids* | Cummulative as duplicative of PX1189 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX444 | E-mail to Committee with 2-2013 Retirement Minutes; 6-14-2013 Meeting Agenda; 9-28-2012 Committee Charter; 457b info; 3-31-2013 Cammack Due Diligence Report; 3-31-2013 Supplemental Investment Information; Vendor Consolidation Information; Sample Implementation Timeline; Share Class and Fee Options* | Cummulative as duplicative of PX1208 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative |
| DX445 | E-mail to Committee with 6-2013 Minutes; 11-2013 Meeting Agenda; 9-28-2012 Charter; Proposed changes to NYU Retirement Plan; 5-2011 Draft Investment Policy Statement; Q3 2013 Cammack Due Diligence Report; Q3 2013 Supplemental Investment Information* | Cummulative as duplicative of PX1221 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX446 | E-mail to Committee with 2-2014 Minutes; 5-22 Agenda; 5-2014 Investment Policy Statement; Q1 2014 Cammack Due Diligence Report; Q1 Supplemental DDRS; Q1 Lipper Report; 6-14-2010 Minutes; 6-14-2010 Supplemental Information; Q1 2014 Target Date Materials* | Cummulative as duplicative of PX1239 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX447 | E-mail to Committee with 8-19-2014 Meting Agenda; 6-2014 Meeting Minutes; Q2 2014 Cammack Due Diligence Report; Q2 2014 Supplemental Report** | | |
| DX448 | E-mail to committee with 12-11-2014 Meeting Agenda; 8-2014 Minutes; 10-2014 Minutes; Summary of Trustee Changes; Q3 2014 Cammack Due Diligence Report; Q3 2014 Supplemental Report* | Cummulative as duplicative of PX1273 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX449 | E-mail to Committee with 2-26-2015 Agenda; 12-2014 Meeting Minutes; Q4 2014 Cammack Due Diligence Report; Q4 2014 Supplemental Report; CREF Annuity Changes; CREF Annuity Impact** | | |
| DX450 | 2-26-2015 e-mail from Yocasta Cicalese attaching CREF Annuity Impact slide* | E-mail contains hearsay (FRE 801-802); the sender of the e-mail has not been deposed and is not appearing live at trial, and the email does not fall under the FRE 803 or 804 hearsay exceptions. Cummulative as duplicative of PX1438 | Not hearsay: statement by Cammack representative that will be supported and authenticated by Cammack representative. Also offered not for truth, but for awareness of recipient witnesses. FRE 801(d), 803. Plaintiffs' exhibit is incomplete and is not an exact duplicate. |
| DX451 | E-mail to Committee with June 9, 2015 Meeting Agenda; Q4 2014 Meeting Notes; Q1 2015 Cammack Due Diligence Report; Q1 2015 Supplemental Report; DOL Fiduciary Brochure; Q1 2015 Fiduciary Responsibility* | Cummulative as duplicative of PX1291 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | |
|---|---|---|---|
| DX452 | E-mail to Committee with 9-15-2015 Meeting Agenda; Q1 2015 Minutes; Q2 2015 Cammack Due Diligence Report; Q2 2015 Supplemental Report* | Cummulative as duplicative of PX1300 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX453 | E-mail to Committee with 12-16-2015 Meeting Agenda; Q2 2015 Meeting Minutes; Q3 2015 Cammack Due Diligence Report; Vanguard Lower Cost Share Classes; Vanguard New Pricing Proposal; Q3 2015 Streamlined Fund Array; 2015 TIAA Revenue Credit Reallocation Methods; Q3 2015 Supplemental Report* | Cummulative as duplicative of PX1311 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX454 | 5-19-2017 e-mail to Committee with NYU Q1 2017 Due Diligence Report; NYU Q1 2017 Supplemental Report; 5-24-2017 Meeting Agenda; 5-22-2014 Investment Policy Statement; NYU Contract Comparison; Q4 2016 Committee Meeting Minutes* | Cummulative as duplicative of PX1359 | numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative |
| DX455 | 5-24-2017 e-mail from Michael Samlall attaching NYU Langone Fund Expense Investment Related Revenue* | Cummulative as duplicative of PX1369 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| **DUE DILIGENCE REPORTS AND MATERIALS (SOME WITHIN RETIREMENT COMMITTEE MEETING MATERIALS)** | | | |
| DX456 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1093. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX457 | Cammack Due Diligence Report* | Cummulative as duplicative of PX0034. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX458 | Addendum-Watch List Funds* | Cummulative as duplicative of PX0606. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX459 | Supplemental Information* | Cummulative as duplicative of PX1260, DX463, and DX466. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX460 | Cammack Due Diligence Report* | Cummulative as duplicative of PX. | Plaintiffs' exhibit is not specified, as "PX" does not identify a document. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX461 | Supplemental Fiduciary Committee Information* | Cummulative as duplicative of PX1260. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX462 | Vendor Consolidation* | Cummulative as duplicative of PX0609. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX463 | Vendor Consolidation* | Cummulative as duplicative of DX466 and PX0598 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | | |
|---|---|---|---|---|
| DX464 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1044. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX465 | Vendor Consolidation Overview* | Cummulative as duplicative of PX0610. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX466 | Retirement Plan Vendor Consolidation* | Cummulative as duplicative of  DX463 and PX0232 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX467 | Cammack Due Diligence Report* | Cummulative as duplicative of PX0618. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX468 | NYU and NYU Langone Medical Center Executive Summary of Fiduciary Due Diligence Report* | Cummulative as duplicative of PX0603. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX469 | Retirement Plan Vendor Consolidation* | Cummulative as duplicative of PX0246 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX470 | Retirement Plan Vendor Consolidation* | Cummulative as duplicative of PX0487. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX471 | Fiduciary Due Diligence Report - Abridged Version* | Cummulative as duplicative of PX1092. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX472 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1093. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX473 | Supplemental Information* | Cummulative as duplicative of PX1071. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX474 | Cammack Due Diligence Report | Cummulative as duplicative of PX1107. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX475 | Fiduciary Responsibility and Process Review* | Cummulative as duplicative of PX500 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | | |
|---|---|---|---|---|
| DX476 | Fiduciary Due Diligence Report - Abridged Version* | Cummulative as duplicative of PX0499 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX477 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1144. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX478 | Fiduciary Due Diligence Report - Abridged Version* | Cummulative as duplicative of PX1143. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX479 | Cammack Due Diligence Report* | Cummulative as duplicative of PX0507. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX480 | Fiduciary Due Diligence Report - Abridged Version* | Cummulative as duplicative of PX0508. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX481 | Cammack Due Diligence Report* | Cummulative as duplicative of PX0043. | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX482 | Fiduciary Due Diligence Report - Abridged Version* | Cummulative as duplicative of PX0531 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX483 | Cammack Due Diligence Report* | Cummulative as duplicative of PX0044. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX484 | NYU Retirement Committee Meeting Materials, including Abridged 6-30-2012 Due Diligence Report* | Cummulative as duplicative of PX0045. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX485 | Cammack Due Diligence Report* | Cummulative as duplicative of PX0530. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX486 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1201. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX487 | Supplemental Investment Information* | Cummulative as duplicative of PX1202. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | |
