```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
```
                                                              

| | |
|---|---|
| DR. ALAN SACERDOTE, et al., | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: <u>April 9, 2018</u> |
|                 Plaintiffs, | |
| -v- | 16-cv-6284 (KBF) |
| NEW YORK UNIVERSITY, | <u>ORDER</u> |
|                 Defendant. | |

------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

      The Court has seen the Joint Pretrial Memorandum filed by the parties on April 5, 2018 and performed a cursory review. (ECF No. 272.) The Court hereby ORDERS as follows:

1. The parties shall submit a paper copy to the Court immediately.

2. All intended trial exhibits and deposition designations (as well as all other materials) should reflect the Court's rulings on the parties' <u>Daubert</u> motions and motions <u>in limine</u>. (ECF Nos. 270, 271.) That is, any additional materials inconsistent with the Court's rulings should be eliminated.

3. As the Court explained in the telephonic conference on February 6, 2018, the deposition designations should be set forth on <u>one</u> copy of each transcript (rather than one from each party). The parties should color code their designations, with objections in red. The parties shall also submit a cover

letter explaining their color code.  These (as with all materials) must be submitted in paper and in color.

SO ORDERED.

Dated:       New York, New York
             April 9, 2018

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge