```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
DR. ALAN SACERDOTE, et al.,                                  :
                                                             :
                              Plaintiffs,                    :
                                                             :
              -v-                                            :      16-cv-6284 (KBF)
                                                             :
NEW YORK UNIVERSITY,                                         :             ORDER
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 20, 2018

KATHERINE B. FORREST, District Judge:

The Court has not received any responses to the parties' objections to the witnesses' trial declarations. (ECF Nos. 290, 291.) The Court is not independently requesting any such responses, but if the parties would like to submit them, they should do so **not later than April 25, 2018**.

      SO ORDERED.

Dated:     New York, New York
             April 20, 2018

_____
KATHERINE B. FORREST
United States District Judge