IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SACERDOTE, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>NEW YORK UNIVERSITY,<br><br>                Defendant. | 16-cv-6284 (KBF) |

**PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION TO DEFENDANT**

Plaintiffs, under Rules 26 and 34 of the Federal Rules of Civil Procedure and this Court's Local Rules, request that Defendant, including any agents, employees, representatives, or other persons acting or purporting to act on its behalf separately produce the following described documents and things for inspection and copying at the law offices of Schlichter, Bogard, & Denton, 100 South 4th Street, Suite 1200, St. Louis, Missouri 63102, within 30 days of the date of service hereof.

**DEFINITIONS**

The following definitions and instructions apply to and are expressly incorporated into these Requests:

    1.    "You" or "Your" or "Defendant" means defendant New York University.

    2.    "Plan Sponsor" or "NYU" means New York University and all of its affiliates, divisions, departments, offices, administrative units, and all present and former officers, directors, employees, representatives, agents, and all other persons acting for and on its behalf.

    3.    "Plans" mean the NYU School of Medicine Retirement Plan for Members of Faculty, Professional Research Staff and Administration and the New York University

**EXHIBIT E**

Retirement Plan for Members of the Faculty, Professional Research Staff and Administration, and all of their affiliated, predecessor, or successor plans, and all plans with which they have merged.

4. "Other NYU Plans" means, other than the Plans as defined above, all defined contribution plans, defined benefit plans, and non-qualified plans sponsored by NYU or the NYU School of Medicine.

5. "Trust" means any account held in trust on behalf of the Plans and the Other NYU Plans. The definition of Trust includes mutual funds, variable and fixed annuities and any other vehicle holding assets of the Plans and the Other NYU Plans.

6. "Compensation" includes all direct payments of any kind, type or description; any indirect payments including, without limitation revenue sharing, float, proceeds from securities lending, brokerage commissions and commission recapture, bid-ask spread on the transactions executed by each broker; soft dollars, wrap fees, foreign currency exchange, research, conference invitations, travel and/or any other thing of value received as a result of, in respect of, and/or in connection with the Plan or its investments.

7. "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

8. Unless otherwise indicated, the time frame for the information sought in these Requests is January 1, 2005 through the present and up to the close of discovery in this litigation.

**INSTRUCTIONS**

1. If any Document was, but no longer is, in Your possession, custody, or control, or

is known to You but is no longer in existence or not within Your custody, state whether it is:

    (a) missing or lost;

    (b) destroyed;

    (c) transferred (voluntarily or involuntarily) to others; or

    (d) disposed of in some other manner.

In each instance, explain in detail the circumstances surrounding the disposition of the Document, who authorized the action taken, who carried it out, and the date of the action taken. Additionally, please identify each such Document including:

    (a) the type or character of the Document (*e.g.*, letter, memorandum, signed statement, notes, etc.);

    (b) title, if any, of the Document;

    (c) the name and address of the author of the Document;

    (d) the name and address of the recipient of the Document, if any;

    (e) the names and addresses of all recipients of copies of the Document, if any;

    (f) all information contained in each such Document;

    (g) the date and circumstances under which each such Document ceased to exist or to be in Your possession, custody, or control;

    (h) the time period during which each such Document was maintained;

    (i) the location of each such Document; and

    (j) the person or persons from whom each such Document may be obtained.

    2.    To the extent that You object to production or identification of any Document or portion of any Document on the basis of attorney client privilege or work product, You shall furnish a privilege log in accordance with the Order Regarding Discovery of Hard Copy

Documents and Electronically Stored Information to be entered in this case.

3. If You object to any of the definitions or instructions, state your objection(s) in Your response and indicate whether You are complying with the direction or instruction in spite of Your objection. If Your objection goes to only part of a request, produce all Documents which do not fall within the scope of Your objection.

4. You must produce the Documents requested below as they are kept in the usual course of business or must organize and label them to correspond with the categories in the request.

5. Without in any way limiting the definition of Documents contained in the Federal Rules of Civil Procedure and the Court's Local Rules, you are specifically instructed to search all Document management systems, computer archives, and/or backup tapes or disks for Documents responsive to the following requests, and production of such Documents should be made regardless of whether such Documents exist in tangible or "hard" copy form. Your search should be consistent with the agreed upon Order Regarding Discovery of Hard Copy Documents and Electronically Stored Information to be entered in this case. Production is also sought regardless of whether the user purported to "delete" the Document, if such Document is capable of being retrieved from archives and/or backup tapes or disks.

