

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York  10020-1104
www.dlapiper.com

Evan D. Parness
Evan.Parness@dlapiper.com
**T**  212.335.4782
**F**  917.778.8577

April 25, 2018
*VIA ECF*

Hon. Katherine B. Forrest
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re:**   *Sacerdote, et al. v. New York University*, No. 16 Civ. 6284 (KBF)

Dear Judge Forrest:

We represent Defendant in the above-referenced matter.  Pursuant to the Court's Order (ECF No. 299), enclosed please find Defendant's Responses to Plaintiffs' Objections to the Trial Declarations of Margaret Meagher, Nancy Sanchez, Mark Petti, Patricia Halley, Douglas Chittenden, Jan Rezler, Martin Dorph, Tina Surh, Marcia Wagner, Daniel Fischel, and L. Adel Turki.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/ *Evan D. Parness*

Evan D. Parness

cc: Plaintiffs' counsel