```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
DR. ALAN SACERDOTE, et al.,                                  :
                                                             :
                           Plaintiffs,                       :
                                                             :
            -v-                                              :   16-cv-6284 (KBF)
                                                             :
NEW YORK UNIVERSITY,                                         :   ORDER
                                                             :
                           Defendant.                        :
                                                             :
------------------------------------------------------------ X
```

<div style="float:right; border:1px solid black; padding:4px;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: May 23, 2018
</div>

KATHERINE B. FORREST, District Judge:

The Court hereby informs the parties that it will not issue a decision in the above-captioned case before the commencement of its criminal trial in June.

SO ORDERED.

Dated:     New York, New York
           May 23, 2018

                                          _____
                                              KATHERINE B. FORREST
                                              United States District Judge