IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ALAN SACERDOTE, et al.,<br><br>                    *Plaintiffs,*<br>v.<br><br>NEW YORK UNIVERSITY,<br><br>                    *Defendants.* | No. 16-cv-6284 (RWS) |

### NOTICE OF PLAINTIFFS' MOTION TO
### VACATE JUDGMENT AND FOR NEW TRIAL

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum and supporting declarations and exhibits, dated October 1, 2018, Plaintiffs Dr. Alan Sacerdote, Dr. Herbert Samuels, Mark Crispin Miller, Marie E. Monaco, Dr. Shulamith Lala Straussner, and James B. Brown, will move this Court before the Honorable Robert W. Sweet, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 18C, New York, NY 10007, on **October 24, 2018 at 12:00 PM**, for an indicative ruling under Rule 62.1(a) and an order under Rule 60(b) of the Federal Rules of Civil Procedure, vacating the judgment in this action and ordering a new trial.[1]

PLEASE TAKE FURTHER NOTICE that any opposing papers shall be served no later than October 15, 2018, and Plaintiffs shall serve any reply papers no later than seven days thereafter.

---

[1] Also pending before the Court is Plaintiffs' Motion for Amended or Additional Findings and to Alter or Amend Judgment to Include Equitable Relief Removing Margaret Meagher and Nancy Sanchez as Fiduciaries [Doc. 350], which has been fully briefed, Docs. 351–52, 354. If the Court so desires, Plaintiffs do not object to that motion also being heard at that time.

October 1, 2018                                   Respectfully submitted,

/s/ Jerome J. Schlichter
SCHLICHTER, BOGARD & DENTON, LLP
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter (*pro hac vice*)
Heather Lea (*pro hac vice*)
Joel Rohlf (*pro hac vice*)
Ethan Hatch (*pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934

*Counsel for Plaintiffs*