N.Y.S.D. Case #
16-cv-6284(KBF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand and eighteen.

_____

Dr. Alan Sacerdote, et al.,

       Plaintiffs - Appellants,

Patrick Lamson-Hall, et al.,

       Plaintiff,

v.

New York University,

       Defendant - Appellee,

The Trustees of Columbia University in the City of New York,

       Intervenor.
_____

**ORDER**

Docket No. 18-2707

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 02 2018

Appellee moves to hold the appeal in abeyance pending decision by the district court on Appellants' motion for amended or additional findings and to alter or amend judgment.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants are directed to file a stay status update letter every 30 days beginning 30 days from the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/02/2018