UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DR. ALAN SACERDOTE, et al.,

        Plaintiff,

    - against -

NEW YORK UNIVERSITY

        Defendants.
----------------------------------------X

**Sweet, D.J.**

16-cv-6284 (RWS)

ORDER

ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/18

    Plaintiffs' motion to vacate judgment, and for a new trial, dated October 10, 2018, shall be heard at 12:00PM on Wednesday, October 31, 2018 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.


    It is so ordered.

**New York, NY**
**October 5, 2018**

ROBERT W. SWEET
U.S.D.J.