```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
DR. ALAN SACERDOTE,

                Plaintiff,                    16 Civ. 6284 (RWS)

        - against -                           ORDER

NEW YORK UNIVERSITY,

                Defendant.
------------------------------------------X
```

**Sweet, D.J.**

Plaintiff's motion to vacate and for a new trial (ECF No. 357), dated October 1, 2018, shall be heard concurrently with one pending motion in the related litigation (17-cv-8834) at 12:00PM on Wednesday, November 28, 2018 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**November 2, 2018**

ROBERT W. SWEET
U.S.D.J.