# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ALAN SACERDOTE, et al., | Case No.: 1:16-cv-06284-RWS |
| Plaintiffs, | |
| vs. | ECF Case |
| NEW YORK UNIVERSITY, | **DECLARATION OF IAN C. TAYLOR IN SUPPORT OF NYU'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE JUDGMENT AND FOR NEW TRIAL** |
| Defendant. | |

Ian C. Taylor hereby declares as follows:

I am an attorney at law admitted *pro hac vice* to practice before this Court and I am a partner with the law firm DLA Piper LLP (US), attorneys for Defendant New York University ("NYU") in this matter. I submit this Declaration to transmit to the Court true and correct copies of the documents referenced in the Memorandum of Law in Opposition to Plaintiffs' Motion to Vacate Judgment and For a New Trial. I make this Declaration upon my personal knowledge and in support of NYU's Memorandum of Law in Opposition to Plaintiffs' Motion to Vacate Judgment and For a New Trial.

1. Attached hereto as Exhibit A is a true and correct copy of the New York University Charter.

2. Attached hereto as Exhibit B is a true and correct copy of the Bylaws of New York University.

3. Attached hereto as Exhibit C is a true and correct copy of NYU BOARD OF TRUSTEES, https://www.nyu.edu/about/leadership-university-administration/board-of-trustees.html (last accessed November 29, 2018).

4. Attached hereto as Exhibit D is a true and correct copy of NYU BOARD OF TRUSTEES COMMITTEES, https://www.nyu.edu/about/leadership-university-administration/board-of-trustees/committees.html (last accessed November 29, 2018).

5. Attached hereto as Exhibit E is a true and correct copy of PX466, New York University, New York University School of Medicine, NYU Hospitals Center Retirement Plan Committee Charter.

6. Attached hereto as Exhibit F is a true and correct copy of PX534, Investment Policy Statement for the Defined Contribution Retirement Plans of New York University (including NYU School of Medicine), NYU Hospitals Center, and Polytechnic Institute of NYU (Dated June 2011).

7. Attached hereto as Exhibit G is a true and correct copy of DX391, Investment Policy Statement for the Defined Contribution Retirement Plans of New York University (including NYU School of Medicine), NYU Hospitals Center, and Polytechnic Institute of NYU (Dated May 2014).

8. Attached hereto as Exhibit H is a true and correct copy of excerpts from the April 19, 2018 trial transcript.

9. Attached hereto as Exhibit I is a true and correct copy of NALP, *Cravath, Swaine & Moore LLP* (2018), *available at* http://www.nalpdirectory.com/content/OrganizationalSnapshots/OrgSnapshot_5264.pdf (last accessed November 29, 2018).

10. Attached hereto as Exhibit J is a true and correct copy of CHAMBERS, *Cravath, Swaine & Moore LLP*, *available at* https://chambers.com/profile/organisation/3830?publicationTypeId=9 (last accessed November 29, 2018).

11. Attached hereto as Exhibit K is a true and correct copy of Peter Lattman, *A New Leader is Appointed at Cravath, Swaine & Moore*, N.Y. Times (June 29, 2012).

12. Attached hereto as Exhibit L is a true and correct copy of *United States Senate Committee on the Judiciary, Questionnaire for Judicial Nominees: Katherine Bolan Forrest* (May 2, 2011), *available at* https://www.judiciary.senate.gov/imo/media/doc/KatherineForrest-PublicQuestionnaire.pdf (last accessed November 29, 2018).

13. Attached hereto as Exhibit M is a true and correct copy of CRAVATH, *Hon. Katherine B. Forrest (fmr.) Cravath Biography*, *available at* https://www.cravath.com/kforrest/ (last accessed November 29, 2018).

14. Attached hereto as Exhibit N is a true and correct copy of Colby Hamilton, *US Judge Katherine Forrest Retiring From Federal Bench in Manhattan*, The New York Law Journal, (July 18, 2018).

15. Attached hereto as Exhibit O is a true and correct copy of Aebra Coe, *10 Recently Appointed Judges Named Most Influential*, Law360, (Nov. 23, 2016).

16. Attached hereto as Exhibit P is a true and correct copy of CRAVATH, *Katherine B. Forrest, Former U.S. District Judge for the Southern District of New York, Rejoins Cravath*, *available at* https://www.cravath.com/files/Uploads/Documents/publications/2483169_1.PDF (last accessed November 29, 2018).

17. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the May 16, 2018 trial transcript.

18. Attached hereto as Exhibit R is a true and correct copy of excerpts from the April 11, 2018 trial transcript.

19. Attached hereto as Exhibit S is a true and correct copy of excerpts from the April 25, 2018 trial transcript.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of November 2018.


Dated:  November 29, 2018 */s/ Ian C. Taylor*_____
       Washington, D.C. Ian C. Taylor