IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ALAN SACERDOTE et al., | |
| *Plaintiffs*, | 1:16-cv-06284-RWS |
| v. | |
| NEW YORK UNIVERSITY, | ECF Case |
| *Defendant*. | **DECLARATION OF JEROME J. SCHLICHTER** |

I, Jerome J. Schlichter, hereby declare as follows:

1. I am the founder and managing partner of the law firm of Schlichter, Bogard & Denton, LLP, counsel for Plaintiffs in this case. I am familiar with the facts set forth below and able to testify to them. I respectfully submit this Declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion to Vacate Judgment and for A New Trial.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant portions of the trial transcript, *Sacerdote et al. v. New York University*.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of the Honorable F.A. Little.

4. Attached hereto as Exhibit 3 is a true and correct copy of the relevant portions Confirmation Hearings on Federal Appointments Before the S. Comm. on the Judiciary, 112th Cong. 127 (2011) at 160.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of the Honorable T. Lewis.

Dated:  January 7, 2019             */s/ Jerome J. Schlichter*
                                     Jerome J. Schlichter