IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. ALAN SACERDOTE, et al.,

          *Plaintiffs*,

v.

NEW YORK UNIVERSITY,

          *Defendants*.

No. 16-cv-6284 (AT)

**AMENDED NOTICE OF APPEAL**

Notice is given that Plaintiffs, Dr. Alan Sacerdote, Dr. Herbert Samuels, Mark Crispin Miller, Marie E. Monaco, Dr. Shulamith Lala Straussner, and James B. Brown, hereby appeal to the United States Court of Appeals for the Second Circuit from the following judgment and orders:

    (1)    Judgment [Doc. 349], entered July 31, 2018;

    (2)    All interlocutory orders and rulings that gave rise to the Judgment, including but not limited to rulings before or during the bench trial;

    (3)    Opinion & Order [Doc. 348], entered July 31, 2018, setting forth the district court's finding of fact and conclusions of law and directing entry of judgment for Defendant;

    (4)    Opinion & Order [Doc. 79], entered August 25, 2017, granting in part Defendant's Motion to Dismiss [Doc. 44];

    (5)    Order [Doc. 100], entered October 17, 2017, denying Plaintiffs' Motion for Leave to File Second Amended Complaint [Doc. 83];

    (6)    Opinion & Order [Doc. 101], entered on October 19, 2017, denying

Plaintiffs' Motion for Partial Reconsideration [Doc. 81] of the Court's August 25, 2017 Opinion & Order;

(7) Order [Doc. 122], entered December 19, 2017, granting Defendant's Motion to Strike Plaintiffs' Jury Demand [Doc. 117]; and

(8) Order [Doc. 398], entered July 1, 2019: (a) denying Plaintiffs' Motion under Federal Rules of Civil Procedure 52(b) and 59(e) for Amended or Additional Findings and to Alter or Amend Judgment to Include Equitable Relief [Doc. 350], (b) denying Plaintiffs' Motion to Vacate Judgment and For New Trial [Doc. 357], and (c) granting Defendant's motions to strike certain expert declarations [Docs. 373, 386].

This Amended Notice of Appeal is filed within the time limit established by Federal Rule of Appellate Procedure 4(a). *See* Fed. R. App. P. 4(a)(1)(A); 4(a)(4)(A)(ii), (iv); 4(a)(4)(B)(ii); Doc. 398.

July 18, 2019                           Respectfully submitted,

/s/ Jerome J. Schlichter
SCHLICHTER, BOGARD & DENTON, LLP
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter (*pro hac vice*)
Heather Lea (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934

*Counsel for Plaintiffs*