```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/1/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ALAN SACERDOTE, DR. HERBERT SAMUELS, MARK CRISPIN MILLER, PATRICK LAMSON-HALL, MARIE E. MONACO, DR. SHULAMITH LALA STRAUSSNER, and JAMES B. BROWN, individually and as representatives of a class of participants and beneficiaries on behalf of the NYU School of Medicine Retirement Plan for Members of the Faculty, Professional Research Staff and Administration and the New York University Retirement Plan for Members of the Faculty, Professional Research Staff and Administration,

Plaintiffs,

-against-

NEW YORK UNIVERSITY,

Defendant.

16 Civ. 6284 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **November 22, 2021**, the parties shall file a joint status letter advising the Court as to how they plan to proceed in this case given the decision by the Second Circuit.

SO ORDERED.

Dated: November 1, 2021
New York, New York

ANALISA TORRES
United States District Judge