USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ALAN SACERDOTE, DR. HERBERT SAMUELS, MARK CRISPIN MILLER, PATRICK LAMSON-HALL, MARIE E. MONACO, DR. SHULAMITH LALA STRAUSSNER, and JAMES B. BROWN, individually and as representatives of a class of participants and beneficiaries on behalf of the NYU School of Medicine Retirement Plan for Members of the Faculty, Professional Research Staff and Administration and the New York University Retirement Plan for Members of the Faculty, Professional Research Staff and Administration,

Plaintiffs,

-against-

NEW YORK UNIVERSITY,

Defendant.

16 Civ. 6284 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated March 1 and 30, and April 1, 2022. ECF Nos. 409–11. Accordingly, the stay in this action ordered on November 23, 2021, ECF No. 405, is LIFTED. By **April 18, 2022**, the parties shall file a joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 11, 2022
       New York, New York

ANALISA TORRES
United States District Judge