# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ALAN SACERDOTE, et al., | No. 1:16-cv-06284-AT-VF |
| *Plaintiffs,* | |
| v. | NOTICE OF WITHDRAWAL OF APPEARANCE |
| NEW YORK UNIVERSITY, et al., | |
| *Defendant.* | |

Michael A. Wolff hereby withdraws as an attorney-of-record for Plaintiffs in this action. Plaintiffs will continue to be represented by Andrew D. Schlichter, Jerome J. Schlichter, Heather Lea, Sean E. Soyars, Kurt C. Struckhoff, Scott A. Bumb, Troy A. Doles, and Joel D. Rohlf of Schlichter Bogard LLP.

Dated: May 31, 2024

/s/ Michael A. Wolff
Michael A. Wolff
SCHLICHTER BOGARD LLP
100 S. Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
E-mail: mwolff@uselaws.com

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: June 5, 2024

The withdrawal requested herein is granted. The Clerk of Court is respectfully directed to remove Michael A. Wolff from this action's service list.