April 29, 2025

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:     **Request for <u>Expedited Ruling</u> on Pending Joint Letter Motion to Extend Expert Discovery Deadlines**
*Sacerdote v. New York University*, **No. 16-6284-AT-VF**
*Sacerdote v. Cammack LaRhette Advisors, LLC*, **No. 17-8834-AT-VF**

To The Honorable Analisa Torres:

      Pursuant to the Court's April 30, 2024, Amended Civil Case Management Plan and Scheduling Order entered in each of the above-referenced cases ("Amended CMOs"), and Rule I.B of the Court's Individual Practices in Civil Cases, Defendants in case No. 16-6284, New York University ("NYU Defendants"), and Defendant in case No. 17-8834, and Plaintiffs in the above-referenced cases (collectively the "Parties"), through counsel, respectfully submit this joint letter requesting an expedited decision on the parties' joint letter motion to extend the expert discovery deadlines, which was filed on April 10, 2025 and remains pending before the Court. No. 17-8834, ECF No. 316; No. 16-6284, ECF No. 513.

      The motion is particularly time-sensitive because the current deadline for the Plaintiffs' initial expert disclosures is May 12, 2025. Without guidance from the Court regarding the requested extension, the parties and their experts operate under significant uncertainty that materially affects the workflow of expert witnesses and law firm personnel in the coming two weeks.

      In addition, as discussed in the aforementioned joint letter motion, the parties have scheduled a deposition of a key witness, Jeffrey Levy of Cammack LaRhette Advisors, LLC, on the soonest available date of May 2, 2025. As discussed in the joint letter motion for an extension, taking a deposition this close to the deadlines would be prejudicial to Plaintiffs in a number of ways. No. 17-8834, ECF No. 316; No. 16-6284, ECF No. 513.

      Accordingly, the parties respectfully request that Court issue a decision on the pending motion at its earliest convenience. The Court's consideration of this request is greatly appreciated and the parties can provide any additional information if needed.

Respectfully Submitted,

s/ Jerome J. Schlichter
SCHLICHTER BOGARD LLC
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter*
Kurt Struckhoff*
Joel D. Rohlf*
Chen Kasher, Bar No. 5070016
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Telephone: (314) 621-6115/Fax: (314) 621-5934
aschlichter@uselaws.com
jschlichter@uselaws.com
kschlichter@uselaws.com
jrohlf@uselaws.com
ckasher@uselaws.com
*admitted pro hac vice
*Attorneys for Plaintiffs*

s/ Ian C. Taylor (with permission)
NIXON PEABODY LLP
Ian C. Taylor*
Jennifer K. Squillario*
Christopher J. Moro
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Telephone: (202) 585-8000
itaylor@nixonpeabody.com
jsquillario@nixonpeabody.com
cmoro@nixonpeabody.com
*admitted pro hac vice
*Attorneys for NYU*

s/ Charles M. Dyke (with permission)
NIXON PEABODY LLP
Charles M. Dyke*
Dawn Valentine*
Neil Diskin
One Embarcadero Center, 32d Floor
San Francisco, California 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
cdyke@nixonpeabody.com
dvalentine@nixonpeabody.com
ndiskin@nixonpeabody.com

*admitted pro hac vice
*Attorneys for Cammack LaRhette Advisors, LLC*