USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2026

October 14, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re: Third Request for Extension of Deadlines to File Pre-Motion Letters for Summary Judgment**
***Sacerdote v. New York University*, No. 16-6284-AT-VF**
***Sacerdote v. Cammack LaRhette Advisors, LLC*, No. 17-8834-AT-VF**

To The Honorable Analisa Torres:

Pursuant to the Amended Civil Case Management Plan and Scheduling Order entered in each of the above-referenced cases ("Amended CMOs"), and Rule I.B of the Court's Individual Practices in Civil Cases, Defendants in case No. 16-6284, New York University ("NYU Defendants"), Defendant Cammack LaRhette Advisors, LLC ("Cammack") in case No. 17-8834, and Plaintiffs in the above-referenced cases (collectively the "Parties"), through counsel, respectfully submit this joint letter requesting that the deadlines for pre-motion letters for summary judgment be revised.

On March 2, 2026, the Court adopted deadlines for the filing of the pre-motion summary judgment letters and directed the Parties to confer and set deadlines between themselves regarding their exchange of Rule 56.1 statements. *Sacerdote I*, ECF No. 525; *Sacerdote II*, ECF No. 366. Those deadlines were subsequently extended, first in March 2026 following unforeseen circumstances experienced by Cammack's counsel, *Sacerdote I*, ECF No. 529; *Sacerdote II*, ECF No. 370, and again in July 2026 to accommodate the volume of the Parties' Rule 56.1 statements, *Sacerdote I*, ECF No. 535; *Sacerdote II*, ECF No. 382.

Defendants' responses to Plaintiffs' Additional Statement of Materials Facts are due October 20, 2026, under the exchange schedule the Parties set between themselves pursuant to the Court's March 2, 2026 Order. Due to the death of an immediate family member two of NYU Defendants' lead counsel have needed to take more time away from the office than anticipated. Accordingly, given the extenuating circumstances, the NYU Defendants are seeking additional time to complete their responses to Plaintiffs' Additional Statement of Material Facts, which consists of 150 paragraphs, requiring the deadline for submission of pre-motion letters for summary judgment to be extended as well. The Parties and the Court agree that the two related cases—Nos. 16-6284 and 17-8834—should progress according to the same schedule, and Plaintiffs have agreed to this extension.

Thus, the Parties respectfully seek to modify the deadlines for the submission of pre-motion letters for summary judgment. The Parties have conferred and have selected dates that avoid the Thanksgiving holiday and have agreed among themselves to extend the deadline for Defendants'

responses to Plaintiffs' Additional Statement of Material Facts from October 20, 2026, to November 6, 2026.

This is the Parties' fourteenth request for an extension of these deadlines in the Amended CMOs. The Parties respectfully request that the deadlines be extended as follows:

- The deadline for Defendants to file their pre-motion letter regarding their anticipated motion for summary judgment, accompanied by a Rule 56.1 statement which incorporates Plaintiffs' responses, shall be extended from November 2, 2026, to November 17, 2026.

- The deadline for Plaintiffs to file their opposition letter regarding their anticipated motion for summary judgment, accompanied by a Rule 56.1 statement which incorporates Defendants' responses, shall be extended from November 9, 2026, to November 24, 2026.

The Parties further request that, if the Court permits the proposed summary judgment motions to proceed, briefing proceed as follows:

- Defendants' motions for summary judgment, including any motions to exclude expert testimony filed in conjunction with those motions, shall be filed within forty-five (45) days after the Court's order on the pre-motion letters.

- Plaintiffs' opposition shall be filed within forty-five (45) days after service of Defendants' motions.

- Defendants' reply shall be filed within thirty (30) days after service of Plaintiffs' opposition.

GRANTED. By **November 17, 2026**, Defendants shall file their pre-motion letter regarding their anticipated motion for summary judgment, accompanied by a Rule 56.1 statement which incorporates Plaintiffs' responses. By **November 24, 2026**, Plaintiffs shall file their opposition letter regarding their anticipated motion for summary judgment, accompanied by a Rule 56.1 statement which incorporates Defendants' responses.

SO ORDERED.

Dated: October 15, 2026
New York, New York

ANALISA TORRES
United States District Judge