|---|---|---|---|
| DX488 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1212. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX489 | Supplemental Investment Information* | Cummulative as duplicative of PX1213. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX490 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1218. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX491 | 06.30.2013 Supplemental Investment Information* | Cummulative as duplicative of PX0529 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX492 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1390 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX493 | Supplemental Investment Information* | Cummulative as duplicative of PX1228. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX494 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1233. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX495 | Supplemental Investment Information* | Cummulative as duplicative of PX1234. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX496 | 03.31.2014 Supplemental Investment Information* | Cummulative as duplicative of PX0538 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX497 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1253. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX498 | Cammack Due Diligence Report* | Cummulative as duplicative of PX0388 and DX499. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX499 | Supplemental Investment Information* | Cummulative as duplicative of PX0388 and DX498. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX500 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1233. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | |
|---|---|---|---|
| DX501 | Supplemental Investment Information* | Cummulative as duplicative of PX1279. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX502 Does Not Exist | | | |
| DX503 | Supplemental Investment Information* | Cummulative as duplicative of PX0549. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX504 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1294. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX505 | Cammack Due Diligence Report* | Cummulative as duplicative of PX0544. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX506 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1314. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX507 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1324. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX508 | NYU Retirement Committee Meeting Materials, including 3-31-2016 Due Diligence Report* | Cummulative as duplicative of PX0647. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX509 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1340. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX510 | Cammack Due Diligence Report* | Cummulative as duplicative of PX1348. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX511 | NYU Retirement Committee Meeting Materials, including 12-31-2016 Due Diligence Report* | Cummulative as duplicative of PX0432. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX512 | Cammack Supplemental Investment Information* | Cummulative as duplicative of PX0433. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX513 | NYU Retirement Committee Meeting Materials, including 3-31-2017 Due Diligence Report* | Cummulative as duplicative of PX1361. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX514 | Cammack Supplemental Investment Information* | Cummulative as duplicative of PX1362. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| DX515 | NYU Retirement Committee Meeting Materials, including 6-30-2017 Due Diligence Report* | Cummulative as duplicative of PX0662 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX516 | Cammack Supplemental Investment Information* | Cummulative as duplicative of PX0663 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX517 | NYU Retirement Committee Meeting Materials, including 9-30-2017 Due Diligence Report* | Cummulative as duplicative of PX0959 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX518 | Cammack Supplemental Investment Information* | Cummulative as duplicative of PX0960 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX519 | NYU Retirement Committee Meeting Materials* | Cummulative as duplicative of PX0962 and DX520 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX520 | Q4 2017 Retirement Committee Meeting Materials and Due Diligence Report* | Cummulative as duplicative of PX0962 and DX519 | guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is | |
| DX521 | Q4 2017 Supplemental Investment Information* | Cummulative as duplicative of PX0963 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| | | RETIREMENT COMMITTEE CHARTERS | | |
| DX522 | 2009 Retirement Committee Charter* | Cummulative as duplicative of PX0191 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX523 | 2012 NYU, NYU School of Medicine, and NYU Hospitals Center Retirement Plan Committee Charter* | Cummulative as duplicative of  PX0466 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX524 | 2014 NYU, NYU School of Medicine, and NYU Hospitals Center Retirement Plan Committee Charter** | | | |
| DX525 | 2017 NYU, NYU School of Medicine, NYU Hospitals Center Retirement Plan Committee Charter* | Cummulative as duplicative of  PX0518 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| | | TIAA RECORDKEEPING AGREEMENTS AND AMENDMENTS | | |
| DX526 | 2008 Faculty TIAA Recordkeeping Services Agreement* | Cummulative as duplicative of PX0157. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX527 | August 31, 2008 Amendment No. 1 to TIAA-CREF Recordkeeping Services Agreement for the Faculty Plan* | Cummulative as duplicative of PX0157. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX528 | March 9, 2012 Amendment No. 2 to TIAA-CREF Recordkeeping Services Agreement for the Faculty Plan* | Cummulative as duplicative of PX0157. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | |
|---|---|---|---|