6. If the requested Documents are maintained in a file, please produce the file folder or container with the Documents.

7. The use of a verb in any tense shall be construed as the use of the verb in all other tenses, whenever necessary to bring into the scope of the specification all responses that might otherwise be construed to be outside the scope.

8. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

9. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

10. The use of any singular word includes both the singular and the plural of that word, and vice versa. The use of any masculine or feminine pronoun includes both the masculine and feminine.

11. In responding to this Request, You are required to produce all Documents known or reasonably available to You, regardless of whether such Documents are in Your possession, custody, or control or in the possession, custody, or control of Your agents, consignees, representatives or investigators, including Your attorneys or their agents, employees, representatives, or investigators. This request is continuing and Your production must be supplemented to the extent required by law and the applicable rules.

**REQUESTS FOR PRODUCTION**

1. Documents identified in Defendant's Rule 26(a)(1) initial disclosures that have not already been produced.

2. Documents identified in Defendant's Reponses to Plaintiffs' First Set of Interrogatories and any and all Documents referred to or relied on by Defendant in drafting Defendant's Responses to Plaintiffs' First Set of Interrogatories.

3. Documents relating to the establishment, structure, governance, maintenance, operation and administration of the Plans and the Other NYU Plans, including, without limitation, the plan document(s) and any amendments thereto; any Trust agreement(s) and any amendments thereto; any custodial account agreement(s); any annuity contract(s); any summary plan description(s); any communication(s) relating to the Plans and the Other NYU Plans; any summary annual report, any summary of material modifications, and any other documents under

which the Plans and the Other NYU Plans were established or are maintained, operated, or communicated or disseminated to employees, participants, and/or beneficiaries.

4. Documents filed with the Department of Labor with regard to the Plans and the Other NYU Plans, including, but not limited to, Forms 5500 and any attachments thereto.

5. Documents relating to and/or identifying the Plans' and the Other NYU Plans' fiduciaries, including those relating to or reflecting the authority of the plan fiduciaries.

6. Documents that guide, advise or provide support for Defendant to appoint, monitor, manage, oversee or terminate any fiduciary to the Plans and the Other NYU Plans.

7. Documents relating to or reflecting the establishment, authority and operation of the Retirement Plan Investment Committee and any other plan fiduciary or fiduciary committee for the Plans and the Other NYU Plans, including committee charters, bylaws, operating rules and procedures, meeting minutes, agendas, resolutions, reports, presentations, and attachments and exhibits thereto.

8. Documents relating to or reflecting the Retirement Plan Investment Committee's and any other plan fiduciary or fiduciary committee for the Plans and the Other NYU Plans' appointment, monitoring and oversight of the plan fiduciaries, including, without limitation, committee charters, bylaws, operating rules and procedures, meeting minutes, agendas, resolutions, reports, presentations, and attachments and exhibits thereto.

9. Organizational charts, reflecting the NYU and the NYU School of Medicine organizational structure including all offices, departments and administrative units.

10. Documents relating to the service providers to the Plans and the Other NYU Plans, including but not limited to contracts or agreements, including any amendments, and negotiations thereof, fee schedules, correspondence, bills, invoices, descriptions of services provided, presentations, notes, meeting minutes, payments, and Compensation received by the service providers with respect to the Plans and the Other NYU Plans, and the source of such Compensation.

11.     Documents reflecting any request for proposal, any request for information or any similar Document, and all responses and analyses related to same conducted for the purpose of selecting or evaluating any service provider to the Plans and the Other NYU Plans or any investment option for the Plans and the Other NYU Plans.

12.     Documents relating to any benefit, revenue, Compensation or profits received by NYU, the NYU School of Medicine, and any plan service provider from the Plans and the Other NYU Plans, including but, not limited to, correspondence, bills, invoices and descriptions of services provided to the Plans and/or the participants and beneficiaries.

13.     Documents relating to or comprising any investigation, research, review, analysis or consideration of any kind that NYU, the NYU School of Medicine and/or any plan fiduciary undertook regarding the selection of any of the service providers for the Plans and the Other NYU Plans; monitoring and oversight of the performance and the fees and/or costs of these service providers; and the termination or replacement of any plan service provider for the Plans and the Other NYU Plans.