| DX529 | July 9, 2012 Amendment No. 3 to TIAA-CREF Recordkeeping Services Agreement for the Faculty Plan* | Cummulative as duplicative of PX0157. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX530 | September 18, 2015 Amendment No. 4 to TIAA-CREF Recordkeeping Services Agreement for the Faculty Plan.* | Cummulative as duplicative of PX0157. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX531 | Addendum to Schedule B of the Faculty TIAA Record Keeping Agreement* | Cummulative as duplicative of PX0157. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX532 | October 1, 2012 TIAA-CREF Recordkeeping Services Agreement for the Medical Plan* | Cummulative as duplicative of PX0937. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX533 | August 22, 2016 Amendment No. 1 to TIAA-CREF Recordkeeping Services Agreement for the Medical Plan* | Cummulative as duplicative of PX0937. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX534 | 2013 SOM TIAA Recordkeeping Agreement Schedule B* | Incomplete per FRE 106. Cummulative as duplicative of PX0937. | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX535 | 2014 SOM TIAA Recordkeeping Agreement Schedule B* | Incomplete per FRE 106. Cummulative as duplicative of PX0937. | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX536 | Addendum to Schedule B of the SOM TIAA Record Keeping Agreement* | Cummulative as duplicative of PX0937. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX537 | Amendment No. 1 to the SOM Amended and Restated Record Keeping Services Agreement* | Cummulative as duplicative of PX0939. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX538 | 2017 SOM TIAA Amended and Restated Recordkeeping Services Agreement* | Cummulative as duplicative of PX0939. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX539 | E-mail from Grant Smalle at TIAA attaching draft 4-1-2018 TIAA-NYU Amended and Restated Recordkeeping Services Agreement* | FRE 106 - incomplete; missing email / attachment Cummulative as duplicative of PX1667. | Bates range revised to include complete e-mail and additional attachment.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| | | **TIAA CUSTODIAL AGREEMENTS AND AMENDMENTS** | |
| DX540 | TIAA SOM Amended and Restated Custodial Agreement 1-1-2017* | Cummulative as duplicative of PX1506. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | |
|---|---|---|---|
| DX541 | SOM Custodial Account Agreement - Revised Appendix A* | Cummulative as duplicative of PX0829. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX542 | TIAA Custodial & Custodial Appendix A 12-1-2016* | Cummulative as duplicative of PX1671. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX543 | TIAA-CREF Addendum to Custodial Appendix A 9-26-2011* | Incomplete per FRE 106. Cummulative as duplicative of PX1672. | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX544 | TIAA-CREF Custodial Appendix A 4-20-2010* | Incomplete per FRE 106. Cummulative as duplicative of PX1673. | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX545 | Custodial Account Agreement for a 403(b) Plan - SOM* | Cummulative as duplicative of PX0019. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX546 | TIAA Custodial Account Agreement for a 403(b) Plan - SOM* | Cummulative as duplicative of PX0829. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX547 | TIAA-CREF Custodial Addendum to Appendix A 10-17-2014 - SOM* | Incomplete per FRE 106. Cummulative as duplicative of PX1670. | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX548 | Amendment No. 1 - Custodial Account Agreement between 403(b) and JP Morgan Chase Bank - Faculty* | Cummulative as duplicative of PX0019. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX549 | TIAA-CREF Custodial Revised Appendix A 11-8-2013 - SOM* | Incomplete per FRE 106. Cummulative as duplicative of PX1668. | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX550 | TIAA-CREF Custodial Revised Appendix A 4-4-2014 - SOM* | Incomplete per FRE 106. Cummulative as duplicative of PX1669. | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| | RETIREMENT COMMITTEE MEETING MINUTES (AND AGENDA FOR FEBRUARY AND MAY 2017 MEETINGS) | | |
| DX551 | 2007_09_13 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0462 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX552 | 2008_01_31 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0478 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | |
|---|---|---|---|
| DX553 | 2008_10_08 Defined Contribution Investment Consulting Services Meeting Notes* | Cummulative as duplicative of PX0476 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX554 | 2009_02_04 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0522 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX555 | 2009_05_15 Due Diligence Meeting Notes* | Cummulative as duplicative of PX0473 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX556 | 2009_05_18 Due Diligence Meeting Notes* | This document contains hearsay. FRE 801-802. | Due Diligence Meeting Minute Notes represent business records, exempted from the rule against hearsay. FRE 803(6). |
| DX557 | 2009_12_09 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0470 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX558 | 2010_01_21 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0494 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX559 | 2010_02_18 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0553 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX560 | 2010_03_18 NYU RFP Follow-Up Meeting Minutes (mistakenly dated 3/18/2009)* | Cummulative as duplicative of PX0185 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX561 | 2010_04_19 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0480 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX562 | 2010_06_14 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0374 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX563 | 2010_09_23 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0463 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX564 | 2010_11_02 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0485 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX565 | 2011_01_10 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0477 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX566 | 2011_03_21 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0460 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | | |
|---|---|---|---|---|
| DX567 | 2011_04_01 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0481 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX568 | 2011_06_09 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0375 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX569 | 2011_08_15 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0371 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX570 | 2011_11_14 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0472 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX571 | 2012_02_21 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0040 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX572 | 2012_05_17 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0482 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX573 | 2012_09_04 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0382 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX574 | 2012_11_16 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0380 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX575 | 2013_02_22 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0467 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX576 | 2013_06_14 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0368 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX577 | 2013_11_25 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0458 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX578 | 2014_02_26 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX1240 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX579 | 2014_05_22 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0461 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | |
|---|---|---|---|