14.     Documents relating to or comprising research, review, analysis or consideration of any kind regarding the selection, monitoring or removal of the Plans' and the Other NYU Plans' investment options and the establishment of benchmarks for these investment options.

15.     Documents submitted to an investigating authority (including, but not limited to, the Department of Labor or state authorities) whose investigation involved an investment in the Plans and the Other NYU Plans or any service provider to the Plans and the Other NYU Plans.

16.     Documents relating to, reflecting or referring to any investment guidelines, policies, objectives, or directives applicable to the Plans and the Other NYU Plans and/or the investment options within the Plans and the Other NYU Plans.

17.     Documents relating to or reflecting Compensation paid to the service providers for the Plans and the Other NYU Plans, including monitoring, supervision, or tracking of, potential or actual revenue sharing, securities lending, float and/or other rebates or benefits that

are available to the Plans and the Other NYU Plans, the service providers, and any of the underlying investment options in the Plans and the Other NYU Plans including those received from insurance companies, mutual fund companies, investment managers, brokers, brokerage firms, or any other service provider to the Plans and the Other NYU Plans.

18. Documents relating to or reflecting any negotiations with service providers regarding services provided to the Plans and the Other NYU Plans and the Compensation paid to the service providers, including fees or expenses charged by the service providers and the use of revenue sharing, or any other form of indirect compensation, as it relates to the fees or expenses charged.

19. Documents indicating any expenses paid by the Plan Sponsor and/or the NYU School of Medicine for services provided to the Plans and the Other NYU Plans, and/or participants and beneficiaries.

20. Documents relating to or reflecting any plan fiduciary's and/or Defendant's review, analysis, and/or monitoring of the fees and expenses of the Plans and the Other NYU Plans including, but not limited to, support for any conclusion that such fees and expenses are reasonable in light of the services provided to the Plans and the Other NYU Plans and that such fees and expenses were incurred solely for the benefit of plan participants.

21. Documents including disclosures and correspondence received from service providers to the Plans and the Other NYU Plans pursuant to and as defined by 29 U.S.C. §1108(b)(2) and 29 CFR §2550.408b-2.

22. Documents relating to or reflecting the Plans' and the Other NYU Plans' fiduciaries' obligations pursuant to and as defined by 29 U.S.C. §1108(b)(2) and 29 CFR §2550.408b-2. This shall include, but is not limited to, Documents relating to the receipt of disclosures from plan service providers, analysis of the disclosures and subsequent actions taken after receiving the disclosures.

23. Documents calculating costs, fees, expected costs, expected fees, or comparing or

assessing such costs or fees for the Plans and the Other NYU Plans, including disclosures and correspondence provided to plan participants pursuant to and as defined by 29 CFR §2550.404a-5.

24. Documents relating to or reflecting the amount of assets held in, the performance of, and the fees and expenses assessed against all investment options within the Plans and the Other NYU Plans.

25. Documents identifying the underlying investments which comprise the investment options offered in the Plans and the Other NYU Plans.

26. Documents regarding the guidelines, policies, educational materials or training that Defendant and any other plan fiduciary used or received related to their role with the Plans and the Other NYU Plans, including any guidelines, policies, educational materials or training related to determining whether or not a plan-related expense is chargeable to the Plans and the Other NYU Plans.

27. Documents relating to or reflecting any discussion, consideration or decision by any fiduciary and/or Defendant regarding the Plans and the Other NYU Plans, plan service providers or plan investment options, including the number of investment options and plan service providers.

28. Documents that are intended to guide, advise or provide support for the Defendant, plan fiduciaries or plan service providers (or their delegate(s)) in the operation, administration, management and oversight of the Plans and the Other NYU Plans.

29. Contracts, bills, invoices, spreadsheets, billing details, descriptions of services provided, fee agreements, and other Documents reflecting, summarizing, or regarding any legal, accounting, or auditing services paid for, directly or indirectly, by the Plans.

30. Documents referring to or relating to the NYU or the NYU School of Medicine-sponsored employee benefit plans in which the individual fiduciaries for the Plans are or were participants, including, without limitation, defined benefit plans, defined contribution plans, non-

qualified retirement plans, health and welfare plans, and any other activity or program.