| DX580 | 2014_08_19 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0049 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX581 | 2014_10_03 NYU Ad Hoc Defined Benefit Minutes* | Cummulative as duplicative of PX0468 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX582 | 2014_12_11 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0469 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX583 | 2015_02_26 NYU Retirement Committee  Notes* | Cummulative as duplicative of PX0479 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX584 | 2015_06_09 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX1303 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX585 | 2015_09_15 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0484 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs |
| DX586 | 2015_12_16 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0474 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX587 | 2016_03_02 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX1331 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX588 | 2016_06_01 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0471 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX589 | 2016_09_08 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX1345 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX590 | 2016_12_12 NYU Retirement Committee Minutes* | Cummulative as duplicative of PX0519 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX591 | 2017_02_23 NYU Retirement Committee Meeting Agenda** | | |
| DX592 | 2017_02_23 NYU Retirement Committee Meeting Minutes* | Cummulative as duplicative of PX1366 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX593 | 2017_02_27 NYU Retirement Committee Meeting Materials** | | |
| DX594 Does Not Exist | | | |
| DX595 | 2017_05_24 NYU Retirement Committee Meeting Agenda** | | |
| DX596 Does Not Exist | | | |
| | **FACULTY BENEFITS COMMITTEE** | | |

| | | | |
|---|---|---|---|
| DX597 | E-mail from Patricia Halley attaching Retirement Plan Consolidation Proposal for Faculty Benefits Committee meeting* | Cummulative as duplicative of PX1451 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| | | **MISCELLANEOUS E-MAILS** | |
| DX598 | 9-17-2010 e-mail from Jan Rezler attaching DOL Brochure Regarding Fiduciary Responsibilities* | Cummulative as duplicative of PX1009 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX599 | 5-22-2017 e-mail from Jay Cobak attaching NYU Langone Fund Expense Investment Related Revenue* | Cummulative as duplicative of PX1367 | Plaintiffs' exhibit is incomplete and is not an exact duplicate. Furthermore, to date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX600 | E-mail dated June 3, 2016 from Marie Monaco to Core NYUFASP Core re: NYU Retirement Plan Investigation* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX601 | E-mail re: Class Action lawsuit* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX602 | E-mail dated from Mark Crispin Miller to Marie Monaco re: Class action lawsuit update* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX603 | E-mail from Mark Crispin Miller to Marie Monaco re: ERISA class action lawsuit* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX604 | E-mail from Herbert Samuels to Marie Monaco re: ERISA lawsuit* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX605 | E-mail from Gary Holden to Marie Monaco and Mark Crispin Miller re: FYI* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX606 | E-mail from Marie Monaco to Herb Samuels re: From the NYU* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX607 | E-mail dated from Lenny Bernstein to NYUFASP-Core re: M.I.T., N.Y.U. and Yale Are Sued Over Retirement Plan Fees - NYTimes.com* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX608 | E-mail from Gail Monaco to Marie Monaco re: Note* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX609 | E-mail dated from Eric Marcus to Marie Monaco re: Retirement Plan Fee Disclosures* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX610 | E-mail dated June 13, 2016 from Lenny Bernstein to Marie Monaco re: class action law suit* | Not relevant. FRE 401, 402, and 403. This document contains hearsay. FRE 801-802. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| DX611 | E-mail from NYULMC Benefits to HR Benefits re: Look for NYULMC's 403(b) $ on Your February Pay Advice!** | | |
| DX612 | E-mail from TIAA-CREF to Herbert Samuels re: Important Plan Disclosure Information** | | |
| DX613 | E-mail from Vanguard to Shulamith Straussner re: How do you compare with other investors your age?** | | |
| DX614 | E-mail from Vanguard to Shulamith Straussner re: Keep more of what you earn** | | |
| DX615 | E-mail from The Benefits Office re: NYU Retirement Plan: Understanding Plan Fees** | | |
| DX616 | E-mail from The Benefits Office re: TIAA-CREF and Vanguard Fall Sessions on your Financial Future** | | |
| DX617 | E-mail from The Benefits Office re: NYU Retirement Plan: Annual Summary of Services & Fees** | | |
| DX618 | E-mail from NYU Benefits Office re: NYU Retirement Plan: Annual Summary of Services & Fees** | | |
| DX619 | E-mail from NYU Benefits Office re: NYU Retirement Plan: Annual Summary of Services & Fees** | | |
| DX620 | E-mail from TIAA Withdrawals to Shulamith Straussner re: Your Request* | Not relevant. FRE 401, 402, and 403. | Relevant: demonstrates Plaintiffs' awareness of fiduciary role of NYU. Not hearsay: statement by plaintiff that will be supported and authenticated by declarant. FRE 801(d), 803 |
| | | **MISCELLANEOUS DOCUMENTS** | |
| DX621 | Supplemental Investment Information* | Cummulative as duplicative of PX0963 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX622 | Morningstar Category Definitions | Authenticity FRE 901. Defendant has not provided enough information for Plaintiffs to identify and locate this document. Irrelevant. FRE 401-403. Plaintiffs reserve their right to further object to this document | Morningstar documents represent market documents excepted from the rule against hearsay. FRE 803(17). |
| DX623 | Morningstar CREF Stock Category | Authenticity FRE 901. Defendant has not provided enough information for Plaintiffs to identify and locate this document. Irrelevant. FRE 401-403. Plaintiffs reserve their right to further object to this document | Morningstar documents represent market documents excepted from the rule against hearsay. FRE 803(17). |
| DX624 | TIAA and CREF contract comparison* | Cummulative as duplicative of PX0869 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | |
|---|---|---|---|
| DX625 | 2-28-2018 Article "Nuveen Investment Teams Make Lipper History" | Authenticity FRE 901.  This document contains hearsay.  FRE 801-802.  This document is not relevant as it does not pertain to the Plans at issue. FRE 401-403 | Relevant: discusses plan Recordkeeper (TIAA)  Not hearsay: offered for perception of TIAA by industry and others.  FRE 801(d), 803 | |
| DX626 | NYT's article: Fourth No Confidence Vote for the President of N.Y.U. dated May 10, 2013 | Authenticity FRE 901.  This document contains hearsay.  FRE 801-802.  This document is not relevant as it does not pertain to the Plans at issue. FRE 401-403. | Self-authenticating periodical article under FRE 902(6).  Relevant: relates to Plaintiffs' allegations regarding alleged delay in consolidating vendors.  Not hearsay: offered for awareness of declarant witnesses and will be supported by testimony. | |
| DX627 | Vanguard Share Class Change and Fee Arrangement * | This document contains hearsay. FRE 801-802. Cummulative as duplicative of  PX0464 | Not hearsay: statements related to Vanguard that will be supported and authenticated by declarant. FRE 801(d), 803.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs | |
| DX628 | TIAA Statement 2016 3Q for Shulamith Lala Straussner* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX629 | E-mail from Linda Woodruff to Susanna Hollnsteiner re: Agenda plus for Fri Retirement Committee Meeting* | Cummulative as duplicative of  PX0514 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX630 | Supplemental Investment Information** | | | |