31. For each plan responsive to Request for Production No. 30, documents reflecting the investment, recordkeeping and consulting service providers and fees paid for each service to those plans.

32. Documents regarding the selection and monitoring of the Plans' and the Other NYU Plans' service providers, investment options or plan fiduciaries. This request specifically includes any drafts of consultant reports and correspondence with any consultant related to the selection and monitoring of the Plans' and the Other NYU Plans' service providers, investment options, or the fiduciaries.

33. Documents relating to the Plans that are distributed to employees, participants or beneficiaries, including, but not limited to, Documents provided when an employee is newly hired, employee manuals or handbooks, Documents provided when an employee joins the Plans, participant education, or Documents provided when a participant separates from the Plans or the Plan Sponsor for any reason, including retirement.

34. Documents reflecting releases of claims by putative class members that Defendant intends to use to support its defense in this litigation.

35. Documents relating to any audit or investigation of any employee benefit plan sponsored by NYU or the NYU School of Medicine by the Department of Labor.

36. Communications between Defendant, plan fiduciaries, or plan service providers and the Department of Labor or the Internal Revenue Service regarding the Plans or the Other NYU Plans.

37. Documents reflecting or comprising NYU's and the NYU School of Medicine's record retention or destruction policies and procedures.

38. Documents regarding any legal services provided to, or paid for by, the Plans and for the purpose of furthering, assisting in, or clarifying the administration or operation of the Plans.

39. Documents, materials and information provided to the named Plaintiffs in this case pertaining to their participation in the Plans.

40. Documents relating to the employment of the named Plaintiffs, including personnel files.

41. Documents relating to or reflecting the "Re-Engineering II Analysis" prepared by NYU and/or the NYU Benefits Office regarding the administration of NYU's Retirement Plans (defined benefit and defined contribution plans), including correspondence, request for proposals sent to potential vendors and their responses, meeting minutes, agendas, reports, presentations, and attachments and exhibits thereto. This request specifically includes any drafts of consultant reports and correspondence with any consultant related to administration of the Plans and the Other NYU Plans.

42. Documents relating to or reflecting the establishment, authority and operation of the New York University Continuing Contract Faculty Senators Council (D-FSC) and the CFSC Benefits & Housing Committee, including committee charters, bylaws, operating rules and procedures, meeting minutes, agendas, resolutions, reports, presentations, and attachments and exhibits thereto.

43. Documents relating to or comprising any investigation, research, review, analysis or consideration of any kind undertook by the New York University Continuing Contract Faculty Senators Council (D-FSC) and the CFSC Benefits & Housing Committee regarding the service providers, investment options, and the fees and expenses of the Plans and the Other NYU Plans.

44. Documents relating to or reflecting any charitable contribution, donation, gift, payment or other support provided to NYU and/or the NYU School of Medicine by any service provider to the Plans or the Other NYU Plans.

45. Documents relating to the NYU Endowment Fund ("Fund"), including but not limited to, the investment policy, philosophy, guideline(s), and objective(s) applicable to the Fund and the investment managers who manage endowment assets; investment performance and

benchmark(s) of the Fund; the investment management fees incurred by the Fund; and the professional investment staff within the NYU Investment Office charged with the responsibility to manage Fund assets.

46. Documents relating to or comprising any review, analysis or consideration of any kind conducted by the NYU Investment Office regarding the selection, removal and/or monitoring of the NYU Endowment Fund's service providers, investment managers, investments, and fees incurred for the management and administration of the Fund.

47. Documents relating to any complaints by any individual related to the Plans including the fees, investment options, the number of investment options, and the service providers, including the number of service providers.

/s/ Stephen M. Hoeplinger
SCHLICHTER, BOGARD & DENTON LLP
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter*
Michael A. Wolff*
Troy A. Doles*
Heather Lea*
Stephen M. Hoeplinger*
James Redd, IV*
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Phone: (314) 621-6115, Fax: (314) 621-5934
aschlichter@uselaws.com
jschlichter@uselaws.com
mwolff@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com
shoeplinger@uselaws.com
jredd@uselaws.com
*Admitted *Pro Hac Vice*

EXHIBIT E

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017, I served this document on counsel for all parties via electronic mail and first-class mail.

/s/ Stephen M. Hoeplinger

EXHIBIT E