| DX631 | Vanguard Statement 2016 2Q for Shulamith Straussner* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX632 | TIAA CREF Statement 2009 3Q for Marie Monaco* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX633 | TIAA CREF Statement 2014 1Q for Marie Monaco* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| DX634 | Minutes of the T-Faculty Senators Council Meeting* | This document contains hearsay. FRE 801-802. | Senators Council Meeting Minute Notes represent business records, exempted from the rule against hearsay. FRE 803(6). | |
| DX635 | Class Action Complaint** | | | |
| DX636 | Hand-written notes prepared by Peter Hueber in preparation for, and presented as an exhibit during, his deposition, regarding Pricing Timeline - NYU/NYU Langone | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document. Irrelevant.  FRE 401-403. Plaintiffs reserve their right to further object to this document | Hand-written notes prepared by Peter Hueber in preparation for his deposition, and offered as an exhibit at his deposition, have already been, and will be reinforced as, authentic, relevant, and non-hearsay. FRE 803(5) | |
| DX637 | NYU Faculty Plan Quarterly Assets and Participant Count** | | | |
| DX638 | NYU SOM Plan Quarterly Assets and Participant Count** | | | |
| DX639 Does Not Exist | | | | |
| | | **TIAA REA 8-K, FAQS** | | |
| DX640 | TIAA REA 8-K, incudes FAQs** | | | |
| DX641 | TIAA REA 8-K, incudes FAQs** | | | |
| DX642 | TIAA REA 8-K, incudes FAQs** | | | |
| DX643 | TIAA REA 8-K, incudes FAQs** | | | |
| DX644 | TIAA REA 8-K, includes FAQs* | Cummulative as duplicative of PX0866 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX645 | TIAA REA 8-K, includes FAQs** | | | |
| DX646 | TIAA REA 8-K, includes FAQs** | | | |
| DX647 | TIAA REA 8-K, includes FAQs** | | | |
| DX648 | TIAA REA 8-K, includes FAQs** | | | |
| DX649 | TIAA REA 8-K, includes FAQs* | Cummulative as duplicative of PX0867 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX650 | TIAA REA 8-K, includes FAQs** | | | |
| DX651 | TIAA REA 8-K, includes FAQs** | | | |
| DX652 | TIAA REA 8-K, includes FAQs** | | | |
| DX653 | TIAA REA 8-K, includes FAQs** | | | |
| DX654 | TIAA REA 8-K, includes FAQs** | | | |
| | | **TIAA REA 10-K** | | |
| DX655 | TIAA REA 10-K for fiscal year ended December 31, 2009** | | | |
| DX656 | TIAA REA 10-K for fiscal year ended December 31, 2010** | | | |
| DX657 | TIAA REA 10-K for fiscal year ended December 31, 2011** | | | |
| DX658 | TIAA REA 10-K for fiscal year ended December 31, 2012** | | | |
| DX659 | TIAA REA 10-K for fiscal year ended December 31, 2013** | | | |
| DX660 | TIAA REA 10-K for fiscal year ended December 31, 2014** | | | |
| DX661 | TIAA REA 10-K for fiscal year ended December 31, 2015** | | | |
| DX662 | TIAA REA 10-K for fiscal year ended December 31, 2016** | | | |
| | | **TIAA REA FACT SHEET** | | |
| DX663 | TIAA REA Fact Sheet ** | | | |
| DX664 | TIAA REA Fact Sheet ** | | | |

| | | | |
|---|---|---|---|
| DX665 | TIAA REA Fact Sheet ** | | |
| DX666 | TIAA REA Fact Sheet ** | | |
| DX667 | TIAA REA Fact Sheet ** | | |
| DX668 | TIAA REA Fact Sheet ** | | |
| DX669 | TIAA REA Fact Sheet ** | | |
| DX670 | TIAA REA Fact Sheet ** | | |
| DX671 | TIAA REA Fact Sheet ** | | |
| DX672 | TIAA REA Fact Sheet ** | | |
| DX673 | TIAA REA Fact Sheet ** | | |
| DX674 | TIAA REA Fact Sheet ** | | |
| DX675 | TIAA REA Fact Sheet ** | | |
| DX676 | TIAA REA Fact Sheet ** | | |
| DX677 | TIAA REA Fact Sheet ** | | |
| DX678 | TIAA REA Fact Sheet ** | | |
| DX679 | TIAA REA Fact Sheet ** | | |
| DX680 | TIAA REA Fact Sheet ** | | |
| | **TIAA REA PROSPECTUSES** | | |
| DX681 | TIAA REA Prospectus with 8/21/2009 Supplement No. 1** | | |
| DX682 | TIAA REA Prospectus with 8/23/2010 Supplement No. 1 and 8/6/2010 Supplement No. 1* | Cummulative as duplicative of PX1651 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX683 | TIAA REA Prospectus with 8/24/2011 Supplement No. 1** | | |
| DX684 | TIAA REA Prospectus with 2/22/2013 Supplement No. 1** | | |
| DX685 | TIAA REA Prospectus with 6/24/2013 Supplement No. 1** | | |
| DX686 | TIAA REA Prospectus with 2/12/2015 Supplement No. 1** | | |
| DX687 | TIAA REA Prospectus with 2/24/2016 Supplement No. 2 and 6/12/2015 Supplement No. 1** | | |
| DX688 | TIAA REA Prospectus with 2/23/2017 Supplement No. 1** | | |
| DX689 | TIAA REA Prospectus** | | |
| | **TIAA REA 8-K QUARTERLY PERFORMANCE ANALYSIS** | | |
| DX690 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 3/31/2009 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| DX691 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 6/30/2009** | | |
| DX692 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 9/30/2009 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| DX693 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 12/31/2009 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| DX694 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 3/31/2010 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| DX695 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 6/30/2010 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| DX696 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 9/30/2010 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| DX697 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 12/31/2010* | Cummulative as duplicative of PX0839 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX698 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 3/31/2011 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| DX699 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 6/30/2011 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |

| | | | |
|---|---|---|---|
| DX700 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 9/30/2011 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| DX701 | TIAA REA 8-K, incudes Quarterly Analysis for the Quarter Ending 12/31/2011 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| DX702 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 3/31/2012** | | |
| DX703 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 6/30/2012* | Cummulative as duplicative of PX0868 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX704 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 9/30/2012** | | |
| DX705 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 12/31/2012** | | |
| DX706 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 3/31/2013** | | |
| DX707 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 6/30/2013** | | |
| DX708 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 9/30/2013** | | |
| DX709 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 12/31/2013** | | |
| DX710 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 3/31/2014** | | |
| DX711 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 6/30/2014** | | |
| DX712 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 9/30/2014** | | |
| DX713 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 12/31/2014** | | |
| DX714 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 3/31/2015** | | |
| DX715 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 6/30/2015** | | |
| DX716 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 9/30/2015 ** | | |
| DX717 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 12/31/2015** | | |
| DX718 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 3/31/2016** | | |
| DX719 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 6/30/2016** | | |
| DX720 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 9/30/2016** | | |
| DX721 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 12/31/2016** | | |
| DX722 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 3/31/2017** | | |
| DX723 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 6/30/2017** | | |
| DX724 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 9/30/2017 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Description clarified to reflect type of public financial filing.  Market reports excepted from hearsay under FRE 803(17). |
| **CREF SEMINANNUAL AND ANNUAL REPORTS** | | | |
| DX725 | 2009 CREF Semiannual Report, June 30, 2009** | | |
| DX726 | 2010 CREF Semiannual Report, June 30, 2010** | | |
| DX727 | 2011 CREF Semiannual Report, June 30, 2011** | | |
| DX728 | 2012 CREF Semiannual Report, June 30, 2012** | | |
| DX729 | 2013 CREF Semiannual Report, June 30, 2013** | | |
| DX730 | 2014 CREF Semiannual Report, June 30, 2014** | | |
| DX731 | 2015 CREF Semiannual Report, June 30, 2015** | | |
| DX732 | 2016 CREF Semiannual Report, June 30, 2016** | | |
| DX733 | 2017 CREF Semiannual Report, June 30, 2017** | | |
| DX734 | 2009 CREF Annual Report, December 31, 2009* | Cummulative as duplicative of PX1617 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX735 | 2010 CREF Annual Report, December 31, 2010** | | |
| DX736 | 2011 CREF Annual Report, December 31, 2011** | | |
| DX737 | 2012 CREF Annual Report, December 31, 2012** | | |
| DX738 | 2013 CREF Annual Report, December 31, 2013** | | |
| DX739 | 2014 CREF Annual Report, December 31, 2014** | | |
| DX740 | 2015 CREF Annual Report, December 31, 2015** | | |
| DX741 | 2016 CREF Annual Report, December 31, 2016** | | |
| DX742 | 2017 CREF Annual Report, December 31, 2017 | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant.  FRE 401-403.  Plaintiffs reserve their right to further object to this document | Market reports excepted from hearsay under FRE 803(17).  Document will be further identified by witness. |
| DX743 | 2009 CREF Semiannual Report, June 30, 2009 Financial Statements** | | |
| DX744 | 2010 CREF Semiannual Report, June 30, 2010  Financial Statements** | | |
| DX745 | 2011 CREF Semiannual Report, June 30, 2011  Financial Statements** | | |
| DX746 | 2012 CREF Semiannual Report, June 30, 2012  Financial Statements** | | |
| DX747 | 2013 CREF Semiannual Report, June 30, 2013  Financial Statements** | | |
| DX748 | 2014 CREF Semiannual Report, June 30, 2014  Financial Statements** | | |
| DX749 | 2015 CREF Semiannual Report, June 30, 2015  Financial Statements** | | |
| DX750 | 2016 CREF Semiannual Report, June 30, 2016  Financial Statements** | | |
| DX751 | 2017 CREF Semiannual Report, June 30, 2017  Financial Statements** | | |
| **CREF PROSPECTUSES** | | | |

| | | | | |
|---|---|---|---|---|
| DX752 | CREF Prospectus with 12/18/2009 Supplement No. 1** | | | |
| DX753 | CREF Prospectus with 8/23/2010 Supplement No. 1** | | | |
| DX754 | CREF Prospectus with 8/24/2011 Supplement No. 1** | | | |
| DX755 | CREF Prospectus ** | | | |
| DX756 | CREF Prospectus with 11/11/2013 Supplement No. 1** | | | |
| DX757 | CREF Prospectus with 12/1/2014 Supplement No. 1** | | | |
| DX758 | CREF Prospectus with 4/14/2016 Supplement No. 3, 12/10/2015 Supplement No. 2, 11/23/2015 Supplement No. 1** | | | |
| DX759 | CREF Prospectus** | | | |
| DX760 | CREF Prospectus** | | | |
| | **CREF STOCK ACCOUNT FACT SHEET** | | | |
| DX761 | CREF Stock Account Fact Sheet** | | | |
| DX762 Does Not Exist | | | | |
| DX763 | CREF Stock Account Fact Sheet** | | | |
| | **VANGUARD RECORDKEEPING AGREEMENTS** | | | |
| DX764 | 10-2-2008 Vanguard Recordkeeping Fee Agreement* | Cummulative as duplicative of PX0949 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX765 | 7-1-2011 Vanguard Recordkeeping Fee Schedule A* | Document is incomplete per FRE 106. Cummulative as duplicative of PX0950 | Stand-alone document.  Plaintiffs have provided no support for their assertion that the document is incomplete.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX766 | Fee Proposal: Vanguard's All-In-Fee Disclosure for the NYU / NYUSOM / NYUHC Plans* | Cummulative as duplicative of PX0068 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| | **VANGUARD CUSTODIAL AGREEMENTS** | | | |
| DX767 | Vanguard Group Custodial Account Agreement* | Cummulative as duplicative of PX1493 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX768 | Vanguard SOM Group Custodial Account Agreement* | Cummulative as duplicative of PX1502 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| | **PLAINTIFFS' TIAA RETIREMENT ANNUITY CONTRACTS** | | | |
| DX769 | TIAA Group Retirement Annuity Certificate_2012.06.01 (Monaco, Marie)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. This document is duplicative of an exhibit proposed by Plaintiffs. Cummulative as duplicative of PX0728. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX770 | TIAA Group Retirement Annuity Certificate (to participant SAMUELS)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0736. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX771 | TIAA Group Retirement Annuity Certificate (to participant SACERDOTE)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0734. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | |
|---|---|---|---|
| DX772 | TIAA Group Supplemental Retirement Annuity Certificate (to participant MONACO)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0733. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX773 | TIAA Group Supplemental Retirement Annuity Certificate (to participant SAMUELS)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0738. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX774 | TIAA Group Supplemental Retirement Annuity Certificate (to participant STRAUSSNER)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0742. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX775 | TIAA Group Supplemental Retirement Annuity Certificate (to participant SACERDOTE)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0735. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX776 | TIAA Retirement Annuity Contract (to participant MONACO)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0729. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX777 | TIAA Retirement Annuity Contract (to participant STRAUSSNER)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0739. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX778 | TIAA Retirement Annuity Contract (to participant MONACO)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0732. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX779 | TIAA Retirement Annuity Contract (to participant MONACO)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0730. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX780 | TIAA Retirement Annuity Contract (to participant SAMUELS)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0737. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX781 | TIAA Retirement Annuity Contract (to participant STRAUSSNER)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0740. | Document is not being publicly filed, and therefore no redactions are needed. If this document is attached to a filing, it will be filed under seal. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |

| | | | | |
|---|---|---|---|---|
| DX782 | TIAA Retirement Annuity Contract (to participant MONACO)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0731. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX783 | TIAA Supplemental Retirement Annuity Contract (to participant BROWN)* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. Cummulative as duplicative of PX0727. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX784-DX807 Do Not Exist | | | | |
| | | **EXPERT RELATED MATERIALS** | | |
| DX808 | Declaration of Gerald W. Buetow in *Sims v. BB&T Corp*., No. 1:15-cv-732-CCE-JEP, United States District Court Middle District of North Carolina* | This document is not relevant per FRE 401-402 as it does not pertain to the Plans.  Additionally, it contains hearsay (FRE 801-802). | Relevant: addresses Plaintiffs' expert's experience in industry.  Not hearsay: statement by testifying expert witness.  Declarant-witness's prior sworn statements available for use on cross-examination under FRE 801(d)(1)(a).  FRE 801(d), 803 | |
| | | **EXPERT REPORTS** | | |
| DX809 | Back up materials and excel versions of exhibits to Fischel Expert Report | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document, and, moreover, it was not produced to Plaintiffs along with Fischel's expert report. Therefore it constitutes an improper attempt to supplement Fischel's expert opinion. Improper expert testimony. FRE 702. Plaintiffs reserve their right to further object to this document. | Documents were provided to Plaintiffs on 12-29-2017, and Plaintiffs had not previously objected to their supplementation. Declarant witness expert will testify to their contents. Additional basis for authenticity set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts. (Doc. 246, 247). | |
| DX810 | Expert Report of Daniel R. Fischel* | Contains improper expert testimony. FRE 701-702. Plaintiffs also object for the reasons set forth in Plaintiffs' memorandum in support of Plaintiffs' motion to exclude Daniel Fischel (Doc. 199) and Plaintiffs' Memorandum in Support of their Motion in Limine (Doc. 244). | Response set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts (Doc. 246, 247). | |
| DX811 Does Not Exist | | | | |
| DX812 | Expert Report of Marcia Wagner* | Contains improper expert testimony. FRE 701-702. Plaintiffs also object for the reasons set forth in Plaintiffs' memorandum in support of Plaintiffs' motion to exclude Marcia Wagner (Doc. 199) and Plaintiffs' Memorandum in Support of their Motion in Limine (Doc. 244). | Response set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts (Doc. 246, 247). | |
| DX813-DX820 Do Not Exist | | | | |
| DX821 | Declaration of Lassaad Adel Turki* | This document contains hearsay. FRE 801-802. Contains improper expert testimony. FRE 701-702. Plaintiffs also object for the reasons set forth in Plaintiffs' memorandum in support of Plaintiffs' motion to exclude Defendant's experts (Doc. 199) and Plaintiffs' Memorandum in Support of their Motion in Limine (Doc. 244). | Not hearsay: declarant-witness will testify to contents.  Response set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts (Doc. 246, 247). | |
| DX822 | Expert Report of Lassaad Adel Turki* | Contains improper expert testimony.  FRE 701-702. This document contains hearsay. FRE 801-802. Contains improper expert testimony. FRE 701-702. Plaintiffs also object for the reasons set forth in Plaintiffs' memorandum in support of Plaintiffs' motion to exclude Defendant's experts (Doc. 199) and Plaintiffs' Memorandum in Support of their Motion in Limine (Doc. 244). | Response set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts (Doc. 246, 247). | |
| DX823 | Errata to the Expert Report of Adel Turki | Authenticity FRE 901.  Defendant has not provided enough information for Plaintiffs to identify and locate this document.  Authenticity FRE 901.  Irrelevant. FRE 401-403. Plaintiffs reserve their right to further object to this document | Document was provided to Plaintiffs on 2-7-2018, and Plaintiffs had not previously objected to its authenticity. Declarant witness expert will testify to contents.  Additional basis for authenticity set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts. (Doc. 246, 247). | |
| DX824 | Marcia Wagner Rebuttal Report re. Gerald Buetow* | Contains improper expert testimony. FRE 701-702. Plaintiffs also object for the reasons set forth in Plaintiffs' memorandum in support of Plaintiffs' motion to exclude Defendant's experts (Doc. 199) and Plaintiffs' Memorandum in Support of their Motion in Limine (Doc. 244). | Response set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts (Doc. 246, 247). | |
| DX825 | Marcia Wagner Rebuttal Report re. Michael Geist* | Contains improper expert testimony. FRE 701-702. Plaintiffs also object for the reasons set forth in Plaintiffs' memorandum in support of Plaintiffs' motion to exclude Defendant's experts (Doc. 199) and Plaintiffs' Memorandum in Support of their Motion in Limine (Doc. 244). | Response set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts (Doc. 246, 247). | |
| DX826 | Daniel Fischel Rebuttal Report* | Contains improper expert testimony.  FRE 701-702. | Response set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts (Doc. 246, 247). | |

| | | | |
|---|---|---|---|
| DX827-DX843 Do Not Exist | | | |
| DX844 | Fischel's additional performance tests regarding the CREF Stock Account and the TIAA Real Estate Account produced to Plaintiffs on 3/5/2018 | Authenticity FRE 901. Irrelevant. FRE 401-403. Improper expert opinion. FRE 702.  Plaintiffs reserve their right to further object to this document. | Documents were provided to Plaintiffs on 3-5-2018, and Plaintiffs had not previously objected to their authenticity.  Declarant witness expert will testify to contents.  Additional basis for authenticity set forth in Defendant's Opposition to Plaintiffs' Motion to Exclude Experts. (Doc. 246, 247). | |
| | **PROPOSED FINDINGS OF FACT DOCUMENTS** | | | |
| DX845 | Advisory Council on Employee Welfare and Pension Benefit Plans, Report to the Honorable Hilda L. Solis, United States Secretary of Labor, *Current Challenges and Best Practices for ERISA Compliance for 403(b) Plan Sponsors* | Authenticity FRE 901. Irrelevant.  FRE 401-403. Document contains hearsay. FRE 801-802. Plaintiffs reserve their right to further object to this document | Relevance: discusses numerous issues that were considered and addressed by NYU Retirement Committee, as well as discusses how 403(b) plans have numerous differences from 401(k) plans.  Not hearsay: market report or similar commercial publication. FRE 803(17).  Self-authenticating official publication.  FRE 902(5). | |
| DX846-DX847 Do Not Exist | | | |
| DX848 | Straussner TIAA Participant Account Statement as of December 31, 2016* | Cumulative; duplicative of DX11. Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Objection is baseless; reason for objection has been rectified: DX11 removed to address duplication.  Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. | |
| | **ADDITIONAL EXHIBITS (ADDED AFTER SENT TO PLAINTIFFS MARCH 22, 2018)** | | | |
| DX849 | 2012 Update on the Establishment of the Revenue Credit Accounts** | | | |
| DX850 | E-mail from Jan Rezler attaching 6-14-2010 Retirement Committee Minutes, NYU Watch List Recommendations, and IPS Sample* | Cummulative as duplicative of PX1000 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX851 | E-mail from Linda Woodruff to Retirement Committee attaching November 2010 Retirement Committee Minutes, January 2011 Meeting Agenda, January 2011 Vendor Consolidation Overview, and 3rd Quarter 2010 NYU Executive Summary* | Cummulative as duplicative of  DX435 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX852 | E-mail from Emily Wrightson to Margaret Meagher and Linda Woodruff attaching 4th Quarter 2010 Due Diligence Report, January 2011 TIAA Pricing Illustration, 2011 Vendor Change Draft FAQs, February 2011 Vendor Consolidation Overview for Core Leadership (Final)* | Cummulative as duplicative of PX0290 | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX853 | NYU SOM Service Provider Summary* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0673. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX854 | NYU SOM Investment Fee & Expense Disclosure* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0672. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX855 | NYU SOM Investment Fee & Expense Disclosure* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0676. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX856 | NYU SOM Service Provider Summary* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0677. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial.  To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list.  Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | | |
|---|---|---|---|---|
| DX857 | NYU SOM Investment Fee & Expense Disclosure* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0680. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX858 | NYU SOM Service Provider Summary* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0681. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX859 | NYU SOM Investment Fee & Expense Disclosure* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0684. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX860 | NYU SOM Service Provider Summary* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0685. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX861 | NYU SOM Investment Fee & Expense Disclosure* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0688. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX862 | NYU SOM Service Provider Summary* | Relevance FRE 401, 402, 403. There is no evidence that NYU ever considered this document in evaluating its recordkeeping fees or investments. Cummulative as duplicative of PX0689. | This document was considered in the Expert Report of Adel Turki, and is relevant to the expert opinion that he will present at trial. To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX863 | Quarterly Asset Balances and Participant Count for the NYU School of Medicine 403(b) Retirement Plan* | Cummulative as duplicative of PX0886. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX864 | Revenue Credit Account Report - Faculty Plan* | Cummulative as duplicative of PX0705. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX865 | Revenue Credit Account Report - Faculty Plan* | Cummulative as duplicative of PX0710. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |
| DX866 | Revenue Credit Account Report - Faculty Plan* | Cummulative as duplicative of PX0714. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does not know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case. Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. | |

| | | | |
|---|---|---|---|
| DX867 | Revenue Credit Account Report - Faculty Plan* | Cummulative as duplicative of  PX0719. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does now know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX868 | Revenue Credit Account Report - SOM Plan* | Cummulative as duplicative of  PX0723. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does now know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX869 | Revenue Credit Account Report - SOM Plan* | Cummulative as duplicative of  PX0724. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does now know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX870 | Revenue Credit Account Report - SOM Plan* | Cummulative as duplicative of  PX0725. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does now know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX871 | Revenue Credit Account Report - SOM Plan* | Cummulative as duplicative of  PX0726. | To date, Plaintiffs have re-numbered numerous exhibits, improperly excerpted others, and provided no guarantee that they will not further edit their exhibit list. Accordingly, Defendant does now know if Plaintiffs intend to actually offer any of the alleged duplicative exhibits as evidence in this case.  Accordingly, and in light of the fact that the alleged duplicative Defendant's exhibit is a document to which the parties have stipulated is authentic and was made and kept in the course of a regularly conducted activity, Defendant will offer the exhibit as Defendant's exhibit. |
| DX872 | TIAA Quarterly Performance Analysis | Authenticity FRE 901. Hearsay FRE 801-802 | Market reports excepted from hearsay under FRE 803(17).  Authentic as official publication under FRE 902(5), and will be supported by trial testimony. |
| DX873 | Brown 2017 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX874 | Monaco 2017 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX875 | Sacerdote 2017 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX876 | Sacerdote 2017 Q4 Statement - Transaction Details* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX877 | Sacerdote 2017 Q4 Statement - Additional Transaction Details* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX878 | Straussner 2017 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX879 | Samuels 2017 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX880 | Miller 2017 Q4 Statement* | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX881 | E-mail from NYU HR Benefits to Monaco regarding vendor consolidation | Document contains confidential financial and personal information that should be redacted. See Doc. 58. | Document is not being publicly filed, and therefore no redactions are needed.  If this document is attached to a filing, it will be filed under seal. |
| DX882 | TIAA REA 8-K, includes Quarterly Analysis for the Quarter Ending 12/31/2012 (same document as produced DX705, but properly formatted). | Authenticity FRE 901. Hearsay FRE 801-802 | This is the same substantive document as DX705, to which Plaintiffs did not object based on authenticity or hearsay.  However, whereas DX705 is not properly formatted, this document is properly formatted. Market reports excepted from hearsay under FRE 803(17).  Authentic as official publication under FRE 902(5), and will be supported by trial testimony. |
| **DEFENDANT'S TRIAL DECLARATIONS AND EXHIBITS THERETO (THOSE NOT ALREADY COVERED ELSEWHERE ON THIS LIST)** | | | |
| DX883 | Meagher Declaration | Authenticity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. |
| DX884 | Surh Declaration | Authenticity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. |

| | | | |
|---|---|---|---|
| DX885 | Sanchez Declaration | Authentcity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. | |
| DX886 | Petti Declaration | Authentcity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. | |
| DX887 | Halley Declaration | Authentcity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. | |
| DX888 | Dorph Declaration | Authentcity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. | |
| DX889 | Wagner Declaration | Authentcity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. | |
| DX890 | Turki Declaration | Authentcity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. | |
| DX891 | Fischel Declaration | Authentcity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. | |
| DX892 | Chittenden Declaration | Authentcity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. | |
| DX893 | Rezler Declaration | Authentcity FRE 901. Plaintiffs reserve all other objections because the declarations will not be exchanged until April 5. | Authenticity to be established by witness declarant who authored the declaration. | |
| ADDITIONAL EXHIBITS (ADDED AFTER SENT TO PLAINTIFFS APRIL 2, 2018) | | | |
| DX894 | E-mail from Mark Petti attaching August 2015 Considerations for Retirement Plan Vendor Consolidation documents** | | | |